ALLEN L. LANSTRA (SBN 251510)
Allen.Lanstra@skadden.com
KEVIN J. MINNICK (SBN 269620)
Kevin.Minnick@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071-3144
Telephone:  (213) 687-5000
Facsimile:   (213) 687-5600

Attorneys for Defendant
MICHIGAN STATE UNIVERSITY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MCKAYLA MARONEY,<br><br>        Plaintiff,<br><br>v.<br><br>MICHIGAN STATE UNIVERSITY; UNITED STATES OLYMPIC COMMITTEE; USA GYMNASTICS; LARRY NASSAR; and DOES 1 through 500.<br><br>        Defendants. | CASE NO.: 2:18-cv-03461-CAS-AFM<br><br>NOTICE OF RELATED CASES PURSUANT TO L.R. 83-1.3.1<br><br>The Honorable Christina A. Snyder |

TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant Michigan State University ("MSU") respectfully submits this Notice of Related Cases pursuant to Local Rule 83-1.3 to inform the Court that this action is related to the following actions pending in this district:

1. ***Lopez v. Michigan State University, et al.***, Case No. 8:18-cv-00650-JLS (KESx) (the "Lopez Action") currently assigned to District Judge Josephine L. Staton and Magistrate Judge Karen E. Scott; and

2. ***Jane HC Doe v. Michigan State University, et al.***, Case No. 8:18-cv-00651-JLS (KESx) originally assigned to District Judge Cormac J. Carney and Magistrate Judge Paul L. Abrams and, thereafter, transferred to District Judge Josephine L. Staton and Magistrate Judge Karen E. Scott as related to the Lopez Action (altogether, the "Related Cases").

The Plaintiff in this action alleges that she was sexually abused by Defendant Larry Nassar and that MSU, as an employer of Nassar, violated certain federal, state, and common law duties that allegedly would have protected Plaintiff from that abuse. Likewise, the plaintiffs in the Related Cases also allege that they were sexually abused by Larry Nassar and that MSU, as an employer of Nassar, violated similar state and common law duties that allegedly would have protected them from sexual abuse. The law firm, Manly, Stewart & Finaldi, represents the plaintiffs in all of these cases. Therefore, all of these cases may "call for determination" of "similar questions of law" and "may entail substantial duplication of labor if heard by different judges." *See* Local Rule 83-1.3.1.

MSU files this Notice of the Related Cases without prejudice to any defense, including defenses based on personal jurisdiction. MSU expressly denies that this Court can properly exercise personal jurisdiction over MSU in this Action or in the Related Cases. MSU further notes that, in addition to challenging personal

jurisdiction, MSU intends to seek transfer of at least the Related Cases to the United States District Court for the Western District of Michigan at the appropriate time.

DATED: May 9, 2018

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: */s/ Kevin J. Minnick*
Kevin J. Minnick

Attorneys for Defendant
MICHIGAN STATE UNIVERSITY

NOTICE OF RELATED CASES