Carolyn Kubota (Bar No. 113660)
ckubota@cov.com
Mitchell A. Kamin (Bar No. 202788)
mkamin@cov.com
Mark Y. Chen (Bar No. 310450)
mychen@cov.com
COVINGTON & BURLING LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067-4643
Telephone: + 1 424-332-4800
Facsimile: + 1 424-332-4749

David Jolley (Bar No. 191164)
djolley@cov.com
COVINGTON & BURLING LLP
One Front Street, 35th Floor
San Francisco, California 94111-5356
Telephone: + 1 (415) 591-6000
Facsimile: + 1 (415) 591-6091

Attorneys for Defendant
UNITED STATES OLYMPIC COMMITTEE

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| MCKAYLA MARONEY<br><br>Plaintiff,<br><br>vs.<br><br>MICHIGAN STATE UNIVERSITY, UNITED STATES OLYMPIC COMMITTEE, USA GYMNASTICS, LARRY NASSAR, AND DOES 1 THROUGH 500<br><br>Defendants. | Civil Case No.: 2:18-CV-3461-JLS-KES<br><br>**DECLARATION OF DAVID M. JOLLEY IN SUPPORT OF *EX PARTE* APPLICATION**<br><br>Compl. Filed: Dec. 20, 2017<br>Judge:       Hon. Karen E. Scott<br>Courtroom:  6D |

**DECLARATION OF DAVID M. JOLLEY**

I, David M. Jolley, declare:

1. I am an attorney in the law firm of Covington & Burling LLP and counsel of record for Defendant United States Olympic Committee ("USOC") in this action. I am licensed to practice law in the State of California. The matters set forth herein are true and correct of my own personal knowledge and information provided to me. If called as a witness, I could and would testify competently thereto.

2. On July 13, 2018, counsel for Plaintiff and USOC engaged in a meet-and-confer telephone call in connection with USOC's anticipated motion to dismiss based on the Complaint's failure to allege facts supporting personal jurisdiction over USOC in California. During that call, counsel for the parties discussed Plaintiff's request for expedited jurisdictional discovery in response to USOC's argument about the failure of the Complaint to allege facts supporting personal jurisdiction. Counsel for USOC refused to stipulate to expedited jurisdictional discovery because the Complaint fails to make even a colorable showing of personal jurisdiction. In response, Plaintiff's counsel stated they would seek leave of Court for expedited discovery after receiving USOC's motion.

3. Between July 20-26, without first seeking or obtaining permission from the Court, Plaintiff's counsel served USOC with ten depositions in this case, nine of which are also noticed in related cases before Judge Josephine L. Staton. Plaintiff served all but one of these ten deposition notices and subpoenas on or after July 24. True and correct copies of the ten deposition notices served in this particular case are attached hereto as Exhibits 1-10.

4. Plaintiff also served three extensive sets of written discovery requests in this case and other related cases on July 25. True and correct copies of these sets of written discovery are attached hereto as Exhibits 11-13.

5. All of this comprehensive discovery was described by Plaintiff as "Jurisdictional Discovery."

     6.    On July 27, 2018, I sent a detailed letter to Plaintiff's counsel asking that they withdraw their untimely discovery. A true and correct copy of that letter is attached hereto as Exhibit 14. Plaintiff's counsel responded by email, first by asking for several days to consider the request, and then, on July 30, by refusing to withdraw their early discovery. A true and correct copy of this email correspondence is attached hereto as Exhibit 15. As a result, that same day, USOC notified Plaintiff that it would be filing this Application on July 31.

     7.    The five separate *Ex Parte* Applications in the five related cases brought by Plaintiff's counsel before Judge Staton against USOC required approximately eight hours of my time to prepare. At my billing rate of $865/hour, the total amount of attorney's fees expended in connection with the Applications in these five related cases is estimated at $6920.00. The precise amount will be determined and reported in a supplemental filing.

    I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

    Executed on July 31, 2018, in San Francisco, California

                           */s/ David M. Jolley*
                           David M. Jolley

DECLARATION OF DAVID M. JOLLEY; CASE NO.: 2:18-CV-3461-JLS-KES