# EXHIBIT 1

MANLY, Esq. (State Bar No. 149080)
VINCE W. FINALDI, Esq. (State Bar No. 238279)
ALEX CUNNY (State Bar No. 291567)
**MANLY, STEWART & FINALDI**
19100 Von Karman Ave., Suite 800
Irvine, CA 92612
Telephone: (949) 252-9990
Fax: (949) 252-9991

Attorneys of Record for Plaintiff, MCKAYLA MARONEY, an individual

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| MCKAYLA MARONEY, an individual. | Civil Case No. 2:18:cv-03461-JLS-KESx |
| Plaintiff, | [The Honorable Josephine L Staton] |
| v. | **NOTICE OF TAKING DEPOSITION OF STEVE PENNY AND REQUEST FOR PRODUCTION OF DOCUMENTS** |
| MICHIGAN STATE UNIVERSITY, a Michigan Entity of Form Unknown; and UNITED STATES OLYMPIC COMMITTEE, a Business Entity of form unknown; USA GYMNASTICS, an Indiana Business Entity of Form Unknown; LARRY NASSAR, an individual and DOES 1 through 500. | **(JURISDICTIONAL DISCOVERY)** |
| | Date:      August 9, 2018 |
| | Time:      10:00 a.m. |
| Defendants. | Location: Robie & Matthai 500 South Grand Ave. Suite 1500 Los Angeles, CA 90071 213-706-8000 |

**TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that at 10:00 a.m., on August 9, 2018, at Robie & Matthai, 500 South Grand Ave., Suite 1500, Los Angeles, CA 90071, 213-706-8000, Plaintiff McKAYLA MARONEY ("Plaintiff") will take the oral deposition of STEVE PENNY regarding jurisdictional matters and demand production of the following documents contained in the attachment hereto. If for any reason the taking of such deposition is not completed on the date scheduled, said deposition

MANLY, STEWART & FINALDI
19100 Von Karman Ave., Suite 800
Irvine, California 92612
Telephone: (949) 252-9990

-1-

1  shall continue, day-to-day, Sundays and holidays excepted, until completed, or will be continued

2  to such other dates and times as shall be designated by the party noticing the deposition.

3    If for any reason the taking of such deposition is not completed on the date scheduled, said

4  deposition shall continue, day-to-day, Sundays and holidays excepted, until completed, or will be

5  continued to such other dates and times as shall be designated by the party noticing the deposition.

6    **PLEASE TAKE FURTHER NOTICE** that if an interpreter is required to translate

7  testimony, notice of same must be given to this noticing party at least five (5) working days prior

8  to the deposition date, and the specific language and/or dialect thereof designated.

9    **PLEASE TAKE FURTHER NOTICE** that pursuant to *Code of Civil Procedure* section

10  2025(d)(5) and (d)(6), Plaintiff reserves the right to record the deposition testimony of the

11  deponent by audio tape and/or videotape in addition to recording the testimony by stenographic

12  method.

13    **FURTHERMORE,** said deponent is expected to produce the documents set out in the

14  attached document request.

15  Dated: July 20, 2018           **MANLY, STEWART & FINALDI**

16

17            By:   *Vince W. Finaldi*

18              VINCE W. FINALDI, Esq.
            Attorneys for Plaintiffs

19

20

21

22

23

24

25

26

27

28

*MANLY, STEWART & FINALDI*
*19100 Von Karman Ave., Suite 800*
*Irvine, California 92612*
*Telephone: (949) 252-9990*

**NOTICE OF TAKING DEPOSITION OF STEVE PENNY AND REQUEST FOR PRODUCTION OF DOCUMENTS**

## DEFINITIONS AND INSTRUCTIONS

1.    The term "ANY" shall mean any and all.

2.    The term "ALL" shall mean any and all.

3.    The terms "YOU", "YOUR", or "STEVE PENNY" shall mean the Responding Party to the present set of requests for production, Defendant STEVE PENNY.

4.    The terms "DOCUMENT" and "DOCUMENTS" shall mean any and all manner of written, typed, printed, reproduced, filmed, ESI, OR recorded material and all photographs, pictures, plans, or other representations of any kind of anything pertaining, describing, referring, or relating, directly or indirectly, in whole or in part, to the subject matter of each discovery request and the term includes, but is not limited to:  papers, books, journals, ledgers, statements, bank statements, property title reports, title records, recording of title, memoranda, reports, invoices, work sheets, work papers, notes, transcriptions of notes, letters, correspondence, abstracts, checks, diagrams, plans, blueprints, schematics, software programs, films, photographs, diaries, lists, logs, publications, advertisements, instructions, minutes, orders, purchase orders, messages, resumes, applications, summaries, agreements, contracts, telegrams, e-mails, instant messages, text messages, telexes, cables, recordings, audio tapes, magnetic tapes, visual tapes, transcriptions of tapes or records, computer tapes, books, speeches, pamphlets, leaflets, flyers, announcements, bulletins, periodicals, agenda, reports, opinions, charts, tabulations, digests, compilations, studies, expert analyses, evaluations, manuals, guides, research papers, articles, computer files, computer hard drives, or other writings or tangible things as defined by Section 250 of the Evidence Code, in the possession, custody or control of YOU, YOUR attorneys, agents, servants, representatives, investigators, subsidiaries, boards, directors, affiliated business entities and others who have obtained possession, custody or control.

5.    The term "Policies" shall mean policies, procedures, rules, standards, regulations, and guidelines.

6.    The term "Member Club" shall refer to the local gyms and/or organizations that are affiliated with USAG.

MANLY, STEWART & FINALDI
19100 Von Karman Ave., Suite 800
Irvine, California 92612
Telephone: (949) 252-9990

-3-

MANLY, STEWART & FINALDI
19100 Von Karman Ave., Suite 800
Irvine, California 92612
Telephone: (949) 252-9990

1    7.    The term "USAG Member Gymnasts" shall refer to a participant who is affiliated

2    with USAG.

3    8.    The term "USAG Member Staff" shall refer to the coaches, staff, and/or gymnastics

4    personnel who are affiliated with USAG.

5    9.    The term "USAG" shall refer to Defendant USA Gymnastics.

6    **REQUESTS FOR PRODUCTION:**

7    Plaintiff hereby requests that you produce the following documents in your possession,

8    custody or control:

9    **REQUEST FOR PRODUCTION NO. 1:**

10    Produce ALL DOCUMENTS evidencing YOUR involvement in gymnastics events in

11    California, from 1994 through 2015.

12    **REQUEST FOR PRODUCTION NO. 2:**

13    Produce ALL DOCUMENTS evidencing YOUR communications with anyone regarding

14    DOCUMENTS located at the Karolyi Ranch (USA Gymnastics National Training Center) that

15    relate to Nassar, the medical treatment of gymnasts, or gymnasts training there, which Rhonda

16    Faehn testified were removed by Amy White and brought back to Indiana.

17    **REQUEST FOR PRODUCTION NO. 3:**

18    Produce ALL DOCUMENTS evidencing income obtained from sources in California,

19    from 1994-2015.

20    **REQUEST FOR PRODUCTION NO. 4:**

21    Produce ALL DOCUMENTS evidencing monies received from JANE JD DOE, ALY

22    RAISMAN, JORDYN WIEBER, MCKAYLA MARONEY or JANE LM DOE from 1994

23    through 2015.

24    **REQUEST FOR PRODUCTION NO. 5:**

25    Produce ALL DOCUMENTS evidencing meetings held in California, from 1994 through

26    2015, regarding USAG business.

27

28

-4-

MANLY, STEWART & FINALDI
19100 Von Karman Ave., Suite 800
Irvine, California 92612
Telephone: (949) 252-9990

**REQUEST FOR PRODUCTION NO. 6:**

Produce ALL DOCUMENTS evidencing meetings held in California, from 2004 through 2015, regarding USAG business.

**REQUEST FOR PRODUCTION NO. 7:**

Produce ALL DOCUMENTS evidencing USAG sanctioned events attended by YOU in California, from 2004 through 2015.

**REQUEST FOR PRODUCTION NO. 8:**

Produce ALL DOCUMENTS evidencing Regional USAG meetings attended by YOU in California, from 1994 through 2015.

**REQUEST FOR PRODUCTION NO. 9:**

Produce ALL DOCUMENTS evidencing USA sanctioned events held in California between 1994 and 2015.

**REQUEST FOR PRODUCTION NO. 10:**

Produce ALL DOCUMENTS evidencing payment for YOUR lodging while staying in California for gymnastics events, from 1994 through 2015.

**REQUEST FOR PRODUCTION NO. 11:**

Produce ALL DOCUMENTS evidencing real estate you or USAG owned or leased in California from 1994-2015.

**REQUEST FOR PRODUCTION NO. 12:**

Produce ALL DOCUMENTS evidencing any business licenses YOU or USAG held in California from 1994-2015.

**REQUEST FOR PRODUCTION NO. 13:**

Produce ALL photographs of YOU at USAG sanctioned competitions in California, from 1994 through 2015.

**REQUEST FOR PRODUCTION NO. 14:.**

Produce ALL photographs of YOU at USAG fundraisers in California, from 1994 through 2015.

-5-

**REQUEST FOR PRODUCTION NO. 15:**

Produce ALL DOCUMENTS concerning your request to testify, and testimony, before Congress in 2018 related to USA Gymnastics.

**REQUEST FOR PRODUCTION NO. 16:**

Produce ALL photographs of YOU at USAG promotional events in California, from 1994 through 2015.

**REQUEST FOR PRODUCTION NO. 17:**

Produce ALL memoranda evidencing USAG's strategies for growing the organization in California from 1994-2015.

**REQUEST FOR PRODUCTION NO. 18:**

Produce ALL photographs of YOU and Jane JD Doe, Jane LM Doe, ALY RAISMAN, JORDYN WIEBER, or MCKAYLA MARONEY.

**REQUEST FOR PRODUCTION NO. 19:**

Produce ALL DOCUMENTS evidencing your communications with JD Doe, LM Doe, ALY RAISMAN, JORDYN WIEBER, MCKAYLA MARONEY or their parents.

**REQUEST FOR PRODUCTION NO. 20:**

Produce ALL DOCUMENTS evidencing recruitment events for USAG attended by YOU in California from 2004 through 2012.

**REQUEST FOR PRODUCTION NO. 21:**

Produce ANY and ALL CORRESPONDENCE between YOU or YOUR representatives and ANY United States Legislators or their representatives.

**REQUEST FOR PRODUCTION NO. 22:**

Produce ANY and ALL DOCUMENTS evidencing YOUR or USAG's attendance at the mediation of the MCKAYLA MARONEY matter before Judge Michael A. Latin (Ret.) in 2016 or 2017.

**REQUEST FOR PRODUCTION NO. 22:**

Produce ANY and ALL DOCUMENTS evidencing Amy White's removal of documents from the Karolyi Ranch (USA Gymnastics National Training Center) at any time, including

MANLY, STEWART & FINALDI
19100 Von Karman Ave., Suite 800
Irvine, California 92612
Telephone: (949) 252-9990

1  those for expenses such as meals, taxis, rental cars, airline tickets, suitcase purchases, gas, food,

2  and the like.

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MANLY, STEWART & FINALDI
19100 Von Karman Ave., Suite 800
Irvine, California 92612
Telephone: (949) 252-9990

NOTICE OF TAKING DEPOSITION OF STEVE PENNY AND REQUEST FOR PRODUCTION OF DOCUMENTS

**CERTIFICATE OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Manly, Stewart & Finaldi, 19100 Von Karman Ave., Suite 800, Irvine, CA 92612.

On July 20, 2018, I served the within documents:

1)  **NOTICE OF TAKING DEPOSITION OF STEVE PENNY AND REQUEST FOR PRODUCTION OF DOCUMENTS (JURISDICTIONAL DISCOVERY)**

[X]  BY U.S. MAIL
[ ]  I deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.
[X]  I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

FEDERAL - I certify under penalty of perjury under the law of the United States of America that the foregoing is true and correct.

Executed on July 20, 2018, at Irvine, California.

*Kathy Frederiksen*
Kathy Frederiksen

MANLY, STEWART & FINALDI
19100 Von Karman Ave., Suite 800
Irvine, California 92612
Telephone: (949) 252-9990

-1-

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MANLY, STEWART & FINALDI
19100 Von Karman Ave., Suite 800
Irvine, California 92612
Telephone: (949) 252-9990

SERVICE LIST

McKayla Maroney v. Michigan State University, et al.

USDC, Case No. 2:18-cv-03461-CAS-AFM

Kevin James Minnick
Skadden Arps Slate Meagher and Flom LLP
300 South Grand Avenue Suite 3400
Los Angeles, CA 90071
213-687-5000
Fax: 213-687-5600
Email: kevin.minnick@skadden.com
Attorneys for Defendant MICHIGAN STATE UNIVERSITY

Mitchell A. Kamin
mkamin@cov.com
Carolyn Kubota
ckubota@cov.com
Mark Y. Chen
mchen@cov.com
Paulina Slagter
pslagter@cov.com
COVINGTON & BURLING LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067-4643
Telephone: + 1 424-332-4800
Facsimile: + 1 424-332-4749
Attorneys for Defendant United States Olympic Committee

Udit Sood
Covington and Burling LLP
One Front Street 35th Floor
San Francisco, CA 94111-5356
415-591-6000
Fax: 415-591-6091
Email: usood@cov.com
Attorneys for Defendant United States Olympic Committee

Margaret M. Holm
Sheryl M Rosenberg
Melissa McKenna Leos
Clyde & Co US LLP
2020 Main Street
Suite 1100
Irvine, CA 92614-8234
(949) 567-7838 (Direct)
(714) 322-5578 (Cell)
margaret.holm@clydeco.us
sheryl.rosenberg@clydeco.us
melissa.leos@clydeco.us
Attorneys for Defendants USA GYMNASTICS, an Indiana business entity of form unknown

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MANLY, STEWART & FINALDI
19100 Von Karman Ave., Suite 800
Irvine, California 92612
Telephone: (949) 252-9990

-3-

# EXHIBIT 2

JOHN C. MANLY, Esq. (State Bar No. 149080)
VINCE W. FINALDI, Esq. (State Bar No. 238279)
ALEX CUNNY (State Bar No. 291567)
**MANLY, STEWART & FINALDI**
19100 Von Karman Ave., Suite 800
Irvine, CA 92612
Telephone: (949) 252-9990
Fax: (949) 252-9991

Attorneys of Record for Plaintiff, MCKAYLA MARONEY, an
individual

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MCKAYLA MARONEY, an individual. <br><br> Plaintiff, <br><br> v. <br><br> MICHIGAN STATE UNIVERSITY, a Michigan Entity of Form Unknown; and UNITED STATES OLYMPIC COMMITTEE, a Business Entity of form unknown; USA GYMNASTICS, an Indiana Business Entity of Form Unknown; LARRY NASSAR, an individual and DOES 1 through 500. <br><br> Defendants. | Civil Case No. 2:18:cv-03461-JLS-KESx <br><br> [The Honorable Josephine L Staton] <br><br> **AMENDED NOTICE OF TAKING DEPOSITION OF KATHY SCANLAN AND REQUEST FOR PRODUCTION OF DOCUMENTS** <br><br> **(JURISDICTIONAL DISCOVERY)** <br><br> Date:     August 6, 2018 <br> Time:     2:00 p.m. <br> Location: Central Court Reporting & Video <br> 1700 Seventh Avenue, Suite 2100 <br> Seattle, WA 98101 <br> 206-682-5896 |

**TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that at 2:00 p.m., on August 6, 2018, at Central Court

Reporting & Video, 1700 Seventh Avenue, Suite 2100, Seattle, WA 98101, 206-682-5896,

Plaintiff MCKAYLA MARONEY ("Plaintiff") will take the oral deposition of KATHY

SCANLAN regarding jurisdictional matters and demand production of the following documents

contained in the attachment hereto. If for any reason the taking of such deposition is not completed

on the date scheduled, said deposition shall continue, day-to-day, Sundays and

-1-

MANLY, STEWART & FINALDI
19100 Von Karman Ave., Suite 800
Irvine, California 92612
Telephone: (949) 252-9990

1  holidays excepted, until completed, or will be continued to such other dates and times as shall be

2  designated by the party noticing the deposition.

3      If for any reason the taking of such deposition is not completed on the date scheduled, said

4  deposition shall continue, day-to-day, Sundays and holidays excepted, until completed, or will be

5  continued to such other dates and times as shall be designated by the party noticing the deposition.

6      **PLEASE TAKE FURTHER NOTICE** that if an interpreter is required to translate

7  testimony, notice of same must be given to this noticing party at least five (5) working days prior

8  to the deposition date, and the specific language and/or dialect thereof designated.

9      **PLEASE TAKE FURTHER NOTICE** that pursuant to *Code of Civil Procedure* section

10  2025(d)(5) and (d)(6), Plaintiff reserves the right to record the deposition testimony of the

11  deponent by audio tape and/or videotape in addition to recording the testimony by stenographic

12  method.

13      **FURTHERMORE**, said deponent is expected to produce the documents set out in the

14  attached document request.

15  Dated: July 24, 2018                    **MANLY, STEWART & FINALDI**

16

17                                    By:   *Alex E. Cunny*

18                                          ALEX E. CUNNY, Esq.
                                            Attorneys for Plaintiffs

19

20

21

22

23

24

25

26

27

28

MANLY, STEWART & FINALDI
19100 Von Karman Ave, Suite 800
Irvine, California 92612
Telephone: (949) 252-9990

-2-

## DEFINITIONS AND INSTRUCTIONS

1.      The term "ANY" shall mean any and all.

2.      The term "ALL" shall mean any and all.

3.      The terms "YOU", "YOUR", or "KATHY SCANLAN" shall mean the Responding Party to the present set of requests for production, Defendant KATHY SCANLAN.

4.      The terms "DOCUMENT" and "DOCUMENTS" shall mean any and all manner of written, typed, printed, reproduced, filmed, ESI, OR recorded material and all photographs, pictures, plans, or other representations of any kind of anything pertaining, describing, referring, or relating, directly or indirectly, in whole or in part, to the subject matter of each discovery request and the term includes, but is not limited to:  papers, books, journals, ledgers, statements, bank statements, property title reports, title records, recording of title, memoranda, reports, invoices, work sheets, work papers, notes, transcriptions of notes, letters, correspondence, abstracts, checks, diagrams, plans, blueprints, schematics, software programs, films, photographs, diaries, lists, logs, publications, advertisements, instructions, minutes, orders, purchase orders, messages, resumes, applications, summaries, agreements, contracts, telegrams, e-mails, instant messages, text messages, telexes, cables, recordings, audio tapes, magnetic tapes, visual tapes, transcriptions of tapes or records, computer tapes, books, speeches, pamphlets, leaflets, flyers, announcements, bulletins, periodicals, agenda, reports, opinions, charts, tabulations, digests, compilations, studies, expert analyses, evaluations, manuals, guides, research papers, articles, computer files, computer hard drives, or other writings or tangible things as defined by Section 250 of the Evidence Code, in the possession, custody or control of YOU, YOUR attorneys, agents, servants, representatives, investigators, subsidiaries, boards, directors, affiliated business entities and others who have obtained possession, custody or control.

5.      The term "Policies" shall mean policies, procedures, rules, standards, regulations, and guidelines.

6.      The term "Member Club" shall refer to the local gyms and/or organizations that are affiliated with USAG.

///

MANLY, STEWART & FINALDI
19100 Von Karman Ave., Suite 800
Irvine, California 92612
Telephone: (949) 252-9990

-3-

MANLY, STEWART & FINALDI
19100 Von Karman Ave., Suite 800
Irvine, California 92612
Telephone: (949) 252-9990

7.      The term "USAG Member Gymnasts" shall refer to a participant who is affiliated with USAG.

8.      The term "USAG Member Staff" shall refer to the coaches, staff, and/or gymnastics personnel who are affiliated with USAG.

9.      The term "USAG" shall refer to Defendant USA Gymnastics.

## REQUESTS FOR PRODUCTION:

Plaintiff hereby requests that you produce the following documents in your possession, custody or control:

### REQUEST FOR PRODUCTION NO. 1:

Produce ALL DOCUMENTS evidencing YOUR involvement in gymnastics events in California, from 1994 through 2015.

### REQUEST FOR PRODUCTION NO. 2:

Produce ALL DOCUMENTS evidencing YOUR communications with anyone regarding DOCUMENTS located at the Karolyi Ranch (USA Gymnastics National Training Center) that relate to Nassar, the medical treatment of gymnasts, or gymnasts training there.

### REQUEST FOR PRODUCTION NO. 3:

Produce ALL DOCUMENTS evidencing income obtained from sources in California, from 1994-2015.

### REQUEST FOR PRODUCTION NO. 4:

Produce ALL DOCUMENTS evidencing monies received from JANE JD DOE, ALY RAISMAN, JORDYN WIEBER, MCKAYLA MARONEY or JANE LM DOE from 1994 through 2015.

### REQUEST FOR PRODUCTION NO. 5:

Produce ALL DOCUMENTS evidencing meetings held in California, from 1994 through 2015, regarding USAG business.

///

///

-4-

**AMENDED NOTICE OF TAKING DEPOSITION OF KATHY SCANLAN AND REQUEST FOR PRODUCTION OF DOCUMENTS**

**REQUEST FOR PRODUCTION NO. 6:**

Produce ALL DOCUMENTS evidencing meetings held in California, from 2004 through 2015, regarding USAG business.

**REQUEST FOR PRODUCTION NO. 7:**

Produce ALL DOCUMENTS evidencing USAG sanctioned events attended by YOU in California, from 1994 through 1998.

**REQUEST FOR PRODUCTION NO. 8:**

Produce ALL DOCUMENTS evidencing Regional USAG meetings attended by YOU in California, from 1994 through 1998.

**REQUEST FOR PRODUCTION NO. 9:**

Produce ALL DOCUMENTS evidencing USA sanctioned events held in California between 1994 and 1998.

**REQUEST FOR PRODUCTION NO. 10:**

Produce ALL DOCUMENTS evidencing payment for YOUR lodging while staying in California for gymnastics events, from 1994 through 1998.

**REQUEST FOR PRODUCTION NO. 11:**

Produce ALL DOCUMENTS evidencing real estate you or USAG owned or leased in California from 1994-1998.

**REQUEST FOR PRODUCTION NO. 12:**

Produce ALL DOCUMENTS evidencing any business licenses YOU or USAG held in California from 1994-1998.

**REQUEST FOR PRODUCTION NO. 13:**

Produce ALL photographs of YOU at USAG sanctioned competitions in California, from 1994 through 1998.

**REQUEST FOR PRODUCTION NO. 14:.**

Produce ALL photographs of YOU at USAG fundraisers in California, from 1994 through 1998.

///

AMENDED NOTICE OF TAKING DEPOSITION OF KATHY SCANLAN AND REQUEST FOR PRODUCTION OF DOCUMENTS

MANLY, STEWART & FINALDI
19100 Von Karman Ave., Suite 800
Irvine, California 92612
Telephone: (949) 252-9990

1 | **REQUEST FOR PRODUCTION NO. 15:**

2 |       Produce ALL DOCUMENTS concerning your request to testify, and testimony, before

3 | Congress in 2018 related to USA Gymnastics.

4 | **REQUEST FOR PRODUCTION NO. 16:**

5 |       Produce ALL photographs of YOU at USAG promotional events in California, from

6 | 1994 through 1998.

7 | **REQUEST FOR PRODUCTION NO. 17:**

8 |       Produce ALL memoranda evidencing USAG's strategies for growing the organization in

9 | California from 1994-1998.

10 | **REQUEST FOR PRODUCTION NO. 18:**

11 |       Produce ALL photographs of YOU and Jane JD Doe.

12 | **REQUEST FOR PRODUCTION NO. 19:**

13 |       Produce ALL DOCUMENTS evidencing your communications with Jane JD Doe.

14 | **REQUEST FOR PRODUCTION NO. 20:**

15 |       Produce ALL DOCUMENTS evidencing recruitment events for USAG attended by YOU

16 | in California from 1994 through 1998.

17 | **REQUEST FOR PRODUCTION NO. 21:**

18 |       Produce ANY and ALL CORRESPONDENCE between YOU or YOUR representatives

19 | and ANY United States Legislators or their representatives, regarding USAG.

20 | **REQUEST FOR PRODUCTION NO. 22:**

21 |       Produce ANY and ALL DOCUMENTS evidencing Amy White's removal of documents

22 | from the Karolyi Ranch (USAG National Training Center) at any time, including those for

23 | expenses such as meals, taxis, rental cars, airline tickets, suitcase purchases, gas, food, and the

24 | like.

MANLY, STEWART & FINALDI
19100 Von Karman Ave., Suite 800
Irvine, California 92612
Telephone: (949) 252-9990

-6-

## CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Manly, Stewart & Finaldi, 19100 Von Karman Ave., Suite 800, Irvine, CA 92612.

On July 24, 2018, I served the within documents:

(1) **AMENDED NOTICE OF TAKING DEPOSITION OF KATHY SCANLAN AND REQUEST FOR PRODUCTION OF DOCUMENTS (JURISDICTIONAL DISCOVERY)**

[X]    **BY MESSENGER SERVICE**
[X]    I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a professional messenger service for service.

FEDERAL - I certify under penalty of perjury under the law of the United States of America that the foregoing is true and correct.

Executed on July 24, 2018, at Irvine, California.

*Kathy Frederiksen*
Kathy Frederiksen

-1-

SERVICE LIST
McKayla Maroney v. Michigan State University, et al.
USDC, Case No. 2:18-cv-03461-CAS-AFM

Kevin James Minnick
Skadden Arps Slate Meagher and Flom LLP
300 South Grand Avenue Suite 3400
Los Angeles, CA 90071
213-687-5000
Fax: 213-687-5600
Email: kevin.minnick@skadden.com
Attorneys for Defendant MICHIGAN STATE UNIVERSITY

Mitchell A. Kamin
mkamin@cov.com
Carolyn Kubota
ckubota@cov.com
Mark Y. Chen
mchen@cov.com
Paulina Slagter
pslagter@cov.com
COVINGTON & BURLING LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067-4643
Telephone: + 1 424-332-4800
Facsimile: + 1 424-332-4749
Attorneys for Defendant United States Olympic Committee

Udit Sood
Covington and Burling LLP
One Front Street 35th Floor
San Francisco, CA 94111-5356
415-591-6000
Fax: 415-591-6091
Email: usood@cov.com
Attorneys for Defendant United States Olympic Committee

MANLY, STEWART & FINALDI
19100 Von Karman Ave., Suite 800
Irvine, California 92612
Telephone: (949) 252-9990

Margaret M. Holm
Sheryl M Rosenberg
Melissa McKenna Leos
Clyde & Co US LLP
2020 Main Street
Suite 1100
Irvine, CA 92614-8234
(949) 567-7838 (Direct)
(714) 322-5578 (Cell)
margaret.holm@clydeco.us
sheryl.rosenberg@clydeco.us
melissa.leos@clydeco.us
Attorneys for Defendants USA GYMNASTICS, an Indiana business entity of form unknown

Alan K. Brubaker
Partner
Wingert Grebing Brubaker & Juskie LLP
600 West Broadway, Suite 1200
San Diego, CA 92101
T 619-232-8151
F 619-232-4665
abrubaker@wingertlaw.com
Attorneys for Kathy Scanlan

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | | | | FOR COURT USE ONLY |
|---|---|---|---|---|
| JOHN C. MANLY, Esq. (State Bar No. 149080) 19100 VON KARMAN AVE STE 800 | | | TELEPHONE NO. (949) 252-9990 | |

IRVINE          CA          92612

ATTORNEY FOR [Name

Insert of Court Name of Judicial District and Branch Court if any
UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

SHORT TITLE OF CASE
MARONEY v MICHIGAN

| 3370441 | (HEARING) Date 08/06/2018 | Time 2:00PM | Dept | Case Number: 218CV03461JLSKESX |
|---|---|---|---|---|
| | | | | REFERENCE NO. maroney v. msu |

**PROOF OF SERVICE C.C.P. 1011**

1. I DECLARE: I AM OVER THE AGE OF EIGHTEEN YEARS AND NOT A PARTY TO THE ABOVE
ENTITLED ACTION. MY BUSINESS ADDRESS IS 2900 BRISTOL, E106, COSTA MESA, CA 92626
ON:                    AT

2. I DELIVERED A TRUE COPY OF THE:

AMENDED NOTICE OF TAKING DEPOSITION OF KATHY SCANLAN
AND REQUEST FOR PRODUCTION OF DOCUMENTS
(JURISDICTIONAL DISCOVERY)

IN THE MANNER PROVIDED IN (CCP1011) AS FOLLOWS:
PARTY SERVED:  COVINGTON & BURLING LLP

PERSON RECEIVING COPIES:

ADDRESS:     1999 AVENUE OF THE STARS STE 3500
LOS ANGELES          CA          90067

(BY PERSONAL SERVICE) CAUSING EACH TO BE DELIVERED BY HAND TO THE OFFICES
OF EACH IDENTIFIED ADDRESS AND/OR LEAVING THE SAME WITH THE PERSON IN
CHARGE AT SAID ADDRESS(ES) DURING THE BUSINESS HOURS BETWEEN 9:00 AM AND
5:00PM.

7a. Person Serving:

b. DDS Legal Support
2900 Bristol St
Costa Mesa, Ca 92626

c. (714) 662-5555

8. I declare under the penalty of perjury under the laws of the State of California that the
foregoing is true and correct.

7/24/2018

d. The fee for service was          $39.95
e. I am:

   (1)          not a registered California process server:
   (3)  X     registered California process server:
     (i) Employee
     (i) Registration No:
     (i) County:

X _____
                 SIGNATURE

**PROOF OF SERVICE**

# EXHIBIT 3

JOHN C. MANLY, Esq. (State Bar No. 149080)
VINCE W. FINALDI, Esq. (State Bar No. 238279)
ALEX CUNNY (State Bar No. 291567)
**MANLY, STEWART & FINALDI**
19100 Von Karman Ave., Suite 800
Irvine, CA 92612
Telephone: (949) 252-9990
Fax: (949) 252-9991

Attorneys of Record for Plaintiff, MCKAYLA MARONEY, an individual

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MCKAYLA MARONEY, an individual. <br><br> Plaintiff, <br><br> v. <br><br> MICHIGAN STATE UNIVERSITY, a Michigan Entity of Form Unknown; and UNITED STATES OLYMPIC COMMITTEE, a Business Entity of form unknown; USA GYMNASTICS, an Indiana Business Entity of Form Unknown; LARRY NASSAR, an individual and DOES 1 through 500. <br><br> Defendants. | Civil Case No. 2:18:cv-03461-JLS-KESx <br><br> [The Honorable Josephine L Staton] <br><br> **NOTICE OF TAKING DEPOSITION OF DOUG BOGER AND REQUEST FOR PRODUCTION OF DOCUMENTS** <br><br> **(JURISDICTIONAL DISCOVERY)** <br><br> Date:      August 27, 2018 <br> Time:      10:00 a.m. <br> Location:  Regus Business Centers <br>            1755 Telstar Drive, 3rd Floor <br>            Colorado Springs, CO, 80920 |

**TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that at 10:00 a.m., on August 27, 2018, at Regus Business Centers-1755 Telstar Drive, 3rd Floor, Colorado Springs, CO, 80920, Plaintiff MCKAYLA MARONEY ("Plaintiff") will take the oral deposition of DOUG BOGER regarding jurisdictional matters and demand production of the following documents contained in the attachment hereto. If for any reason the taking of such deposition is not completed on the date scheduled, said deposition shall continue, day-to-day, Sundays and

MANLY, STEWART & FINALDI
19100 Von Karman Ave., Suite 800
Irvine, California 92612
Telephone: (949) 252-9990

-1-
NOTICE OF TAKING DEPOSITION OF DOUG BOGER AND REQUEST FOR PRODUCTION OF DOCUMENTS

1 | holidays excepted, until completed, or will be continued to such other dates and times as shall be

2 | designated by the party noticing the deposition.

3 |     If for any reason the taking of such deposition is not completed on the date scheduled, said

4 | deposition shall continue, day-to-day, Sundays and holidays excepted, until completed, or will be

5 | continued to such other dates and times as shall be designated by the party noticing the deposition.

6 |     **PLEASE TAKE FURTHER NOTICE** that if an interpreter is required to translate

7 | testimony, notice of same must be given to this noticing party at least five (5) working days prior

8 | to the deposition date, and the specific language and/or dialect thereof designated.

9 |     **PLEASE TAKE FURTHER NOTICE** that pursuant to *Code of Civil Procedure* section

10 | 2025(d)(5) and (d)(6), Plaintiff reserves the right to record the deposition testimony of the

11 | deponent by audio tape and/or videotape in addition to recording the testimony by stenographic

12 | method.

13 |     **FURTHERMORE**, said deponent is expected to produce the documents set out in the

14 | attached document request.

15 |     SAID DEPONENT WILL BE SERVED WITH A DEPOSITION SUBPOENA, A COPY

16 | OF WHICH IS ATTACHED HERETO AND SERVED HEREWITH.

17 | Dated: July 25, 2018                **MANLY, STEWART & FINALDI**

18 |

19 |                          By:  *Alex E. Cunny*

20 |                               ALEX E. CUNNY, Esq.
     |                               Attorneys for Plaintiffs

MANLY, STEWART & FINALDI
19100 Von Karman Ave., Suite 800
Irvine, California 92612
Telephone: (949) 252-9990

-2-

ATTACHMENT 3
Deposition Subpoena to Doug Boger
Case No. JCCP 4993

## REQUEST NO. 9:

All documents in your possession, custody or control that evidence your attendance at USA Gymnastics events in California.

## REQUEST NO. 10:

All documents in your possession, custody or control that evidence your planning for USA Gymnastics events in California, within your position at USA Gymnastics.

## REQUEST NO. 11:

All documents in your possession, custody or control that evidencing USA Gymnastics events in California.

## REQUEST NO. 12:

All documents in your possession, custody or control that evidence USA Gymnastics' seminars held in California.

## REQUEST NO. 13:

All documents in your possession, custody or control that evidence USA Gymnastics' recruitment events held in California.

## REQUEST NO. 14:

All documents in your possession, custody or control that evidence USA Gymnastics' supervision of your employment duties.

**CERTIFICATE OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Manly, Stewart & Finaldi, 19100 Von Karman Ave., Suite 800, Irvine, CA 92612.

On July 25, 2018, I served the within documents:

(1) **NOTICE OF TAKING DEPOSITION OF DOUG BOGER AND REQUEST FOR PRODUCTION OF DOCUMENTS (JURISDICTIONAL DISCOVERY)**

[X]    **BY MESSENGER SERVICE**
[X]    I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a professional messenger service for service.

FEDERAL - I certify under penalty of perjury under the law of the United States of America that the foregoing is true and correct.

Executed on July 25, 2018, at Irvine, California.

*Rachyl Boer*
Rachyl Boer

-1-

MANLY, STEWART & FINALDI
19100 Von Karman Ave., Suite 800
Irvine, California 92612
Telephone: (949) 252-9990

<div align="center">

**SERVICE LIST**
McKayla Maroney v. Michigan State University, et al.
USDC, Case No. 2:18-cv-03461-CAS-AFM

</div>

Kevin James Minnick
Skadden Arps Slate Meagher and Flom LLP
300 South Grand Avenue Suite 3400
Los Angeles, CA 90071
213-687-5000
Fax: 213-687-5600
Email: kevin.minnick@skadden.com
Attorneys for Defendant MICHIGAN STATE UNIVERSITY

Mitchell A. Kamin
mkamin@cov.com
Carolyn Kubota
ckubota@cov.com
Mark Y. Chen
mchen@cov.com
Paulina Slagter
pslagter@cov.com
COVINGTON & BURLING LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067-4643
Telephone: + 1 424-332-4800
Facsimile: + 1 424-332-4749
Attorneys for Defendant United States Olympic Committee

Udit Sood
Covington and Burling LLP
One Front Street 35th Floor
San Francisco, CA 94111-5356
415-591-6000
Fax: 415-591-6091
Email: usood@cov.com
Attorneys for Defendant United States Olympic Committee

Margaret M. Holm
Sheryl M Rosenberg
Melissa McKenna Leos
Clyde & Co US LLP
2020 Main Street
Suite 1100
Irvine, CA 92614-8234
(949) 567-7838 (Direct)
(714) 322-5578 (Cell)
margaret.holm@clydeco.us
sheryl.rosenberg@clydeco.us
melissa.leos@clydeco.us
Attorneys for Defendants USA GYMNASTICS, an Indiana business entity of form unknown

Alan K. Brubaker
Partner
Wingert Grebing Brubaker & Juskie LLP
600 West Broadway, Suite 1200
San Diego, CA 92101
T 619-232-8151
F 619-232-4665
abrubaker@wingertlaw.com
Attorneys for Kathy Scanlan

MANLY, STEWART & FINALDI
19100 Von Karman Ave., Suite 800
Irvine, California 92612
Telephone: (949) 252-9990

-3-

# EXHIBIT 4

JOHN C. MANLY, Esq. (State Bar No. 149080)
VINCE W. FINALDI, Esq. (State Bar No. 238279)
ALEX CUNNY (State Bar No. 291567)
**MANLY, STEWART & FINALDI**
19100 Von Karman Ave., Suite 800
Irvine, CA 92612
Telephone: (949) 252-9990
Fax: (949) 252-9991

Attorneys of Record for Plaintiff, MCKAYLA MARONEY, an individual

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MCKAYLA MARONEY, an individual. <br><br> Plaintiff, <br><br> v. <br><br> MICHIGAN STATE UNIVERSITY, a Michigan Entity of Form Unknown; and UNITED STATES OLYMPIC COMMITTEE, a Business Entity of form unknown; USA GYMNASTICS, an Indiana Business Entity of Form Unknown; LARRY NASSAR, an individual and DOES 1 through 500. <br><br> Defendants. | Civil Case No. 2:18:cv-03461-JLS-KESx <br><br> [The Honorable Josephine L Staton] <br><br> **NOTICE OF TAKING DEPOSITION OF DR. DAVID KRUSE AND REQUEST FOR PRODUCTION OF DOCUMENTS** <br><br> **(JURISDICTIONAL DISCOVERY)** <br><br> Date:     August 1, 2018 <br> Time:     1:00 p.m. <br> Location: MANLY, STEWART & FINALDI <br> 19100 Von Karman Ave, Suite 800 <br> Irvine, CA 92612 |

**TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that at 1:00 p.m., on August 1, 2018, at MANLY, STEWART & FINALDI, located at 19100 Von Karman Avenue, Suite 800, Irvine, CA 92612, Plaintiff MCKAYLA MARONEY ("Plaintiff") will take the oral deposition of **DR. DAVID KRUSE** regarding jurisdictional matters and demand production of the following documents contained in the attachment hereto. If for any reason the taking of such deposition is not completed on the date scheduled, said deposition shall continue, day-to-day, Sundays and

-1-

holidays excepted, until completed, or will be continued to such other dates and times as shall be designated by the party noticing the deposition.

If for any reason the taking of such deposition is not completed on the date scheduled, said deposition shall continue, day-to-day, Sundays and holidays excepted, until completed, or will be continued to such other dates and times as shall be designated by the party noticing the deposition.

**PLEASE TAKE FURTHER NOTICE** that if an interpreter is required to translate testimony, notice of same must be given to this noticing party at least five (5) working days prior to the deposition date, and the specific language and/or dialect thereof designated.

**PLEASE TAKE FURTHER NOTICE** that pursuant to *Code of Civil Procedure* section 2025(d)(5) and (d)(6), Plaintiff reserves the right to record the deposition testimony of the deponent by audio tape and/or videotape in addition to recording the testimony by stenographic method.

**FURTHERMORE,** said deponent is expected to produce the documents set out in the attached document request.

SAID DEPONENT WILL BE SERVED WITH A DEPOSITION SUBPOENA, A COPY OF WHICH IS ATTACHED HERETO AND SERVED HEREWITH.

Dated: July 25, 2018                    **MANLY, STEWART & FINALDI**

                              By:  _Alex E. Cunny_
                                   ALEX E. CUNNY, Esq.
                                   Attorneys for Plaintiffs

MANLY, STEWART & FINALDI
19100 Von Karman Ave, Suite 800
Irvine, California 92612
Telephone: (949) 252-9990

SUBP-020

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|

Alex E. Cunny, Esq. SBN 291567
— MANLY, STEWART & FINALDI
19100 Von Karman Ave., Suite 800
Irvine, CA  92612
TELEPHONE NO.: 949-252-9990        FAX NO. (Optional): 949-252-9991
E-MAIL ADDRESS (Optional): acunny@manlystewart.com
ATTORNEY FOR (Name): Plaintiff

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE COUNTY
STREET ADDRESS: 751 W. Santa Ana Boulevard
MAILING ADDRESS: 751 W. Santa Ana Boulevard
CITY AND ZIP CODE: Santa Ana, CA
BRANCH NAME: Complex Courthouse

PLAINTIFF/PETITIONER: Jane AJ Doe

DEFENDANT/RESPONDENT: Lawrence Nassar, et al.

| DEPOSITION SUBPOENA<br>FOR PERSONAL APPEARANCE AND PRODUCTION OF DOCUMENTS AND THINGS | CASE NUMBER:<br>JCCP Case No. 4993 |
|---|---|

THE PEOPLE OF THE STATE OF CALIFORNIA, TO (name, address, and telephone number of deponent, if known):
DR. DAVID W. KRUSE; 20802 Lancelot Lane; Huntington Beach, CA 92646

1. YOU ARE ORDERED TO APPEAR IN PERSON TO TESTIFY AS A WITNESS in this action at the following date, time, and place:

| Date: August 1, 2018        Time: 1:00 p.m.        Address: 19100 Von Karman Ave, Suite 800, Irvine, CA 92612 |
|---|

  a. ☐ As a deponent who is not a natural person, you are ordered to designate one or more persons to testify on your behalf as to the matters described in item 4. (Code Civ. Proc., § 2025.230.)
  b. ☑ You are ordered to produce the documents and things described in item 3.
  c. ☑ This deposition will be recorded stenographically        ☑ through the instant visual display of testimony
    and by ☐ audiotape        ☑ videotape.
  d. ☑ This videotape deposition is intended for possible use at trial under Code of Civil Procedure section 2025.620(d).

2. The personal attendance of the custodian or other qualified witness and the production of the original records are required by this subpoena.  The procedure authorized by Evidence Code sections 1560(b), 1561, and 1562 will not be deemed sufficient compliance with this subpoena.

3. The documents and things to be produced and any testing or sampling being sought are described as follows:
    See Attachment 3.

    ☑ Continued on Attachment 3.

4. If the witness is a representative of a business or other entity, the matters upon which the witness is to be examined are described as follows:

    ☐ Continued on Attachment 4.

5. IF YOU HAVE BEEN SERVED WITH THIS SUBPOENA AS A CUSTODIAN OF CONSUMER OR EMPLOYEE RECORDS UNDER CODE OF CIVIL PROCEDURE SECTION 1985.3 OR 1985.6 AND A MOTION TO QUASH OR AN OBJECTION HAS BEEN SERVED ON YOU, A COURT ORDER OR AGREEMENT OF THE PARTIES, WITNESSES, AND CONSUMER OR EMPLOYEE AFFECTED MUST BE OBTAINED BEFORE YOU ARE REQUIRED TO PRODUCE CONSUMER OR EMPLOYEE RECORDS.

6. At the deposition, you will be asked questions under oath. Questions and answers are recorded stenographically at the deposition; later they are transcribed for possible use at trial. You may read the written record and change any incorrect answers before you sign the deposition. You are entitled to receive witness fees and mileage actually traveled both ways. The money must be paid, at the option of the party giving notice of the deposition, either with service of this subpoena or at the time of the deposition. Unless the court orders or you agree otherwise, if you are being deposed as an individual, the deposition must take place within 75 miles of your residence or within 150 miles of your residence if the deposition will be taken within the county of the court where the action is pending. The location of the deposition for all deponents is governed by Code of Civil Procedure section 2025.250.

| DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT. YOU WILL ALSO BE LIABLE FOR THE SUM OF $500 AND ALL DAMAGES RESULTING FROM YOUR FAILURE TO OBEY. |
|---|

Date Issued: July 10, 2018

▶ _____
(SIGNATURE OF PERSON ISSUING SUBPOENA)

ALEX E. CUNNY, ESQ.        ATTORNEYS FOR PLAINTIFFS
_____        _____
(TYPE OR PRINT NAME)        (TITLE)

(Proof of service on reverse)        Page 1 of 2

DEPOSITION SUBPOENA FOR PERSONAL APPEARANCE
AND PRODUCTION OF DOCUMENTS AND THINGS
Code of Civil Procedure §§ 2020.510,
2025.220, 2025.230, 2025.250, 2025.620;
Government Code, § 68097.1
www.courtinfo.ca.gov

SUBP-020

| PLAINTIFF/PETITIONER: Jane LM Doe | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Lawrence Nassar, et al. | BC638724 |

## PROOF OF SERVICE OF DEPOSITION SUBPOENA FOR PERSONAL APPEARANCE
## AND PRODUCTION OF DOCUMENTS AND THINGS

1. I served this *Deposition Subpoena for Personal Appearance and Production of Documents and Things* by personally delivering a copy to the person served as follows:

   a. Person served *(name)*:

   b. Address where served:

   c. Date of delivery:

   d. Time of delivery:

   e. Witness fees and mileage both ways *(check one)*:
      (1) ☐  were paid. Amount: . . . . . . . . . . $ _____
      (2) ☐  were not paid.
      (3) ☐  were tendered to the witness's
             public entity employer as
             required by Government Code
             section 68097.2. The amount
             tendered was *(specify)*: . . . . . . . $ _____

   f. Fee for service: . . . . . . . . . . . . . . . . . . . . . . . $ _____

2. I received this subpoena for service on *(date)*:

3. Person serving:
   a. ☐  Not a registered California process server
   b. ☐  California sheriff *or* marshal
   c. ☐  Registered California process server
   d. ☐  Employee or independent contractor of a registered California process server
   e. ☐  Exempt from registration under Business and Professions Code section 22350(b)
   f. ☐  Registered professional photocopier
   g. ☐  Exempt from registration under Business and Professions Code section 22451
   h. Name, address, telephone number, and, if applicable, county of registration and number:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

▶ _____
                    (SIGNATURE)

(For California sheriff or marshal use only)
I certify that the foregoing is true and correct.

Date:

▶ _____
                    (SIGNATURE)

**PROOF OF SERVICE**
**DEPOSITION SUBPOENA FOR PERSONAL APPEARANCE**
**AND PRODUCTION OF DOCUMENTS AND THINGS**

ATTACHMENT 3
Deposition Subpoena to Dr. David Kruse
Case No. BC638724

## ATTACHMENT 3

### REQUEST NO. 1:

All documents in your possession, custody or control that evidence employment, participant or volunteer position(s) with USA Gymnastics'.

### REQUEST NO. 2:

All documents in your possession, custody or control that evidence your training with USA Gymnastics, in California.

### REQUEST NO. 3:

All documents in your possession, custody or control that evidence meetings you have attended for USA Gymnastics in California, since 1999.

### REQUEST NO. 4:

All contracts you have had with USA Gymnastics.

### REQUEST NO. 5:

All communications between you and USA Gymnastics, regarding gymnastics meets/competitions in California.

### REQUEST NO. 6:

All documents from USA Gymnastics, regarding gymnastics meets/competitions in California.

### REQUEST NO. 7:

All documents pertaining to Dr. Lawrence Nassar.

### REQUEST NO. 8:

All photographs of you and Steve Penny in California.

### REQUEST NO. 9:

All photographs of you and Paul Parrilla in California.

### REQUEST NO. 10:

All photographs of you and Dr. Larry Nassar in California.

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Manly, Stewart & Finaldi, 19100 Von Karman Ave., Suite 800, Irvine, CA 92612.

On July 25, 2018, I served the within documents:

(1) **NOTICE OF TAKING DEPOSITION OF DR. DAVID KRUSE AND REQUEST FOR PRODUCTION OF DOCUMENTS (JURISDICTIONAL DISCOVERY)**

[ ]　　**BY MESSENGER SERVICE**
[ ]　　I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a professional messenger service for service.

[X]　　**BY FEDERAL EXPRESS DELIVERY -**　I caused such envelopes to be delivered via Federal Express service with instructions to personally deliver same to offices of the addressee on the next business date.

FEDERAL - I certify under penalty of perjury under the law of the United States of America that the foregoing is true and correct.

Executed on July 25, 2018, at Irvine, California.

*Rachyl Boer*
Rachyl Boer

1

<u>SERVICE LIST</u>
<u>McKayla Maroney v. Michigan State University, et al.</u>
<u>USDC, Case No. 2:18-cv-03461-CAS-AFM</u>

2

3

4   Kevin James Minnick
Skadden Arps Slate Meagher and Flom LLP
5   300 South Grand Avenue Suite 3400
Los Angeles, CA 90071
6   213-687-5000
Fax: 213-687-5600
7   Email: kevin.minnick@skadden.com
Attorneys for Defendant MICHIGAN STATE UNIVERSITY
8

9   Mitchell A. Kamin
mkamin@cov.com
10   Carolyn Kubota
ckubota@cov.com
11   Mark Y. Chen
mchen@cov.com
12   Paulina Slagter
pslagter@cov.com
13   COVINGTON & BURLING LLP
1999 Avenue of the Stars, Suite 3500
14   Los Angeles, CA 90067-4643
Telephone: + 1 424-332-4800
15   Facsimile: + 1 424-332-4749
Attorneys for Defendant United States Olympic Committee
16

17   Udit Sood
Covington and Burling LLP
18   One Front Street 35th Floor
San Francisco, CA 94111-5356
19   415-591-6000
Fax: 415-591-6091
20   Email: usood@cov.com
Attorneys for Defendant United States Olympic Committee
21

22

23

24

25

26

27

28

MANLY, STEWART & FINALDI
19100 Von Karman Ave., Suite 800
Irvine, California 92612
Telephone  (949) 252-9990

Margaret M. Holm
Sheryl M Rosenberg
Melissa McKenna Leos
Clyde & Co US LLP
2020 Main Street
Suite 1100
Irvine, CA 92614-8234
(949) 567-7838 (Direct)
(714) 322-5578 (Cell)
margaret.holm@clydeco.us
sheryl.rosenberg@clydeco.us
melissa.leos@clydeco.us
Attorneys for Defendants USA GYMNASTICS, an Indiana business entity of form unknown

Alan K. Brubaker
Partner
Wingert Grebing Brubaker & Juskie LLP
600 West Broadway, Suite 1200
San Diego, CA 92101
T 619-232-8151
F 619-232-4665
abrubaker@wingertlaw.com
Attorneys for Kathy Scanlan

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MANLY, STEWART & FINALDI
19100 Von Karman Ave., Suite 800
Irvine, California 92612
Telephone: (949) 252-9990

-3-

# EXHIBIT 5

JOHN C. MANLY, Esq. (State Bar No. 149080)
VINCE W. FINALDI, Esq. (State Bar No. 238279)
ALEX CUNNY (State Bar No. 291567)
**MANLY, STEWART & FINALDI**
19100 Von Karman Ave., Suite 800
Irvine, CA 92612
Telephone: (949) 252-9990
Fax: (949) 252-9991

Attorneys of Record for Plaintiff, MCKAYLA MARONEY, an individual

MANLY, STEWART & FINALDI
19100 Von Karman Ave, Suite 800
Irvine, California 92612
Telephone: (949) 252-9990

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MCKAYLA MARONEY, an individual. <br><br> Plaintiff, <br><br> v. <br><br> MICHIGAN STATE UNIVERSITY, a Michigan Entity of Form Unknown; and UNITED STATES OLYMPIC COMMITTEE, a Business Entity of form unknown; USA GYMNASTICS, an Indiana Business Entity of Form Unknown; LARRY NASSAR, an individual and DOES 1 through 500. <br><br> Defendants. | Civil Case No. 2:18:cv-03461-JLS-KESx <br><br> [The Honorable Josephine L Staton] <br><br> **NOTICE OF TAKING DEPOSITION OF GEORGE DREW AND REQUEST FOR PRODUCTION OF DOCUMENTS** <br><br> **(JURISDICTIONAL DISCOVERY)** <br><br> Date:      August 16, 2018 <br> Time:      10:00 a.m. <br> Location:  Moretti Group, <br>               471 West South Street <br>               Suite 41B, <br>               Kalamazoo, MI 49007 |

**TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that at 10:00 a.m., on August 16, 2018, at Moretti Group, 471 West South Street Suite 41B, Kalamazoo, MI 49007, Plaintiff MCKAYLA MARONEY ("Plaintiff") will take the oral deposition of **GEORGE DREW** regarding jurisdictional matters and demand production of the following documents contained in the attachment hereto. If for any reason the taking of such deposition is not completed on the date scheduled, said deposition shall continue,                    day-to-day,                    Sundays                    and

-1-

1    holidays excepted, until completed, or will be continued to such other dates and times as shall be

2    designated by the party noticing the deposition.

3         If for any reason the taking of such deposition is not completed on the date scheduled, said

4    deposition shall continue, day-to-day, Sundays and holidays excepted, until completed, or will be

5    continued to such other dates and times as shall be designated by the party noticing the deposition.

6         **PLEASE TAKE FURTHER NOTICE** that if an interpreter is required to translate

7    testimony, notice of same must be given to this noticing party at least five (5) working days prior

8    to the deposition date, and the specific language and/or dialect thereof designated.

9         **PLEASE TAKE FURTHER NOTICE** that pursuant to *Code of Civil Procedure* section

10   2025(d)(5) and (d)(6), Plaintiff reserves the right to record the deposition testimony of the

11   deponent by audio tape and/or videotape in addition to recording the testimony by stenographic

12   method.

13        **FURTHERMORE**, said deponent is expected to produce the documents set out in the

14   attached document request.

15        SAID DEPONENT WILL BE SERVED WITH A DEPOSITION SUBPOENA, A COPY

16   OF WHICH IS ATTACHED HERETO AND SERVED HEREWITH.

17   Dated: July 25, 2018                          **MANLY, STEWART & FINALDI**

18

19                                       By:    *Alex E. Cunny*

20                                              ALEX E. CUNNY, Esq.
                                                Attorneys for Plaintiffs

21

22

23

24

25

26

27

28

MANLY, STEWART & FINALDI
19100 Von Karman Ave, Suite 800
Irvine, California 92612
Telephone: (949) 252-9990

-2-

Approved, SCAO

Original - Return
1st copy - Person subject to subpoena
2nd copy - Requesting person's file

| STATE OF MICHIGAN<br>45th    JUDICIAL CIRCUIT<br>St. Joseph    COUNTY | SUBPOENA FOR OUT-OF-STATE CASE | |
|---|---|---|

| Court address | Court telephone no. |
|---|---|
| 125 W. Main, Centreville, MI 49032 | (269) 467-5500 |

This subpoena is issued for the following out-of-state case under MCL 600.2201 *et seq.*

| Case name    JANE AJ DOE v. NASSAR, et al. | | |
|---|---|---|
| Name of state/territory where case is filed<br>CALIFORNIA | Name of court<br>ORANGE COUNTY SUPERIOR COURT | Case number<br>JCCP 4943 |

**Note:** Attach a separate sheet containing the names, addresses, and telephone numbers of all attorneys of record and any parties not represented by an attorney.

| Person requesting subpoena<br>PLAINTIFF JANE AJ DOE c/o Manly, Stewart & Finaldi | | | |
|---|---|---|---|
| Address   19100 Von Karman Ave., Suite 800 | | | |
| City<br>Irvine, CA 92612 | State | Zip | Telephone no.<br>(949) 252-9990 |

In the Name of the People of the State of Michigan.  TO:

GEORGE DREW, 58837 CAMP WAKESHMA RD., THREE RIVERS, MI 49093-8509

**YOU ARE ORDERED TO COMPLY WITH THE ATTACHED OUT-OF-STATE SUBPOENA:**

☑ 1. Appear personally at the time and place stated below for the purposes stated in that subpoena:

Date:    August 16, 2018

Time:    10:00 a.m.

Location:   Moretti Group, 471 West South Street Suite 41B  Kalamazoo

☑ 2. Produce/Permit inspection or copying of the items stated in that subpoena.

☐ 3. Permit inspection of the premises identified in that subpoena.

THE TERMS OF THE OUT-OF-STATE SUBPOENA ARE INCORPORATED IN THIS ORDER BY REFERENCE.  FAILURE TO OBEY THE COMMANDS OF THE SUBPOENA MAY SUBJECT YOU TO PENALTY FOR CONTEMPT OF COURT.

July 9, 2018
Date

_Nadine M Clark, Deputy_
Circuit Court Clerk

CC 11a (4/13)  **SUBPOENA FOR OUT-OF-STATE CASE**    MCL 600.1852, MCL 600.2201 *et seq.*, MCR 2.305(F)

| PROOF OF SERVICE | SUBPOENA FOR OUT-OF-STATE CASE<br>Case No. |
|---|---|

**TO PROCESS SERVER:** You must make and file your return with the person requesting the subpoena. If you are unable to complete service, you must return this original and all copies to the person requesting the subpoena.

### CERTIFICATE / AFFIDAVIT OF SERVICE / NON-SERVICE

| ☐ **OFFICER CERTIFICATE**    OR<br>I certify that I am a sheriff, deputy sheriff, bailiff, appointed court officer, or attorney for a party [MCR 2.104(A)(2)], and that:    (notarization not required) | ☐ **AFFIDAVIT OF PROCESS SERVER**<br>Being first duly sworn, I state that I am a legally competent adult who is not a party or an officer of a corporate party, and that:    (notarization required) |
|---|---|

☐ I served a copy of the subpoena, together with _____ (including any required fees) by
Attachment

☐ personal service        ☐ registered or certified mail (copy of return receipt attached)        on:

| Name(s) | Complete address(es) of service | Day, date, time |
|---|---|---|
|  |  |  |
|  |  |  |

☐ I have personally attempted to serve the subpoena and required fees, if any, together with _____
Attachment
on the following person and have been unable to complete service.

| Name(s) | Complete address(es) of service | Day, date, time |
|---|---|---|
|  |  |  |

I declare that the statements above are true to the best of my information, knowledge, and belief.

| Service fee<br>$ | Miles traveled Fee<br>$ |  | Signature |
|---|---|---|---|
| Incorrect address fee<br>$ | Miles traveled Fee<br>$ | TOTAL FEE<br>$ | Name (type or print) |

Title

Subscribed and sworn to before me on _____ , _____ County, Michigan.
Date

My commission expires: _____ Signature: _____
Date                                             Deputy court clerk/Notary public

Notary public, State of Michigan, County of _____

### ACKNOWLEDGMENT OF SERVICE

I acknowledge that I have received service of the subpoena and required fees, if any, together with _____
Attachment

_____ on _____
Day, date, time

_____ on behalf of _____ .
Signature

MCR 2.105

ATTACHMENT 3
Deposition Subpoena to Geroge Drew
Case No. JCCP 4943

## ATTACHMENT 3

## REQUESTS FOR PRODUCTION

Plaintiff JANE AJ DOE hereby requests that you produce the following documents in your possession, custody or control:

**REQUEST NO. 1:**

All documents in your possession, custody or control that evidence employment or volunteer position(s) with USA Gymnastics'.

**REQUEST NO. 2:**

All documents in your possession, custody or control that evidence the location of your current office where you perform work for USA Gymnastics.

**REQUEST NO. 3:**

All documents in your possession, custody or control that evidence the location of your office where you perform work for USA Gymnastics, since 1994.

**REQUEST NO. 4:**

All documents in your possession, custody or control that evidence meetings you have attended on behalf of USA Gymnastics in California.

**REQUEST NO. 5:**

Your employment contract with USA Gymnastics.

**REQUEST NO. 6:**

All documents in your possession, custody or control that evidence the location at which your employment contract(s) with USA Gymnastics was executed.

**REQUEST NO. 7:**

Job description(s) for your current employment position with USA Gymnastics.

**REQUEST NO. 8:**

Job description(s) for your prior employment position with USA Gymnastics.

///

**ATTACHMENT 3**
Deposition Subpoena to Geroge Drew
Case No. JCCP 4943

## REQUEST NO. 9:

All documents in your possession, custody or control that evidence your attendance at USA Gymnastics events in California.

## REQUEST NO. 10:

All documents in your possession, custody or control that evidence your planning for USA Gymnastics events in California, within your position at USA Gymnastics.

## REQUEST NO. 11:

All documents in your possession, custody or control that evidencing USA Gymnastics events in California.

## REQUEST NO. 12:

All documents in your possession, custody or control that evidence USA Gymnastics' seminars held in California.

## REQUEST NO. 13:

All documents in your possession, custody or control that evidence USA Gymnastics' recruitment events held in California.

## REQUEST NO. 14:

All documents in your possession, custody or control that evidence USA Gymnastics' supervision of your employment duties.

SUBP-020

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Alex E. Cunny, Esq. SBN 291567<br>MANLY, STEWART & FINALDI<br>19100 Von Karman Ave., Suite 800<br>Irvine, CA 92612<br>TELEPHONE NO.: 949-252-9990   FAX NO. *(Optional)*: 949-252-9991<br>E-MAIL ADDRESS *(Optional)*: acunny@manlystewart.com<br>ATTORNEY FOR *(Name)*: Plaintiff | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF **ORANGE COUNTY**
STREET ADDRESS: 751 W. Santa Ana Boulevard
MAILING ADDRESS: 751 W. Santa Ana Boulevard
CITY AND ZIP CODE: Santa Ana, CA
BRANCH NAME: Complex Courthouse

PLAINTIFF/PETITIONER: Jane AJ Doe

DEFENDANT/RESPONDENT: Lawrence Nassar, et al.

| DEPOSITION SUBPOENA<br>FOR PERSONAL APPEARANCE AND PRODUCTION OF DOCUMENTS AND THINGS | CASE NUMBER:<br>JCCP Case No. 4943 |
|---|---|

THE PEOPLE OF THE STATE OF CALIFORNIA, TO *(name, address, and telephone number of deponent, if known)*:
GEORGE DREW, 58837 CAMP WAKESHMA RD., THREE RIVERS, MI 49093-8509

1. YOU ARE ORDERED TO APPEAR IN PERSON TO TESTIFY AS A WITNESS in this action at the following date, time, and place:

Date: August 16, 2018   Time: 10:00 a.m.   Address: Moretti Group, 471 W.S.St.#41B Kalamazoo, MI 49007

a. ☐ As a deponent who is not a natural person, you are ordered to designate one or more persons to testify on your behalf as to the matters described in item 4. (Code Civ. Proc., § 2025.230.)
b. ☑ You are ordered to produce the documents and things described in item 3.
c. ☑ This deposition will be recorded stenographically   ☑ through the instant visual display of testimony
   and by ☐ audiotape   ☑ videotape.
d. ☑ This videotape deposition is intended for possible use at trial under Code of Civil Procedure section 2025.620(d).

2. The personal attendance of the custodian or other qualified witness and the production of the original records are required by this subpoena. The procedure authorized by Evidence Code sections 1560(b), 1561, and 1562 will not be deemed sufficient compliance with this subpoena.

3. The documents and things to be produced and any testing or sampling being sought are described as follows:
   See Attachment 3.

   ☑ Continued on Attachment 3.

4. If the witness is a representative of a business or other entity, the matters upon which the witness is to be examined are described as follows:

   ☐ Continued on Attachment 4.

5. IF YOU HAVE BEEN SERVED WITH THIS SUBPOENA AS A CUSTODIAN OF CONSUMER OR EMPLOYEE RECORDS UNDER CODE OF CIVIL PROCEDURE SECTION 1985.3 OR 1985.6 AND A MOTION TO QUASH OR AN OBJECTION HAS BEEN SERVED ON YOU, A COURT ORDER OR AGREEMENT OF THE PARTIES, WITNESSES, *AND* CONSUMER OR EMPLOYEE AFFECTED MUST BE OBTAINED BEFORE YOU ARE REQUIRED TO PRODUCE CONSUMER OR EMPLOYEE RECORDS.

6. *At the deposition, you will be asked questions under oath. Questions and answers are recorded stenographically at the deposition; later they are transcribed for possible use at trial. You may read the written record and change any incorrect answers before you sign the deposition. You are entitled to receive witness fees and mileage actually traveled both ways. The money must be paid, at the option of the party giving notice of the deposition, either with service of this subpoena or at the time of the deposition. Unless the court orders or you agree otherwise, if you are being deposed as an individual, the deposition must take place within 75 miles of your residence or within 150 miles of your residence if the deposition will be taken within the county of the court where the action is pending. The location of the deposition for all deponents is governed by Code of Civil Procedure section 2025.250.*

| DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT. YOU WILL ALSO BE LIABLE FOR THE SUM OF $500 AND ALL DAMAGES RESULTING FROM YOUR FAILURE TO OBEY. |
|---|

Date issued: July 6, 2018

► _____
(SIGNATURE OF PERSON ISSUING SUBPOENA)

ALEX E. CUNNY, ESQ.                           ATTORNEYS FOR PLAINTIFF
_____              _____
(TYPE OR PRINT NAME)    (Proof of service on reverse)       (TITLE)

Page 1 of 2

DEPOSITION SUBPOENA FOR PERSONAL APPEARANCE
AND PRODUCTION OF DOCUMENTS AND THINGS
Code of Civil Procedure §§ 2020.510,
2020.220, 2025.230, 2025.250, 2025.620;
Government Code, § 68097.1
www.courtinfo.ca.gov

SUBP-020

| | |
|---|---|
| PLAINTIFF/PETITIONER: Jane AJ Doe<br><br>DEFENDANT/RESPONDENT: Lawrence Nassar, et al. | CASE NUMBER:<br><br>JCCP Case No. 4993 |

## PROOF OF SERVICE OF DEPOSITION SUBPOENA FOR PERSONAL APPEARANCE AND PRODUCTION OF DOCUMENTS AND THINGS

1. I served this *Deposition Subpoena for Personal Appearance and Production of Documents and Things* by personally delivering a copy to the person served as follows:

   a. Person served *(name)*:

   b. Address where served:


   c. Date of delivery:

   d. Time of delivery:

   e. Witness fees and mileage both ways *(check one)*:
      (1) ☐ were paid. Amount: . . . . . . . . . . $ _____
      (2) ☐ were not paid.
      (3) ☐ were tendered to the witness's public entity employer as required by Government Code section 68097.2. The amount tendered was *(specify)*: . . . . . . . $ _____

   f. Fee for service: . . . . . . . . . . . . . . . . . . . . . . $ _____

2. I received this subpoena for service on *(date)*:

3. Person serving:
   a. ☐ Not a registered California process server
   b. ☐ California sheriff or marshal
   c. ☐ Registered California process server
   d. ☐ Employee or independent contractor of a registered California process server
   e. ☐ Exempt from registration under Business and Professions Code section 22350(b)
   f. ☐ Registered professional photocopier
   g. ☐ Exempt from registration under Business and Professions Code section 22451
   h. Name, address, telephone number, and, if applicable, county of registration and number:




I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

▶ _____
            (SIGNATURE)

(For California sheriff or marshal use only)
I certify that the foregoing is true and correct.

Date:

▶ _____
            (SIGNATURE)

ATTACHMENT 3
Deposition Subpoena to Geroge Drew
Case No. JCCP 4943

## ATTACHMENT 3

## REQUESTS FOR PRODUCTION

Plaintiff JANE AJ DOE hereby requests that you produce the following documents in your possession, custody or control:

### REQUEST NO. 1:

All documents in your possession, custody or control that evidence employment or volunteer position(s) with USA Gymnastics'.

### REQUEST NO. 2:

All documents in your possession, custody or control that evidence the location of your current office where you perform work for USA Gymnastics.

### REQUEST NO. 3:

All documents in your possession, custody or control that evidence the location of your office where you perform work for USA Gymnastics, since 1994.

### REQUEST NO. 4:

All documents in your possession, custody or control that evidence meetings you have attended on behalf of USA Gymnastics in California.

### REQUEST NO. 5:

Your employment contract with USA Gymnastics.

### REQUEST NO. 6:

All documents in your possession, custody or control that evidence the location at which your employment contract(s) with USA Gymnastics was executed.

### REQUEST NO. 7:

Job description(s) for your current employment position with USA Gymnastics.

### REQUEST NO. 8:

Job description(s) for your prior employment position with USA Gymnastics.

///

ATTACHMENT 3
Deposition Subpoena to Geroge Drew
Case No. JCCP 4943

## REQUEST NO. 9:

All documents in your possession, custody or control that evidence your attendance at USA Gymnastics events in California.

## REQUEST NO. 10:

All documents in your possession, custody or control that evidence your planning for USA Gymnastics events in California, within your position at USA Gymnastics.

## REQUEST NO. 11:

All documents in your possession, custody or control that evidencing USA Gymnastics events in California.

## REQUEST NO. 12:

All documents in your possession, custody or control that evidence USA Gymnastics' seminars held in California.

## REQUEST NO. 13:

All documents in your possession, custody or control that evidence USA Gymnastics' recruitment events held in California.

## REQUEST NO. 14:

All documents in your possession, custody or control that evidence USA Gymnastics' supervision of your employment duties.

**CERTIFICATE OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Manly, Stewart & Finaldi, 19100 Von Karman Ave., Suite 800, Irvine, CA 92612.

On July 25, 2018, I served the within documents:

(1) **NOTICE OF TAKING DEPOSITION OF GEORGE DREW AND REQUEST FOR PRODUCTION OF DOCUMENTS (JURISDICTIONAL DISCOVERY)**

[X]    **BY MESSENGER SERVICE**
[X]    I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a professional messenger service for service.

FEDERAL - I certify under penalty of perjury under the law of the United States of America that the foregoing is true and correct.

Executed on July 25, 2018, at Irvine, California.

*Rachyl Boer*
Rachyl Boer

MANLY, STEWART & FINALDI
19100 Von Karman Ave, Suite 800
Irvine, California 92612
Telephone: (949) 252-9990

SERVICE LIST
McKayla Maroney v. Michigan State University, et al.
USDC, Case No. 2:18-cv-03461-CAS-AFM

Kevin James Minnick
Skadden Arps Slate Meagher and Flom LLP
300 South Grand Avenue Suite 3400
Los Angeles, CA 90071
213-687-5000
Fax: 213-687-5600
Email: kevin.minnick@skadden.com
Attorneys for Defendant MICHIGAN STATE UNIVERSITY

Mitchell A. Kamin
mkamin@cov.com
Carolyn Kubota
ckubota@cov.com
Mark Y. Chen
mchen@cov.com
Paulina Slagter
pslagter@cov.com
COVINGTON & BURLING LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067-4643
Telephone: + 1 424-332-4800
Facsimile: + 1 424-332-4749
Attorneys for Defendant United States Olympic Committee

Udit Sood
Covington and Burling LLP
One Front Street 35th Floor
San Francisco, CA 94111-5356
415-591-6000
Fax: 415-591-6091
Email: usood@cov.com
Attorneys for Defendant United States Olympic Committee

1    Margaret M. Holm
     Sheryl M Rosenberg
2    Melissa McKenna Leos
     Clyde & Co US LLP
3    2020 Main Street
     Suite 1100
4    Irvine, CA 92614-8234
     (949) 567-7838 (Direct)
5    (714) 322-5578 (Cell)
6    margaret.holm@clydeco.us
     sheryl.rosenberg@clydeco.us
7    melissa.leos@clydeco.us
8    Attorneys for Defendants USA GYMNASTICS, an Indiana business entity of form unknown

9    Alan K. Brubaker
     Partner
10   Wingert Grebing Brubaker & Juskie LLP
     600 West Broadway, Suite 1200
11   San Diego, CA 92101
     T 619-232-8151
12   F 619-232-4665
     abrubaker@wingertlaw.com
13   Attorneys for Kathy Scanlan

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MANLY, STEWART & FINALDI
19100 Von Karman Ave, Suite 800
Irvine, California 92612
Telephone: (949) 252-9990

-3-

# EXHIBIT 6

1  JOHN C. MANLY, Esq. (State Bar No. 149080)
2  VINCE W. FINALDI, Esq. (State Bar No. 238279)
   ALEX CUNNY (State Bar No. 291567)
   **MANLY, STEWART & FINALDI**
3  19100 Von Karman Ave., Suite 800
   Irvine, CA 92612
4  Telephone: (949) 252-9990
   Fax: (949) 252-9991
5
   Attorneys of Record for Plaintiff, MCKAYLA MARONEY, an
6  individual

7

8              **UNITED STATES DISTRICT COURT**

9        **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

10

11  MCKAYLA MARONEY, an individual.          Civil Case No. 2:18:cv-03461-JLS-KESx
12                   Plaintiff,             [The Honorable Josephine L Staton]
13          v.                              **NOTICE OF TAKING DEPOSITION OF
                                            LARRY BUENDORF AND REQUEST
14  MICHIGAN STATE UNIVERSITY, a           FOR PRODUCTION OF DOCUMENTS**
    Michigan Entity of Form Unknown; and
15  UNITED STATES OLYMPIC COMMITTEE,        **(JURISDICTIONAL DISCOVERY)**
    a Business Entity of form unknown; USA
16  GYMNASTICS, an Indiana Business Entity of
    Form Unknown; LARRY NASSAR, an         Date:      August 29, 2018
17  individual and DOES 1 through 500.      Time:      10:00 a.m.
                                            Location:  Regus Business Centers
18                   Defendants.                       1755 Telstar Drive, 3rd Floor
                                                       Colorado Springs, CO, 80920
19

20

21        **TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

22        **PLEASE TAKE NOTICE** that at 10:00 a.m., on August 29, 2018, at Regus Business

23  Centers-1755 Telstar Drive, 3rd Floor, Colorado Springs, CO, 80920, Plaintiff MCKAYLA

24  MARONEY ("Plaintiff") will take the oral deposition of **LARRY BUENDORF** regarding

25  jurisdictional matters and demand production of the following documents contained in the

26  attachment hereto. If for any reason the taking of such deposition is not completed on the date

27  scheduled,     said     deposition     shall     continue,     day-to-day,     Sundays     and

28

*MANLY, STEWART & FINALDI*
*19100 Von Karman Ave., Suite 800*
*Irvine, California 92612*
*Telephone: (949) 252-9990*

-1-
NOTICE OF TAKING DEPOSITION OF LARRY BUENDORF AND REQUEST FOR PRODUCTION OF DOCUMENTS

1   holidays excepted, until completed, or will be continued to such other dates and times as shall be

2   designated by the party noticing the deposition.

3       If for any reason the taking of such deposition is not completed on the date scheduled, said

4   deposition shall continue, day-to-day, Sundays and holidays excepted, until completed, or will be

5   continued to such other dates and times as shall be designated by the party noticing the deposition.

6       **PLEASE TAKE FURTHER NOTICE** that if an interpreter is required to translate

7   testimony, notice of same must be given to this noticing party at least five (5) working days prior

8   to the deposition date, and the specific language and/or dialect thereof designated.

9       **PLEASE TAKE FURTHER NOTICE** that pursuant to *Code of Civil Procedure* section

10   2025(d)(5) and (d)(6), Plaintiff reserves the right to record the deposition testimony of the

11   deponent by audio tape and/or videotape in addition to recording the testimony by stenographic

12   method.

13       **FURTHERMORE,** said deponent is expected to produce the documents set out in the

14   attached document request.

15       SAID DEPONENT WILL BE SERVED WITH A DEPOSITION SUBPOENA, A COPY

16   OF WHICH IS ATTACHED HERETO AND SERVED HEREWITH.

17   Dated: July 25, 2018              **MANLY, STEWART & FINALDI**

18

19             By:   *Alex C. Cunny*

20                   ALEX E. CUNNY, Esq.
                Attorneys for Plaintiffs

21

22

23

24

25

26

27

28

*MANLY, STEWART & FINALDI*
*19100 Von Karman Ave., Suite 800*
*Irvine, California 92612*
*Telephone: (949) 252-9990*

-2-

| District Court EL Paso                County, Colorado | |
|---|---|
| Court Address: | |
| 270 S. Tejon,  Colorado Springs, CO 80901 | |
| Plaintiff(s)/Petitioner(s):  Jane AJ Doe | ▲   COURT USE ONLY   ▲ |
| v. | Case Number: |
| Defendant(s)/Respondent(s):  Lawrence Nassar, et al. | 18CV 178 |
| | Division:          Courtroom: |

## SUBPOENA TO
## ☑APPEAR FOR DEPOSITION ☑PRODUCE PURSUANT TO §13-90.5-103, C.R.S.

To: LARRY M BUENDORF

You are ordered to attend and give testimony at a deposition at the following location:

Regus Business Centers-1755 Telstar Drive, 3rd Floor, Colorado Springs, Colorado at 80920

on  August 29, 2018                    (Date) at 10:00 a.m.          (Time) as a witness for the ☑Plaintiff(s)/Petitioner(s)

☐Defendant(s)/Respondent(s) in an action outside of Colorado.

At that time and place, you also shall produce the following items now in your custody or control:

CONTINUED AS ATTACHMENT 3

Names, addresses and telephone numbers of all counsel of record in this action and of any party represented by counsel are as follows:

| Name | Address | Telephone Number |
|---|---|---|
| Attached as Attachment 4 is a complete list of all counsel and the parties whom they represent in this California action. | SEE ATTACHMENT 4 | |

Dated:  7 12 18                                            Helen Perez

Clerk/Deputy Clerk

## AFFIDAVIT OF SERVICE

I declare under oath that, I am 18 years or older and not a party to the action and that I served this Subpoena to ☐Appear for Deposition ☐Produce to the Witness in _____ (County) _____ (State) on _____ (date) at the following location: _____

Check one:

☐  By handing it to a person identified to me as the Witness or by leaving it with the Witness who refused service.
☐  By leaving it with one of the following:
   ☐  the person's usual place of abode or workplace;
   ☐  with any person who is 18 years or older and who is a member of the person's family;
   ☐  with the person's secretary, administrative assistant, bookkeeper, or managing agent; or
   ☐  by delivering a copy to an agent authorized by appointment or by law to receive service of process.
☐  I attempted to serve the Witness on _____ occasions but have not been able to locate the Witness.
☐  Private process server
☐  Sheriff, _____ County
    Fee $ _____ Mileage $ _____

_____
Signature of Process Server

_____
Name (Print or type)

My Commission Expires: _____

_____
Notary Public /Deputy Clerk          Date

ATTACHMENT 3
Deposition Subpoena to Larry Buendorf
Case No. JCCP 4943

## ATTACHMENT 3

### REQUESTS FOR PRODUCTION

Plaintiff JANE AJ DOE hereby requests that you produce the following documents in your possession, custody or control:

**REQUEST NO. 1:**

All documents in your possession, custody or control that evidence employment or volunteer position(s) with USA Gymnastics'.

**REQUEST NO. 2:**

All documents in your possession, custody or control that evidence the location of your current office where you perform work for USA Gymnastics.

**REQUEST NO. 3:**

All documents in your possession, custody or control that evidence the location of your office where you perform work for USA Gymnastics, since 1994.

**REQUEST NO. 4:**

All documents in your possession, custody or control that evidence meetings you have attended on behalf of USA Gymnastics in California.

**REQUEST NO. 5:**

Your employment contract with USA Gymnastics.

**REQUEST NO. 6:**

All documents in your possession, custody or control that evidence the location at which your employment contract(s) with USA Gymnastics was executed.

**REQUEST NO. 7:**

Job description(s) for your current employment position with USA Gymnastics.

**REQUEST NO. 8:**

Job description(s) for your prior employment position with USA Gymnastics.

///

**ATTACHMENT 3**
Deposition Subpoena to Larry Buendorf
Case No. JCCP 4943

## REQUEST NO. 9:

All documents in your possession, custody or control that evidence your attendance at USA Gymnastics events in California.

## REQUEST NO. 10:

All documents in your possession, custody or control that evidence your planning for USA Gymnastics events in California, within your position at USA Gymnastics.

## REQUEST NO. 11:

All documents in your possession, custody or control that evidencing USA Gymnastics events in California.

## REQUEST NO. 12:

All documents in your possession, custody or control that evidence USA Gymnastics' seminars held in California.

## REQUEST NO. 13:

All documents in your possession, custody or control that evidence USA Gymnastics' recruitment events held in California.

## REQUEST NO. 14:

All documents in your possession, custody or control that evidence USA Gymnastics' supervision of your employment duties.

**ATTACHMENT 4**

<u>MAILING LIST</u>

1

2 Chair, Judicial Council of California
 Attn:  Appellate Court Services

3 JCCP 4943
 (Civil Case Coordination)

4 455 Golden Gate Avenue, 5th Floor
 San Francisco, CA  94102-3688

5

6 Bartholomew J. Dalton, Esq.
 Dalton & Associates, P.A.

7 Cool Spring Meeting House
 1106 West 10th Street

8 Wilmington, DE 19806
 302-652-2050

9 302-652-0687 (fax)
 bdalton@bdaltonlaw.com

10 www.bartdaltonlaw.com
 Attorneys for Plaintiffs

11

12 Margaret M. Holm
 Clyde & Co US LLP

13 2020 Main Street
 Suite 1100

14 Irvine, CA 92614-8234
 (949) 567-7838 (Direct)

15 (714) 322-5578 (Cell)
 margaret.holm@clydeco.us

16
 Attorneys for Defendants USA GYMNASTICS, an Indiana business entity of form unknown;

17 ROBERT COLAROSSI

18
 Daniel M. White, Esq.

19 WHITE & AMUNDSON
 402 W. Broadway, Suite 1140

20 San Diego, California 92101
 Tel 6192390300 Fax 6192390344

21 dwhite@whiteamundson.com

22 Attorneys for Defendants USA GYMNASTICS, an Indiana business entity of form unknown;
 ROBERT COLAROSSI, an individual; STEPHEN "STEVE" PENNY, an individual

23

24

25

26

27

28

MANLY, STEWART & FINALDI
19100 Von Karman Ave., Suite 800
Irvine, California 92612
Telephone: (949) 252-9990

-2-

1  Edith R. Matthai, Esq.
   ROBIE & MATTHAI
2  500 South Grand Avenue, 15th Floor
   Los Angeles, CA  90071-3062
3  Telephone: (213) 706-8000
   Facsimile: (213) 706-9913
4  ematthai@romalaw.com
5  Associated Counsel for Specially Appearing Defendant, STEVE PENNY

6  David Eisen, Esq.
   Gregory Lee, Esq.
7  WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP
   555 South Flower Street, Suite 2900
8  Los Angeles, CA  90071
   Telephone: (213) 443-5100
9  Facsimile: (213) 443-5101
10 Attorneys for Defendant DONALD PETERS (DOE 7)

11 Justin C. Pfeiffer, Esq.
   David Berg, Esq.
12 Sarah M. Frazier, Esq.
   Victoria R. Mery, Esq.
13 BERG & ANDROPHY
14 3704 Travis Street
   Houston, TX  77002-9550
15 Phone: (713) 529-5622
   Facsimile: (713) 529-3785
16 jpfieffer@bafirm.com
   dberg@bafirm.com
17 sfrazier@bafirm.com
   vmery@bafirm.com
18 Attorneys for Defendants
19 Defendants Bela Karolyi; Martha Karolyi; and Karolyi Training Camps, LLC, a Texas business entity of form unknown
20
21 Jason M Booth, Esq.
   Booth LLP
22 1849 Sawtelle Blvd., Suite 500
   Los Angeles, CA  90025
23 Phone: (310) 641-1800
   Facsimile: (310) 641-1818
24 jbooth@boothllp.com
25 Attorneys for Defendants,
   Defendants Bela Karolyi; Martha Karolyi; and Karolyi Training Camps, LLC, a Texas business entity of form unknown
26
27
28

MANLY, STEWART & FINALDI
19100 Von Karman Ave, Suite 800
Irvine, California 92612
Telephone: (949) 252-9990

-3-

1   Marc Jacobs, Esq.
    Steven Camhi, Esq.
2   Amanda Palwyk, Esq.
    Crystal Fryman, Esq.
3   MICHELMAN & ROBINSON, LLP
    10880 Wilshire Blvd., 19th Floor
4   Los Angeles, CA 90024
    Phone: (310) 564-2670
5   Facsimile: (310) 564-2671
6   MJacobs@mrllp.com
    Scamhi@mrllp.com
7   Apalwyk@mrllp.com
    Cfryman@mrllp.com
8   Attorneys for Defendants AOGC ALL OLYMPIA GYMNASTIC CENTER INC.; GALINA
9   MARINOVA; and ARTUR AKOPYAN

10  Christopher Hyland, Esq.
    LAW OFFICES OF KEVIN O'CONNELL & ASSOCIATES
11  13051 Central Ave.
    Chino, CA 91710
12  Telephone: (909) 236-7009
    Facsimile: (909) 696-2932
13  Lalaw500@gmail.com
14  Attorneys for Defendant SCATS (DOE 6)

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MANLY, STEWART & FINALDI
19100 Von Karman Ave., Suite 800
Irvine, California 92612
Telephone: (949) 252-9990

-4-

| District Court ___El Paso County___ County, Colorado<br>Court Address: 270 S. Tejon,<br>Colorado Springs, CO 80901 | FILED IN THE DISTRICT AND<br>COUNTY COURTS OF<br>EL PASO COUNTY, COLORADO<br><br>JUL 12 2018<br><br>DR. LYNETTE D. CORNELIUS<br>CLERK OF COURT |
|---|---|
| Plaintiff(s)/Petitioner(s) Jane AJ Doe<br><br>v.<br><br>Defendant(s)/Respondent(s) Lawrence Nassar, et al. | ▲ COURT USE ONLY ▲ |
| Attorney or Party Without Attorney (Name and Address):<br>Alex E. Cunny (CA Bar Number 291567)<br>19100 Von Karman Ave, Ste 800, Irvine, CA 92612<br><br>Phone Number: (949) 252-9990   E-mail: acunny@manlystewart.com<br>FAX Number: (949) 252-9991   Atty. Reg. #: CA 291567 | Case Number:<br><br>18CV178<br><br>Division     Courtroom |

## REQUEST TO ISSUE SUBPOENA/SUBPOENA DUCES TECUM
## IN SUPPORT OF ACTION OUTSIDE THE STATE OF COLORADO

I, Alex E. Cunny _____ (name of Petitioner) request this Court, pursuant to §13-90.5-103, C.R.S. to issue the attached subpoena(s) and state that the subpoena(s) is/are necessary as the witness(es) and/or items listed are material and relevant to my case.

1. This Request seeks authorization from the District Court of _El Paso_____ County for the issuance of subpoena(s)/subpoena(s) duces tecum in said county.

2. There currently exists an order by a court outside the state of Colorado for the deposition of the witness(es) and/or the production of documents. A copy of said order is attached to this Request.

3. The witness currently resides or can be found within the state of Colorado.

| Name of Witness | Type of Item |
|---|---|
| 1. Larry Buendorf | 1. See "Attachment 3" |
| 2. | 2. |
| 3. | 3. |
| 4. | 4. |
| 5. | 5. |
| 6. | 6. |
| 7. | 7. |

Date: July 11, 2018 _____

_____
Signature
19100 Von Karman Ave, Suite 800
Address
Irvine, CA 92612
City, State, Zip Code
(949) 252-9990
(Area Code) Telephone Number (home and work)

JDF 87  R10/08     REQUEST TO ISSUE SUBPOENA/SUBPOENA DUCES TECUM IN
SUPPORT OF ACTION OUTSIDE THE STATE OF COLORADO

ATTACHMENT 3
Deposition Subpoena to Larry Buendorf
Case No. JCCP 4943

## ATTACHMENT 3

## REQUESTS FOR PRODUCTION

Plaintiff JANE AJ DOE hereby requests that you produce the following documents in your possession, custody or control:

**REQUEST NO. 1:**

All documents in your possession, custody or control that evidence employment or volunteer position(s) with USA Gymnastics'.

**REQUEST NO. 2:**

All documents in your possession, custody or control that evidence the location of your current office where you perform work for USA Gymnastics.

**REQUEST NO. 3:**

All documents in your possession, custody or control that evidence the location of your office where you perform work for USA Gymnastics, since 1994.

**REQUEST NO. 4:**

All documents in your possession, custody or control that evidence meetings you have attended on behalf of USA Gymnastics in California.

**REQUEST NO. 5:**

Your employment contract with USA Gymnastics.

**REQUEST NO. 6:**

All documents in your possession, custody or control that evidence the location at which your employment contract(s) with USA Gymnastics was executed.

**REQUEST NO. 7:**

Job description(s) for your current employment position with USA Gymnastics.

**REQUEST NO. 8:**

Job description(s) for your prior employment position with USA Gymnastics.

///

**ATTACHMENT 3**
Deposition Subpoena to Larry Buendorf
Case No. JCCP 4943

## REQUEST NO. 9:

All documents in your possession, custody or control that evidence your attendance at USA Gymnastics events in California.

## REQUEST NO. 10:

All documents in your possession, custody or control that evidence your planning for USA Gymnastics events in California, within your position at USA Gymnastics.

## REQUEST NO. 11:

All documents in your possession, custody or control that evidencing USA Gymnastics events in California.

## REQUEST NO. 12:

All documents in your possession, custody or control that evidence USA Gymnastics' seminars held in California.

## REQUEST NO. 13:

All documents in your possession, custody or control that evidence USA Gymnastics' recruitment events held in California.

## REQUEST NO. 14:

All documents in your possession, custody or control that evidence USA Gymnastics' supervision of your employment duties.

# NOTICE TO SUBPOENA RECIPIENTS
## (when production of records or tangible things is sought )

**Protecting a Person Subject to a Subpoena.** (required by Colorado Rule of Civil Procedure 45(c))

(1) **Avoiding Undue Burden or Expense; Sanctions.** A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The issuing court must enforce this duty and impose an appropriate sanction, which may include lost earnings and reasonable attorney's fees, on a party or attorney who fails to comply.

(2) **Command to Produce Records or Tangible Things.**

(A) *Attendance Not Required.* A person commanded to produce records or tangible things need not attend in person at the place of production unless also commanded to attend for a deposition, hearing, or trial.

(B) *For Production of Privileged Records.*

(i) If a subpoena commands production of records from a person who provides services subject to one of the privileges established by C.R.S. § 13-90-107.or from the records custodian for that person, which records pertain to services performed by or at the direction of that person ("privileged records"), such a subpoena must be accompanied by an authorization signed by the privilege holder or holders or by a court order authorizing production of such records.

(ii) Prior to the entry of an order for a subpoena to obtain the privileged records, the court shall consider the rights of the privilege holder in such privileged records, including an appropriate means of notice to the privilege holder or holders or whether any objection to production may be resolved by redaction.

(ii) If a subpoena for privileged records does not include a signed authorization or court order permitting the privileged records to be produced by means of subpoena, the subpoenaed person shall not appear to testify and shall not disclose any of the privileged records to the party who issued the subpoena.

(C) *Objections.* Any party or the person subpoenaed to produce records or tangible things may submit to the party issuing the subpoena a written objection to inspecting, copying, testing or sampling any or all of the materials. The objection must be submitted before the earlier of the time specified for compliance or 14 days after the subpoena is served. If objection is made, the party issuing the subpoena shall promptly serve a copy of the objection on all other parties. If an objection is made, the party issuing the subpoena is not entitled to inspect, copy test or sample the materials except pursuant to an order of the court from which the subpoena was issued. If an objection is made, at any time on notice to the subpoenaed person and the other parties, the party issuing the subpoena may move the issuing court for an order compelling production.

(3) **Quashing or Modifying a Subpoena.**

(A) *When Required.* On motion made promptly and in any event at or before the time specified in the subpoena for compliance, the issuing court must quash or modify a subpoena that:

(i) fails to allow a reasonable time to comply;

(ii) requires a person who is neither a party nor a party's officer to attend a deposition in any county other than where the person resides or is employed or transacts his business in person. or at such other convenient place as is fixed by an order of court;

(iii) requires disclosure of privileged or other protected matter, if no exception or waiver applies; or

(iv) subjects a person to undue burden.

(B) *When Permitted*. To protect a person subject to or affected by a subpoena, the issuing court may, on motion made promptly and in any event at or before the time specified in the subpoena for compliance, quash or modify the subpoena if it requires:

(i) disclosing a trade secret or other confidential research, development, or commercial information; or

(ii) disclosing an unretained expert's opinion or information that does not describe specific matters in dispute and results from the expert's study that was not requested by a party.

(C) *Specifying Conditions as an Alternative*. In the circumstances described in Rule 45(c)(3)(B), the court may, instead of quashing or modifying a subpoena, order attendance or production under specified conditions if the issuing party:

(i) shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and

(ii) ensures that the subpoenaed person will be reasonably compensated.

**Duties in Responding to Subpoena.** (required by Colorado Rule of Civil Procedure 45(d))

(1) **Producing Records or Tangible Things.**

(A) Unless agreed in writing by all parties, the privilege holder or holders and the person subpoenaed, production shall not be made until at least 14 days after service of the subpoena, except that, in the case of an expedited hearing pursuant to these rules or any statute, in the absence of such agreement, production shall be made only at the place, date and time for compliance set forth in the subpoena; and

(B) If not objected to, a person responding to a subpoena to produce records or tangible things must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand and must permit inspection, copying, testing, or sampling of the materials.

(2) **Claiming Privilege or Protection.**

(A) *Information Withheld*. Unless the subpoena is subject to subsection (c)(2)(B) of this Rule relating to production of privileged records, a person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:

(i) make the claim expressly; and

(ii) describe the nature of the withheld records or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.

(B) Information Produced. If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information to the court under seal for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

SUBP-020

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|

Alex E. Cunny, Esq. SBN 291567
MANLY, STEWART & FINALDI
19100 Von Karman Ave., Suite 800
Irvine, CA 92612
TELEPHONE NO.: 949-252-9990    FAX NO. *(Optional):* 949-252-9991
E-MAIL ADDRESS *(Optional):* acunny@manlystewart.com
ATTORNEY FOR *(Name):* Plaintiff

**FILED IN THE DISTRICT AND COUNTY COURTS OF EL PASO COUNTY, COLORADO**

JUL 12 2018

**DR. LYNETTE D. CORNELIUS CLERK OF COURT**

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE COUNTY
STREET ADDRESS: 751 W. Santa Ana Boulevard
MAILING ADDRESS: 751 W. Santa Ana Boulevard
CITY AND ZIP CODE: Santa Ana, CA
BRANCH NAME: Complex Courthouse

PLAINTIFF/PETITIONER: Jane AJ Doe

DEFENDANT/RESPONDENT: Lawrence Nassar, et al.

| DEPOSITION SUBPOENA<br>FOR PERSONAL APPEARANCE AND PRODUCTION OF DOCUMENTS AND THINGS | CASE NUMBER: **18CV 178** |
|---|---|

THE PEOPLE OF THE STATE OF CALIFORNIA, TO *(name, address, and telephone number of deponent, if known):*
LARRY M BUENDORF: 134 COBBLESTONE DR., COLORADO SPGS, CO 80906-4802

**1. YOU ARE ORDERED TO APPEAR IN PERSON TO TESTIFY AS A WITNESS** in this action at the following date, time, and place:

Date: August 29, 2018   Time: 10:00 a.m.    Address: 1755 Telstar Drive,3rd Fl,Colorado Springs,CO 80920

a. ☐ As a deponent who is not a natural person, you are ordered to designate one or more persons to testify on your behalf as to the matters described in item 4. (Code Civ. Proc., § 2025.230.)

b. ☑ You are ordered to produce the documents and things described in item 3.

c. ☑ This deposition will be recorded stenographically   ☑ through the instant visual display of testimony and by ☐ audiotape ☑ videotape.

d. ☑ This videotape deposition is intended for possible use at trial under Code of Civil Procedure section 2025.620(d).

2. The personal attendance of the custodian or other qualified witness and the production of the original records are required by this subpoena. The procedure authorized by Evidence Code sections 1560(b), 1561, and 1562 will not be deemed sufficient compliance with this subpoena.

3. The documents and things to be produced and any testing or sampling being sought are described as follows:
See Attachment 3.

☑ Continued on Attachment 3.

4. If the witness is a representative of a business or other entity, the matters upon which the witness is to be examined are described as follows:

☐ Continued on Attachment 4.

5. IF YOU HAVE BEEN SERVED WITH THIS SUBPOENA AS A CUSTODIAN OF CONSUMER OR EMPLOYEE RECORDS UNDER CODE OF CIVIL PROCEDURE SECTION 1985.3 OR 1985.6 AND A MOTION TO QUASH OR AN OBJECTION HAS BEEN SERVED ON YOU, A COURT ORDER OR AGREEMENT OF THE PARTIES, WITNESSES, *AND* CONSUMER OR EMPLOYEE AFFECTED MUST BE OBTAINED BEFORE YOU ARE REQUIRED TO PRODUCE CONSUMER OR EMPLOYEE RECORDS.

6. *At the deposition, you will be asked questions under oath. Questions and answers are recorded stenographically at the deposition; later they are transcribed for possible use at trial. You may read the written record and change any incorrect answers before you sign the deposition. You are entitled to receive witness fees and mileage actually traveled both ways. The money must be paid, at the option of the party giving notice of the deposition, either with service of this subpoena or at the time of the deposition. Unless the court orders or you agree otherwise, if you are being deposed as an individual, the deposition must take place within 75 miles of your residence or within 150 miles of your residence if the deposition will be taken within the county of the court where the action is pending. The location of the deposition for all deponents is governed by Code of Civil Procedure section 2025.250.*

| DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT. YOU WILL ALSO BE LIABLE FOR THE SUM OF $500 AND ALL DAMAGES RESULTING FROM YOUR FAILURE TO OBEY. |
|---|

Date issued: July 11, 2018

ALEX E. CUNNY, ESQ.
_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PERSON ISSUING SUBPOENA)

ATTORNEYS FOR PLAINTIFF
_____
(Proof of service on reverse)    (TITLE)

Form Adopted for Mandatory Use
Judicial Council of California
SUBP-020 [Rev. January 1, 2009]

**DEPOSITION SUBPOENA FOR PERSONAL APPEARANCE AND PRODUCTION OF DOCUMENTS AND THINGS**

Page 1 of 2

Code of Civil Procedure §§ 2020.510,
2025.220, 2025.230, 2025.250, 2020.410;
Government Code, § 68097.1
www.courtinfo.ca.gov

SUBP-020

| PLAINTIFF/PETITIONER: Jane AJ Doe | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Lawrence Nassar, et al. | JCCP Case No. 4943 |

**PROOF OF SERVICE OF DEPOSITION SUBPOENA FOR PERSONAL APPEARANCE AND PRODUCTION OF DOCUMENTS AND THINGS**

1. I served this *Deposition Subpoena for Personal Appearance and Production of Documents and Things* by personally delivering a copy to the person served as follows:

   a. Person served *(name)*:

   b. Address where served:

   c. Date of delivery:

   d. Time of delivery:

   e. Witness fees and mileage both ways *(check one)*:
      (1) ☐ were paid. Amount:  .......... $ _____
      (2) ☐ were not paid.
      (3) ☐ were tendered to the witness's public entity employer as required by Government Code section 68097.2. The amount tendered was *(specify)*:  ....... $ _____

   f. Fee for service:  ...................... $ _____

2. I received this subpoena for service on *(date)*:

3. Person serving:
   a. ☐ Not a registered California process server
   b. ☐ California sheriff or marshal
   c. ☐ Registered California process server
   d. ☐ Employee or independent contractor of a registered California process server
   e. ☐ Exempt from registration under Business and Professions Code section 22350(b)
   f. ☐ Registered professional photocopier
   g. ☐ Exempt from registration under Business and Professions Code section 22451
   h. Name, address, telephone number; and, if applicable, county of registration and number:

I **declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

▶ _____
          (SIGNATURE)

**(For California sheriff or marshal use only)**
I **certify** that the foregoing is true and correct.

Date:

▶ _____
          (SIGNATURE)

**PROOF OF SERVICE**
**DEPOSITION SUBPOENA FOR PERSONAL APPEARANCE**
**AND PRODUCTION OF DOCUMENTS AND THINGS**

ATTACHMENT 3
Deposition Subpoena to Larry Buendorf
Case No. JCCP 4943

## ATTACHMENT 3

## REQUESTS FOR PRODUCTION

Plaintiff JANE AJ DOE hereby requests that you produce the following documents in your possession, custody or control:

**REQUEST NO. 1:**

All documents in your possession, custody or control that evidence employment or volunteer position(s) with USA Gymnastics'.

**REQUEST NO. 2:**

All documents in your possession, custody or control that evidence the location of your current office where you perform work for USA Gymnastics.

**REQUEST NO. 3:**

All documents in your possession, custody or control that evidence the location of your office where you perform work for USA Gymnastics, since 1994.

**REQUEST NO. 4:**

All documents in your possession, custody or control that evidence meetings you have attended on behalf of USA Gymnastics in California.

**REQUEST NO. 5:**

Your employment contract with USA Gymnastics.

**REQUEST NO. 6:**

All documents in your possession, custody or control that evidence the location at which your employment contract(s) with USA Gymnastics was executed.

**REQUEST NO. 7:**

Job description(s) for your current employment position with USA Gymnastics.

**REQUEST NO. 8:**

Job description(s) for your prior employment position with USA Gymnastics.

///

ATTACHMENT 3
Deposition Subpoena to Larry Buendorf
Case No. JCCP 4943

## REQUEST NO. 9:

All documents in your possession, custody or control that evidence your attendance at USA Gymnastics events in California.

## REQUEST NO. 10:

All documents in your possession, custody or control that evidence your planning for USA Gymnastics events in California, within your position at USA Gymnastics.

## REQUEST NO. 11:

All documents in your possession, custody or control that evidencing USA Gymnastics events in California.

## REQUEST NO. 12:

All documents in your possession, custody or control that evidence USA Gymnastics' seminars held in California.

## REQUEST NO. 13:

All documents in your possession, custody or control that evidence USA Gymnastics' recruitment events held in California.

## REQUEST NO. 14:

All documents in your possession, custody or control that evidence USA Gymnastics' supervision of your employment duties.

**CERTIFICATE OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Manly, Stewart & Finaldi, 19100 Von Karman Ave., Suite 800, Irvine, CA 92612.

On July 25, 2018, I served the within documents:

(1) **NOTICE OF TAKING DEPOSITION OF LARRY BUENDORF AND REQUEST FOR PRODUCTION OF DOCUMENTS (JURISDICTIONAL DISCOVERY)**

[X]    **BY MESSENGER SERVICE**
[X]    I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a professional messenger service for service.

FEDERAL - I certify under penalty of perjury under the law of the United States of America that the foregoing is true and correct.

Executed on July 25, 2018, at Irvine, California.

*Rachyl Boer*
Rachyl Boer

-1-

1
2

SERVICE LIST
McKayla Maroney v. Michigan State University, et al.
USDC, Case No. 2:18-cv-03461-CAS-AFM

3
4
5
6
7
8

Kevin James Minnick
Skadden Arps Slate Meagher and Flom LLP
300 South Grand Avenue Suite 3400
Los Angeles, CA 90071
213-687-5000
Fax: 213-687-5600
Email: kevin.minnick@skadden.com
Attorneys for Defendant MICHIGAN STATE UNIVERSITY

9
10
11
12
13
14
15
16

Mitchell A. Kamin
mkamin@cov.com
Carolyn Kubota
ckubota@cov.com
Mark Y. Chen
mchen@cov.com
Paulina Slagter
pslagter@cov.com
COVINGTON & BURLING LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067-4643
Telephone: + 1 424-332-4800
Facsimile: + 1 424-332-4749
Attorneys for Defendant United States Olympic Committee

17
18
19
20
21

Udit Sood
Covington and Burling LLP
One Front Street 35th Floor
San Francisco, CA 94111-5356
415-591-6000
Fax: 415-591-6091
Email: usood@cov.com
Attorneys for Defendant United States Olympic Committee

22
23
24
25
26
27
28

MANLY, STEWART & FINALDI
19100 Von Karman Ave, Suite 800
Irvine, California 92612
Telephone: (949) 252-9990

-2-

Margaret M. Holm
Sheryl M Rosenberg
Melissa McKenna Leos
Clyde & Co US LLP
2020 Main Street
Suite 1100
Irvine, CA 92614-8234
(949) 567-7838 (Direct)
(714) 322-5578 (Cell)
margaret.holm@clydeco.us
sheryl.rosenberg@clydeco.us
melissa.leos@clydeco.us
Attorneys for Defendants USA GYMNASTICS, an Indiana business entity of form unknown

Alan K. Brubaker
Partner
Wingert Grebing Brubaker & Juskie LLP
600 West Broadway, Suite 1200
San Diego, CA 92101
T 619-232-8151
F 619-232-4665
abrubaker@wingertlaw.com
Attorneys for Kathy Scanlan

MANLY, STEWART & FINALDI
19100 Von Karman Ave, Suite 800
Irvine, California 92612
Telephone: (949) 252-9990

# EXHIBIT 7

1  JOHN C. MANLY, Esq. (State Bar No. 149080)
2  VINCE W. FINALDI, Esq. (State Bar No. 238279)
   ALEX CUNNY (State Bar No. 291567)
   **MANLY, STEWART & FINALDI**
3  19100 Von Karman Ave., Suite 800
   Irvine, CA 92612
4  Telephone: (949) 252-9990
   Fax: (949) 252-9991
5
6  Attorneys of Record for Plaintiff, MCKAYLA MARONEY, an
   individual

7

8                **UNITED STATES DISTRICT COURT**

9        **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

10

11 | MCKAYLA MARONEY, an individual.

   Civil Case No. 2:18:cv-03461-JLS-KESx

12              Plaintiff,

   [The Honorable Josephine L Staton]

13         v.

   **NOTICE OF TAKING DEPOSITION OF**
14                                          **LEE JOHNSON AND REQUEST FOR**
   MICHIGAN STATE UNIVERSITY, a            **PRODUCTION OF DOCUMENTS**
15 Michigan Entity of Form Unknown; and
   UNITED STATES OLYMPIC COMMITTEE,        **(JURISDICTIONAL DISCOVERY)**
16 a Business Entity of form unknown; USA
   GYMNASTICS, an Indiana Business Entity of
17 Form Unknown; LARRY NASSAR, an          Date:       August 14, 2018
   individual and DOES 1 through 500.      Time:       10:00 a.m.
18                                          Location:   Stewart Richardson Reporting:
             Defendants.                                211 North Pennsylvania Street,
19                                                      Suite 2425
                                                        Indianapolis, IN 46204
20

21       **TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

22       **PLEASE TAKE NOTICE** that at 10:00 a.m., on August 14, 2018, at Stewart Richardson

23 Reporting: 211 North Pennsylvania Street, Suite 2425 Indianapolis, IN 46204, Plaintiff

24 MCKAYLA MARONEY ("Plaintiff") will take the oral deposition of LEE JOHNSON regarding

25 jurisdictional matters and demand production of the following documents contained in the

26 attachment hereto. If for any reason the taking of such deposition is not completed on the date

27 scheduled,     said     deposition     shall     continue,     day-to-day,     Sundays     and

28

MANLY, STEWART & FINALDI
19100 Von Karman Ave., Suite 800
Irvine, California 92612
Telephone: (949) 252-9990

1    holidays excepted, until completed, or will be continued to such other dates and times as shall be

2    designated by the party noticing the deposition.

3         If for any reason the taking of such deposition is not completed on the date scheduled, said

4    deposition shall continue, day-to-day, Sundays and holidays excepted, until completed, or will be

5    continued to such other dates and times as shall be designated by the party noticing the deposition.

6         **PLEASE TAKE FURTHER NOTICE** that if an interpreter is required to translate

7    testimony, notice of same must be given to this noticing party at least five (5) working days prior

8    to the deposition date, and the specific language and/or dialect thereof designated.

9         **PLEASE TAKE FURTHER NOTICE** that pursuant to *Code of Civil Procedure* section

10   2025(d)(5) and (d)(6), Plaintiff reserves the right to record the deposition testimony of the

11   deponent by audio tape and/or videotape in addition to recording the testimony by stenographic

12   method.

13        **FURTHERMORE,** said deponent is expected to produce the documents set out in the

14   attached document request.

15        SAID DEPONENT WILL BE SERVED WITH A DEPOSITION SUBPOENA, A COPY

16   OF WHICH IS ATTACHED HERETO AND SERVED HEREWITH.

17   Dated: July 25, 2018                    **MANLY, STEWART & FINALDI**

18

19                 By:   *Alex E. Cunny*

20                    ALEX E. CUNNY, Esq.
                      Attorneys for Plaintiffs

21

22

23

24

25

26

27

28

MANLY, STEWART & FINALDI
19100 Von Karman Ave., Suite 800
Irvine, California 92612
Telephone: (949) 252-9990

| | |
|---|---|
| Jane AJ Doe | ) |
| *Plaintiff* | ) |
| v. | ) Civil Case No.  JCCP 4943 |
| | ) Court:   Orange County Superior Court |
| Lawrence Nassar, et al. | ) State:   California |
| *Defendant* | ) |

## SUBPOENA TO  TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To:  LEE W JOHNSON 12490 SPIRE VIEW DR FISHERS, IN 46037-3705

**YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a:

deposition to be taken in this civil action.

Place:  211 North Pennsylvania Street, Suite 2425 Indianapolis, IN 46204

Date:  August 14, 2018

Time:  10:00 am

_____          OR          _____
*Signature of Clerk or Deputy Clerk*                              *Attorney's Signature*

The name, address, e-mail address, and telephone number of the attorney representing:
 Alex Cunny: 19100 Von Karman Ave #800, Irvine CA 92612: 949-252-9990.acunny@manlystr
who issues or requests this subpoena, are:

Plaintiff

SUBP-020

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Alex E. Cunny, Esq. SBN 291567<br>MANLY, STEWART & FINALDI<br>19100 Von Karman Ave., Suite 800<br>Irvine, CA 92612<br>TELEPHONE NO.: 949-252-9990    FAX NO. *(Optional):* 949-252-9991<br>E-MAIL ADDRESS *(Optional):* acunny@manlystewart.com<br>ATTORNEY FOR *(Name):* Plaintiff | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE COUNTY
STREET ADDRESS: 751 W. Santa Ana Boulevard
MAILING ADDRESS: 751 W. Santa Ana Boulevard
CITY AND ZIP CODE: Santa Ana, CA
BRANCH NAME: Complex Courthouse

PLAINTIFF/PETITIONER: Jane AJ Doe

DEFENDANT/RESPONDENT: Lawrence Nassar, et al.

| DEPOSITION SUBPOENA<br>FOR PERSONAL APPEARANCE AND PRODUCTION OF DOCUMENTS AND THINGS | CASE NUMBER:<br>JCCP Case No. 4943 |
|---|---|

THE PEOPLE OF THE STATE OF CALIFORNIA, TO *(name, address, and telephone number of deponent, if known):*
LEE W JOHNSON 12490 SPIRE VIEW DR FISHERS, IN 46037-3705

1. YOU ARE ORDERED TO APPEAR IN PERSON TO TESTIFY AS A WITNESS in this action at the following date, time, and place:

Date: August 14, 2018   Time: 10:00 a.m.   Address: 211 N. Pennsylvania St,#2425 Indianapolis, IN 46204

   a. ☐ As a deponent who is not a natural person, you are ordered to designate one or more persons to testify on your behalf as to the matters described in item 4. (Code Civ. Proc., § 2025.230.)
   b. ☑ You are ordered to produce the documents and things described in item 3.
   c. ☑ This deposition will be recorded stenographically   ☑ through the instant visual display of testimony
      and by ☐ audiotape   ☑ videotape.
   d. ☑ This videotape deposition is intended for possible use at trial under Code of Civil Procedure section 2025.620(d).

2. The personal attendance of the custodian or other qualified witness and the production of the original records are required by this subpoena.  The procedure authorized by Evidence Code sections 1560(b), 1561, and 1562 will not be deemed sufficient compliance with this subpoena.

3. The documents and things to be produced and any testing or sampling being sought are described as follows:
   See Attachment 3.

   ☑ Continued on Attachment 3.
4. If the witness is a representative of a business or other entity, the matters upon which the witness is to be examined are described as follows:

   ☐ Continued on Attachment 4.
5. IF YOU HAVE BEEN SERVED WITH THIS SUBPOENA AS A CUSTODIAN OF CONSUMER OR EMPLOYEE RECORDS UNDER CODE OF CIVIL PROCEDURE SECTION 1985.3 OR 1985.6 AND A MOTION TO QUASH OR AN OBJECTION HAS BEEN SERVED ON YOU, A COURT ORDER OR AGREEMENT OF THE PARTIES, WITNESSES, *AND* CONSUMER OR EMPLOYEE AFFECTED MUST BE OBTAINED BEFORE YOU ARE REQUIRED TO PRODUCE CONSUMER OR EMPLOYEE RECORDS.
6. *At the deposition, you will be asked questions under oath. Questions and answers are recorded stenographically at the deposition; later they are transcribed for possible use at trial. You may read the written record and change any incorrect answers before you sign the deposition. You are entitled to receive witness fees and mileage actually traveled both ways.  The money must be paid, at the option of the party giving notice of the deposition, either with service of this subpoena or at the time of the deposition. Unless the court orders or you agree otherwise, if you are being deposed as an individual, the deposition must take place within 75 miles of your residence or within 150 miles of your residence if the deposition will be taken within the county of the court where the action is pending. The location of the deposition for all deponents is governed by Code of Civil Procedure section 2025.250.*

| DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT. YOU WILL ALSO BE LIABLE FOR THE SUM OF $500 AND ALL DAMAGES RESULTING FROM YOUR FAILURE TO OBEY. |
|---|

Date issued: July 20, 2018

▶ _____
(SIGNATURE OF PERSON ISSUING SUBPOENA)

ALEX E. CUNNY, ESQ.                                    ATTORNEYS FOR PLAINTIFF
_____        _____        _____
(TYPE OR PRINT NAME)                     (Proof of service on reverse)                (TITLE)

Page 1 of 2

Form Adopted for Mandatory Use<br>Judicial Council of California<br>SUBP-020 [Rev. January 1, 2009]

**DEPOSITION SUBPOENA FOR PERSONAL APPEARANCE AND PRODUCTION OF DOCUMENTS AND THINGS**

Code of Civil Procedure §§ 2020.510,<br>2025.220, 2025.230, 2025.250, 2025.620;<br>Government Code, § 68097.1<br>www.courtinfo.ca.gov

**SUBP-020**

| | |
|---|---|
| PLAINTIFF/PETITIONER: Jane AJ Doe | CASE NUMBER: |
| DEFENDANT/RESPONDENT: Lawrence Nassar, et al. | JCCP Case No. 4943 |

## PROOF OF SERVICE OF DEPOSITION SUBPOENA FOR PERSONAL APPEARANCE AND PRODUCTION OF DOCUMENTS AND THINGS

1. I served this *Deposition Subpoena for Personal Appearance and Production of Documents and Things* by personally delivering a copy to the person served as follows:

   a. Person served *(name)*:

   b. Address where served:

   c. Date of delivery:

   d. Time of delivery:

   e. Witness fees and mileage both ways *(check one)*:
      (1) ☐ were paid. Amount: . . . . . . . . . . $ _____
      (2) ☐ were not paid.
      (3) ☐ were tendered to the witness's public entity employer as required by Government Code section 68097.2. The amount tendered was *(specify)*: . . . . . . $ _____

   f. Fee for service: . . . . . . . . . . . . . . . . . . . . . . $ _____

2. I received this subpoena for service on *(date)*:

3. Person serving:
   a. ☐ Not a registered California process server
   b. ☐ California sheriff or marshal
   c. ☐ Registered California process server
   d. ☐ Employee or independent contractor of a registered California process server
   e. ☐ Exempt from registration under Business and Professions Code section 22350(b)
   f. ☐ Registered professional photocopier
   g. ☐ Exempt from registration under Business and Professions Code section 22451
   h. Name, address, telephone number, and, if applicable, county of registration and number:

I **declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

▶ _____
           (SIGNATURE)

**(For California sheriff or marshal use only)**
I **certify** that the foregoing is true and correct.

Date:

▶ _____
           (SIGNATURE)

**PROOF OF SERVICE**
**DEPOSITION SUBPOENA FOR PERSONAL APPEARANCE AND PRODUCTION OF DOCUMENTS AND THINGS**

**ATTACHMENT 3**
Deposition Subpoena to Lee Johnson
Case No. JCCP 4993/30-2017-00899357

## ATTACHMENT 3

## REQUESTS FOR PRODUCTION

Plaintiff JANE AJ DOE hereby requests that you produce the following documents in your possession, custody or control:

**REQUEST NO. 1:**

All documents in your possession, custody or control that evidence employment or volunteer position(s) with USA Gymnastics'.

**REQUEST NO. 2:**

All documents in your possession, custody or control that evidence the location of your current office where you perform work for USA Gymnastics.

**REQUEST NO. 3:**

All documents in your possession, custody or control that evidence the location of your office where you perform work for USA Gymnastics, since 1994.

**REQUEST NO. 4:**

All documents in your possession, custody or control that evidence meetings you have attended on behalf of USA Gymnastics in California.

**REQUEST NO. 5:**

Your employment contract with USA Gymnastics.

**REQUEST NO. 6:**

All documents in your possession, custody or control that evidence the location at which your employment contract(s) with USA Gymnastics was executed.

**REQUEST NO. 7:**

Job description(s) for your current employment position with USA Gymnastics.

**REQUEST NO. 8:**

Job description(s) for your prior employment position with USA Gymnastics.

///

**ATTACHMENT 3**
Deposition Subpoena to Lee Johnson
Case No. JCCP 4993/30-2017-00899357

## REQUEST NO. 9:

All documents in your possession, custody or control that evidence your attendance at
USA Gymnastics events in California.

## REQUEST NO. 10:

All documents in your possession, custody or control that evidence your planning for
USA Gymnastics events in California, within your position at USA Gymnastics.

## REQUEST NO. 11:

All documents in your possession, custody or control that evidencing USA Gymnastics
events in California.

## REQUEST NO. 12:

All documents in your possession, custody or control that evidence USA Gymnastics'
seminars held in California.

## REQUEST NO. 13:

All documents in your possession, custody or control that evidence USA Gymnastics'
recruitment events held in California.

## REQUEST NO. 14:

All documents in your possession, custody or control that evidence USA Gymnastics'
supervision of your employment duties.

DISC-030

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:
Alex E. Cunny, Esq. (SBN 291567)
MANLY, STEWART & FINALDI
19100 Von Karman Ave, Ste. 800; Irvine, CA 92612
TELEPHONE NO: (949) 252-9990    FAX NO. *(Optional)*: (949) 252-9991
E-MAIL ADDRESS *(Optional)*: acunny@manlystewart.com
ATTORNEY FOR *(Name)*: Plaintiff

**ELECTRONICALLY FILED**
Superior Court of California,
County of Orange

**07/18/2018** at 11:32:00 AM
Clerk of the Superior Court
By Sarah Loose,Deputy Clerk

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE COUNTY
STREET ADDRESS: 751 W. Santa Ana Boulevard
MAILING ADDRESS: 751 W. Santa Ana Boulevard
CITY AND ZIP CODE: Santa Ana, CA
BRANCH NAME: Complex Courthouse

SHORT TITLE:
Jane AJ Doe v. Lawrence Nassar, et al.

| COMMISSION TO TAKE DEPOSITION OUTSIDE CALIFORNIA <br> ☐ ORDERED BY COURT  ☒ ISSUED BY THE CLERK OF THE COURT | CASE NUMBER: <br> JCCP:4943/30201700899357 |
|---|---|

1. The Superior Court of California hereby authorizes the deposition, upon oral examination, of *(identity of deponent)*:

    LEE W. JOHNSON: 12490 SPIRE VIEW DR. FISHERS, IN 46037-3705

2. The deposition is to be taken in *(state of the United States, territory, or insular possession subject to its jurisdiction)*:
    Indianapolis, IN

3. The deposition will be conducted *(check one)*:
    a. ☒  Under the supervision of a person who is authorized to administer oaths by the laws of the United States or those of the place where the examination is to be held, and who is not otherwise disqualified under California Code of Civil Procedure sections 2025.320 and 2025.340(b)–(f); or
    b. ☐  Before *(name of appointee)*:
        who is appointed to administer oaths and to take testimony.

4. The documents or things to be produced at the time and place of the deposition are
    ☒ described in Attachment 4    ☐ none.

5. Additional terms required by the foreign jurisdiction to initiate the process are contained in Attachment 5. Number of pages attached: _____.

6. Under California Code of Civil Procedure section 2026.010, California authorizes that a commission to take an out-of-state deposition may be issued by the clerk of the court or, if the foreign jurisdiction requires it, by order of the court.

7. The Superior Court of the State of California hereby requests that process issue in the above-referenced place where the examination is to be held, requiring the attendance and enforcing the obligations of the deponent to produce documents and answer questions.

Date: 7/18/18   _____

☐ Judge    David H. Yamasaki, Clerk of the Court

OR

☐ Clerk, by _____, Deputy

S. Loose

Court Seal

Form Approved for Optional Use
Judicial Council of California
DISC-030 [New January 1, 2008]

**COMMISSION TO TAKE
DEPOSITION OUTSIDE CALIFORNIA**

CEB
www.ceb.com

Code Civ. Proc., § 2026.010(f)
www.courtinfo.ca.gov

**ATTACHMENT 4**
Deposition Subpoena to Lee Johnson
Case No. JCCP 4993/30-2017-00899357

## ATTACHMENT 4

## REQUESTS FOR PRODUCTION

Plaintiff JANE AJ DOE hereby requests that you produce the following documents in your possession, custody or control:

**REQUEST NO. 1:**

All documents in your possession, custody or control that evidence employment or volunteer position(s) with USA Gymnastics'.

**REQUEST NO. 2:**

All documents in your possession, custody or control that evidence the location of your current office where you perform work for USA Gymnastics.

**REQUEST NO. 3:**

All documents in your possession, custody or control that evidence the location of your office where you perform work for USA Gymnastics, since 1994.

**REQUEST NO. 4:**

All documents in your possession, custody or control that evidence meetings you have attended on behalf of USA Gymnastics in California.

**REQUEST NO. 5:**

Your employment contract with USA Gymnastics.

**REQUEST NO. 6:**

All documents in your possession, custody or control that evidence the location at which your employment contract(s) with USA Gymnastics was executed.

**REQUEST NO. 7:**

Job description(s) for your current employment position with USA Gymnastics.

**REQUEST NO. 8:**

Job description(s) for your prior employment position with USA Gymnastics.

///

ATTACHMENT 4
Deposition Subpoena to Lee Johnson
Case No. JCCP 4993/30-2017-00899357

## REQUEST NO. 9:

All documents in your possession, custody or control that evidence your attendance at USA Gymnastics events in California.

## REQUEST NO. 10:

All documents in your possession, custody or control that evidence your planning for USA Gymnastics events in California, within your position at USA Gymnastics.

## REQUEST NO. 11:

All documents in your possession, custody or control that evidencing USA Gymnastics events in California.

## REQUEST NO. 12:

All documents in your possession, custody or control that evidence USA Gymnastics' seminars held in California.

## REQUEST NO. 13:

All documents in your possession, custody or control that evidence USA Gymnastics' recruitment events held in California.

## REQUEST NO. 14:

All documents in your possession, custody or control that evidence USA Gymnastics' supervision of your employment duties.

MANLY, STEWART & FINALDI
19100 Von Karman Ave., Suite 800
Irvine, California 92612
Telephone: (949) 252-9990

## CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Manly, Stewart & Finaldi, 19100 Von Karman Ave., Suite 800, Irvine, CA 92612.

On July 25, 2018, I served the within documents:

(1) **NOTICE OF TAKING DEPOSITION OF LEE JOHNSON AND REQUEST FOR PRODUCTION OF DOCUMENTS (JURISDICTIONAL DISCOVERY)**

[X]   **BY MESSENGER SERVICE**
[X]   I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a professional messenger service for service.

FEDERAL - I certify under penalty of perjury under the law of the United States of America that the foregoing is true and correct.

Executed on July 25, 2018, at Irvine, California.

*Rachyl Boer*
Rachyl Boer

-1-

SERVICE LIST
McKayla Maroney v. Michigan State University, et al.
USDC, Case No. 2:18-cv-03461-CAS-AFM

Kevin James Minnick
Skadden Arps Slate Meagher and Flom LLP
300 South Grand Avenue Suite 3400
Los Angeles, CA 90071
213-687-5000
Fax: 213-687-5600
Email: kevin.minnick@skadden.com
Attorneys for Defendant MICHIGAN STATE UNIVERSITY

Mitchell A. Kamin
mkamin@cov.com
Carolyn Kubota
ckubota@cov.com
Mark Y. Chen
mchen@cov.com
Paulina Slagter
pslagter@cov.com
COVINGTON & BURLING LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067-4643
Telephone: + 1 424-332-4800
Facsimile: + 1 424-332-4749
Attorneys for Defendant United States Olympic Committee

Udit Sood
Covington and Burling LLP
One Front Street 35th Floor
San Francisco, CA 94111-5356
415-591-6000
Fax: 415-591-6091
Email: usood@cov.com
Attorneys for Defendant United States Olympic Committee

MANLY, STEWART & FINALDI
19100 Von Karman Ave., Suite 800
Irvine, California 92612
Telephone: (949) 252-9990

1  Margaret M. Holm
   Sheryl M Rosenberg
2  Melissa McKenna Leos
   Clyde & Co US LLP
3  2020 Main Street
   Suite 1100
4  Irvine, CA 92614-8234
   (949) 567-7838 (Direct)
5  (714) 322-5578 (Cell)
6  margaret.holm@clydeco.us
   sheryl.rosenberg@clydeco.us
7  melissa.leos@clydeco.us
   Attorneys for Defendants USA GYMNASTICS, an Indiana business entity of form unknown
8
9  Alan K. Brubaker
   Partner
10 Wingert Grebing Brubaker & Juskie LLP
   600 West Broadway, Suite 1200
11 San Diego, CA 92101
   T 619-232-8151
12 F 619-232-4665
   abrubaker@wingertlaw.com
13 Attorneys for Kathy Scanlan
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MANLY, STEWART & FINALDI
19100 Von Karman Ave., Suite 800
Irvine, California 92612
Telephone: (949) 252-9990

-3-

# EXHIBIT 8

1   JOHN C. MANLY, Esq. (State Bar No. 149080)
    VINCE W. FINALDI, Esq. (State Bar No. 238279)
2   ALEX CUNNY (State Bar No. 291567)
    **MANLY, STEWART & FINALDI**
3   19100 Von Karman Ave., Suite 800
    Irvine, CA 92612
4   Telephone: (949) 252-9990
    Fax: (949) 252-9991
5
    Attorneys of Record for Plaintiff, MCKAYLA MARONEY, an
6   individual

7

8                    **UNITED STATES DISTRICT COURT**

9           **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

10

11  MCKAYLA MARONEY, an individual.          Civil Case No. 2:18:cv-03461-JLS-KESx

12            Plaintiff,                      [The Honorable Josephine L Staton]

13       v.                                   **NOTICE OF TAKING DEPOSITION OF
                                              RENEE JIMISON AND REQUEST FOR
14  MICHIGAN STATE UNIVERSITY, a             PRODUCTION OF DOCUMENTS**
    Michigan Entity of Form Unknown; and
15  UNITED STATES OLYMPIC COMMITTEE,         **(JURISDICTIONAL DISCOVERY)**
    a Business Entity of form unknown; USA
16  GYMNASTICS, an Indiana Business Entity of
    Form Unknown; LARRY NASSAR, an
17  individual and DOES 1 through 500.        Date:      August 13, 2018
                                              Time:      10:00 a.m.
18            Defendants.                     Location:  Stewart Richardson Reporting:
                                                         211 North Pennsylvania Street,
19                                                       Suite 2425
                                                         Indianapolis, IN 46204
20

21           **TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

22           **PLEASE TAKE NOTICE** that at 10:00 a.m., on August 13, 2018, at Stewart Richardson

23  Reporting: 211 North Pennsylvania Street, Suite 2425 Indianapolis, IN 46204, Plaintiff

24  MCKAYLA MARONEY ("Plaintiff") will take the oral deposition of RENEE JIMISON regarding

25  jurisdictional matters and demand production of the following documents contained in the

26  attachment hereto. If for any reason the taking of such deposition is not completed on the date

27  scheduled, said deposition shall continue, day-to-day, Sundays and

28

1  holidays excepted, until completed, or will be continued to such other dates and times as shall be

2  designated by the party noticing the deposition.

3       If for any reason the taking of such deposition is not completed on the date scheduled, said

4  deposition shall continue, day-to-day, Sundays and holidays excepted, until completed, or will be

5  continued to such other dates and times as shall be designated by the party noticing the deposition.

6       **PLEASE TAKE FURTHER NOTICE** that if an interpreter is required to translate

7  testimony, notice of same must be given to this noticing party at least five (5) working days prior

8  to the deposition date, and the specific language and/or dialect thereof designated.

9       **PLEASE TAKE FURTHER NOTICE** that pursuant to *Code of Civil Procedure* section

10  2025(d)(5) and (d)(6), Plaintiff reserves the right to record the deposition testimony of the

11  deponent by audio tape and/or videotape in addition to recording the testimony by stenographic

12  method.

13       **FURTHERMORE,** said deponent is expected to produce the documents set out in the

14  attached document request.

15       SAID DEPONENT WILL BE SERVED WITH A DEPOSITION SUBPOENA, A COPY

16  OF WHICH IS ATTACHED HERETO AND SERVED HEREWITH.

17  Dated: July 25, 2018              **MANLY, STEWART & FINALDI**

18

19                   By: _____

20                        ALEX E. CUNNY, Esq.
                      Attorneys for Plaintiffs

21

22

23

24

25

26

27

28

MANLY, STEWART & FINALDI
19100 Von Karman Ave., Suite 800
Irvine, California 92612
Telephone: (949) 252-9990

-2-

| | |
|---|---|
| Jane AJ Doe | ) |
| *Plaintiff* | ) |
| v. | ) Civil Case No.  JCCP 4943 |
| | ) Court:   Orange County Superior Court |
| Lawrence Nassar, et al. | ) State:   California |
| *Defendant* | ) |

## SUBPOENA TO  TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To:  Renee Jamison: 6910 E. 10th Street, Indianapolis, IN 46219-4812

**YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a:

deposition to be taken in this civil action.

Place:  1 Indiana Square 211 North Pennsylvania Street, Suite 2425 Indianapolis, IN 46204

Date:  August 13, 2018

Time:  10:00 am

_____     OR     _____
*Signature of Clerk or Deputy Clerk*                    *Attorney's Signature*

The name, address, e-mail address, and telephone number of the attorney representing:
 Alex Cunny: 19100 Von Karman Ave #800, Irvine CA 92612: 949-252-9990. acunny@manlyste
who issues or requests this subpoena, are:

Plaintiff

SUBP-020

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>Alex E. Cunny, Esq. SBN 291567<br>MANLY, STEWART & FINALDI<br>19100 Von Karman Ave., Suite 800<br>Irvine, CA 92612<br>TELEPHONE NO.: 949-252-9990   FAX NO. *(Optional)*: 949-252-9991<br>E-MAIL ADDRESS *(Optional)*: acunny@manlystewart.com<br>ATTORNEY FOR *(Name)*: Plaintiff | FOR COURT USE ONLY |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE COUNTY
STREET ADDRESS: 751 W. Santa Ana Boulevard
MAILING ADDRESS: 751 W. Santa Ana Boulevard
CITY AND ZIP CODE: Santa Ana, CA
BRANCH NAME: Complex Courthouse

PLAINTIFF/PETITIONER: Jane AJ Doe

DEFENDANT/RESPONDENT: Lawrence Nassar, et al.

| DEPOSITION SUBPOENA<br>FOR PERSONAL APPEARANCE AND PRODUCTION OF DOCUMENTS AND THINGS | CASE NUMBER:<br>JCCP Case No. 4943 |
|---|---|

THE PEOPLE OF THE STATE OF CALIFORNIA, TO *(name, address, and telephone number of deponent, if known)*:
Renee Jamison: 6910 E 10TH ST INDIANAPOLIS, IN 46219-4812

1. YOU ARE ORDERED TO APPEAR IN PERSON TO TESTIFY AS A WITNESS in this action at the following date, time, and place:

Date: August 13, 2018   Time: 10:00 a.m.   Address: 1 Indiana Square, 211 North Pennsylvania St,#2425

a. ☐   As a deponent who is not a natural person, you are ordered to designate one or more persons to testify on your behalf as to the matters described in item 4. (Code Civ. Proc., § 2025.230.)
b. ☑   You are ordered to produce the documents and things described in item 3.
c. ☑   This deposition will be recorded stenographically   ☑ through the instant visual display of testimony and by ☐ audiotape   ☑ videotape.
d. ☑   This videotape deposition is intended for possible use at trial under Code of Civil Procedure section 2025.620(d).

2. The personal attendance of the custodian or other qualified witness and the production of the original records are required by this subpoena. The procedure authorized by Evidence Code sections 1560(b), 1561, and 1562 will not be deemed sufficient compliance with this subpoena.

3. The documents and things to be produced and any testing or sampling being sought are described as follows:
   See Attachment 3.

   ☑ Continued on Attachment 3.

4. If the witness is a representative of a business or other entity, the matters upon which the witness is to be examined are described as follows:

   ☐ Continued on Attachment 4.

5. IF YOU HAVE BEEN SERVED WITH THIS SUBPOENA AS A CUSTODIAN OF CONSUMER OR EMPLOYEE RECORDS UNDER CODE OF CIVIL PROCEDURE SECTION 1985.3 OR 1985.6 AND A MOTION TO QUASH OR AN OBJECTION HAS BEEN SERVED ON YOU, A COURT ORDER OR AGREEMENT OF THE PARTIES, WITNESSES, *AND* CONSUMER OR EMPLOYEE AFFECTED MUST BE OBTAINED BEFORE YOU ARE REQUIRED TO PRODUCE CONSUMER OR EMPLOYEE RECORDS.

6. *At the deposition, you will be asked questions under oath. Questions and answers are recorded stenographically at the deposition; later they are transcribed for possible use at trial. You may read the written record and change any incorrect answers before you sign the deposition. You are entitled to receive witness fees and mileage actually traveled both ways. The money must be paid, at the option of the party giving notice of the deposition, either with service of this subpoena or at the time of the deposition. Unless the court orders or you agree otherwise, if you are being deposed as an individual, the deposition must take place within 75 miles of your residence or within 150 miles of your residence if the deposition will be taken within the county of the court where the action is pending. The location of the deposition for all deponents is governed by Code of Civil Procedure section 2025.250.*

DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT. YOU WILL ALSO BE LIABLE FOR THE SUM OF $500 AND ALL DAMAGES RESULTING FROM YOUR FAILURE TO OBEY.

Date issued: July 10, 2018

ALEX E. CUNNY, ESQ.
_____
*(TYPE OR PRINT NAME)*

ATTORNEYS FOR PLAINTIFF
_____
(SIGNATURE OF PERSON ISSUING SUBPOENA)

*(Proof of service on reverse)*   (TITLE)   Page 1 of 2

DEPOSITION SUBPOENA FOR PERSONAL APPEARANCE<br>AND PRODUCTION OF DOCUMENTS AND THINGS   Code of Civil Procedure §§ 2020.510,<br>2025.220, 2025.230, 2025.250, 2025.620;<br>Government Code, § 68097.1<br>www.courtinfo.ca.gov

SUBP-020

| PLAINTIFF/PETITIONER: Jane AJ Doe | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Lawrence Nassar, et al. | JCCP Case No. 4943 |

**PROOF OF SERVICE OF DEPOSITION SUBPOENA FOR PERSONAL APPEARANCE**
**AND PRODUCTION OF DOCUMENTS AND THINGS**

1. I served this *Deposition Subpoena for Personal Appearance and Production of Documents and Things* by personally delivering a copy to the person served as follows:

   a. Person served *(name)*:

   b. Address where served:

   c. Date of delivery:

   d. Time of delivery:

   e. Witness fees and mileage both ways *(check one)*:
      (1) ☐ were paid. Amount: . . . . . . . . . . $ _____
      (2) ☐ were not paid.
      (3) ☐ were tendered to the witness's public entity employer as required by Government Code section 68097.2. The amount tendered was *(specify)*: . . . . . . . $ _____

   f. Fee for service: . . . . . . . . . . . . . . . . . . . . . $ _____

2. I received this subpoena for service on *(date)*:

3. Person serving:
   a. ☐ Not a registered California process server
   b. ☐ California sheriff or marshal
   c. ☐ Registered California process server
   d. ☐ Employee or independent contractor of a registered California process server
   e. ☐ Exempt from registration under Business and Professions Code section 22350(b)
   f. ☐ Registered professional photocopier
   g. ☐ Exempt from registration under Business and Professions Code section 22451
   h. Name, address, telephone number, and, if applicable, county of registration and number:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

▶ _____
                    (SIGNATURE)

**(For California sheriff or marshal use only)**
I certify that the foregoing is true and correct.

Date:

▶ _____
                    (SIGNATURE)

**PROOF OF SERVICE**
**DEPOSITION SUBPOENA FOR PERSONAL APPEARANCE**
**AND PRODUCTION OF DOCUMENTS AND THINGS**

ATTACHMENT 3
Deposition Subpoena to Renee Jamison
Case No. JCCP 4993

## ATTACHMENT 3

## REQUESTS FOR PRODUCTION

Plaintiff JANE AJ DOE hereby requests that you produce the following documents in your possession, custody or control:

**REQUEST NO. 1:**

All documents in your possession, custody or control that evidence employment or volunteer position(s) with USA Gymnastics'.

**REQUEST NO. 2:**

All documents in your possession, custody or control that evidence the location of your current office where you perform work for USA Gymnastics.

**REQUEST NO. 3:**

All documents in your possession, custody or control that evidence the location of your office where you perform work for USA Gymnastics, since 1994.

**REQUEST NO. 4:**

All documents in your possession, custody or control that evidence meetings you have attended on behalf of USA Gymnastics in California.

**REQUEST NO. 5:**

Your employment contract with USA Gymnastics.

**REQUEST NO. 6:**

All documents in your possession, custody or control that evidence the location at which your employment contract(s) with USA Gymnastics was executed.

**REQUEST NO. 7:**

Job description(s) for your current employment position with USA Gymnastics.

**REQUEST NO. 8:**

Job description(s) for your prior employment position with USA Gymnastics.

///

ATTACHMENT 3
Deposition Subpoena to Renee Jamison
Case No. JCCP 4993

## REQUEST NO. 9:

All documents in your possession, custody or control that evidence your attendance at USA Gymnastics events in California.

## REQUEST NO. 10:

All documents in your possession, custody or control that evidence your planning for USA Gymnastics events in California, within your position at USA Gymnastics.

## REQUEST NO. 11:

All documents in your possession, custody or control that evidencing USA Gymnastics events in California.

## REQUEST NO. 12:

All documents in your possession, custody or control that evidence USA Gymnastics' seminars held in California.

## REQUEST NO. 13:

All documents in your possession, custody or control that evidence USA Gymnastics' recruitment events held in California.

## REQUEST NO. 14:

All documents in your possession, custody or control that evidence USA Gymnastics' supervision of your employment duties.

DISC-030

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| ─ Alex E. Cunny, Esq. (SBN 291567)<br>MANLY, STEWART & FINALDI<br>19100 Von Karman Ave, Ste. 800; Irvine, CA 92612<br>TELEPHONE NO: (949) 252-5990        FAX NO. *(Optional):* (949) 252-9991<br>E-MAIL ADDRESS *(Optional):* acunny@manlystewart.com<br>ATTORNEY FOR *(Name):* Plaintiff | |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE  COUNTY |
|---|
| STREET ADDRESS: 751 W. Santa Ana Boulevard |
| MAILING ADDRESS: 751 W. Santa Ana Boulevard |
| CITY AND ZIP CODE: Santa Ana, CA |
| BRANCH NAME: Complex Courthouse |

| SHORT TITLE:<br>Jane AJ Doe v. Lawrence Nassar, et al. |
|---|

| COMMISSION TO TAKE DEPOSITION OUTSIDE CALIFORNIA<br>☐ ORDERED BY COURT  ☒ ISSUED BY THE CLERK OF THE COURT | CASE NUMBER:<br>JCCP Case No. 4943 |
|---|---|

1. The Superior Court of California hereby authorizes the deposition, upon oral examination, of *(identity of deponent)*:
   Renee Jamison: 6910 E 10TH ST. INDIANAPOLIS, IN 46219-4812

2. The deposition is to be taken in *(state of the United States, territory, or insular possession subject to its jurisdiction)*:
   , INDIANAPOLIS, IN

3. The deposition will be conducted *(check one)*:
   a. ☒  Under the supervision of a person who is authorized to administer oaths by the laws of the United States or those of the place where the examination is to be held, and who is not otherwise disqualified under California Code of Civil Procedure sections 2025.320 and 2025.340(b)–(f); or
   b. ☐  Before *(name of appointee)*:
       who is appointed to administer oaths and to take testimony.

4. The documents or things to be produced at the time and place of the deposition are
   ☒  described in Attachment 4    ☐  none.

5. Additional terms required by the foreign jurisdiction to initiate the process are contained in Attachment 5.  Number of pages attached:_____ .

6. Under California Code of Civil Procedure section 2026.010, California authorizes that a commission to take an out-of-state deposition may be issued by the clerk of the court or, if the foreign jurisdiction requires it, by order of the court.

7. The Superior Court of the State of California hereby requests that process issue in the above-referenced place where the examination is to be held, requiring the attendance and enforcing the obligations of the deponent to produce documents and answer questions.

Date: _____

☐ Judge

David H. Yamasaki, Clerk of the Court    OR

☐ Clerk, by _____ *Olga Lopez*, Deputy
                        Olga Lopez

Form Approved for Optional Use
Judicial Council of California
DISC-030 [New January 1, 2008]

COMMISSION TO TAKE
DEPOSITION OUTSIDE CALIFORNIA

CEB
www.ceb.com

Code Civ. Proc., § 2026.010(f)
www.courtinfo.ca.gov

ATTACHMENT 4
Deposition Subpoena to Renee Jamison
Case No. JCCP 4993

<u>ATTACHMENT 4</u>

<u>REQUESTS FOR PRODUCTION</u>

Plaintiff JANE AJ DOE hereby requests that you produce the following documents in your possession, custody or control:

<u>REQUEST NO. 1:</u>

All documents in your possession, custody or control that evidence employment or volunteer position(s) with USA Gymnastics'.

<u>REQUEST NO. 2:</u>

All documents in your possession, custody or control that evidence the location of your current office where you perform work for USA Gymnastics.

<u>REQUEST NO. 3:</u>

All documents in your possession, custody or control that evidence the location of your office where you perform work for USA Gymnastics, since 1994.

<u>REQUEST NO. 4:</u>

All documents in your possession, custody or control that evidence meetings you have attended on behalf of USA Gymnastics in California.

<u>REQUEST NO. 5:</u>

Your employment contract with USA Gymnastics.

<u>REQUEST NO. 6:</u>

All documents in your possession, custody or control that evidence the location at which your employment contract(s) with USA Gymnastics was executed.

<u>REQUEST NO. 7:</u>

Job description(s) for your current employment position with USA Gymnastics.

<u>REQUEST NO. 8:</u>

Job description(s) for your prior employment position with USA Gymnastics.

///

**ATTACHMENT 4**
Deposition Subpoena to Renee Jamison
Case No. JCCP 4993

## REQUEST NO. 9:

All documents in your possession, custody or control that evidence your attendance at USA Gymnastics events in California.

## REQUEST NO. 10:

All documents in your possession, custody or control that evidence your planning for USA Gymnastics events in California, within your position at USA Gymnastics.

## REQUEST NO. 11:

All documents in your possession, custody or control that evidencing USA Gymnastics events in California.

## REQUEST NO. 12:

All documents in your possession, custody or control that evidence USA Gymnastics' seminars held in California.

## REQUEST NO. 13:

All documents in your possession, custody or control that evidence USA Gymnastics' recruitment events held in California.

## REQUEST NO. 14:

All documents in your possession, custody or control that evidence USA Gymnastics' supervision of your employment duties.

**CERTIFICATE OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Manly, Stewart & Finaldi, 19100 Von Karman Ave., Suite 800, Irvine, CA 92612.

On July 25, 2018, I served the within documents:

(1) **NOTICE OF TAKING DEPOSITION OF RENEE JIMISON AND REQUEST FOR PRODUCTION OF DOCUMENTS (JURISDICTIONAL DISCOVERY)**

[X]   **BY MESSENGER SERVICE**
[X]   I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a professional messenger service for service.

FEDERAL - I certify under penalty of perjury under the law of the United States of America that the foregoing is true and correct.

Executed on July 25, 2018, at Irvine, California.

_____

Rachyl Boer

-1-

SERVICE LIST
McKayla Maroney v. Michigan State University, et al.
USDC, Case No. 2:18-cv-03461-CAS-AFM

Kevin James Minnick
Skadden Arps Slate Meagher and Flom LLP
300 South Grand Avenue Suite 3400
Los Angeles, CA 90071
213-687-5000
Fax: 213-687-5600
Email: kevin.minnick@skadden.com
Attorneys for Defendant MICHIGAN STATE UNIVERSITY

Mitchell A. Kamin
mkamin@cov.com
Carolyn Kubota
ckubota@cov.com
Mark Y. Chen
mchen@cov.com
Paulina Slagter
pslagter@cov.com
COVINGTON & BURLING LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067-4643
Telephone: + 1 424-332-4800
Facsimile: + 1 424-332-4749
Attorneys for Defendant United States Olympic Committee

Udit Sood
Covington and Burling LLP
One Front Street 35th Floor
San Francisco, CA 94111-5356
415-591-6000
Fax: 415-591-6091
Email: usood@cov.com
Attorneys for Defendant United States Olympic Committee

MANLY, STEWART & FINALDI
19100 Von Karman Ave., Suite 800
Irvine, California 92612
Telephone· (949) 252-9990

Margaret M. Holm
Sheryl M Rosenberg
Melissa McKenna Leos
Clyde & Co US LLP
2020 Main Street
Suite 1100
Irvine, CA 92614-8234
(949) 567-7838 (Direct)
(714) 322-5578 (Cell)
margaret.holm@clydeco.us
sheryl.rosenberg@clydeco.us
melissa.leos@clydeco.us
Attorneys for Defendants USA GYMNASTICS, an Indiana business entity of form unknown

Alan K. Brubaker
Partner
Wingert Grebing Brubaker & Juskie LLP
600 West Broadway, Suite 1200
San Diego, CA 92101
T 619-232-8151
F 619-232-4665
abrubaker@wingertlaw.com
Attorneys for Kathy Scanlan

MANLY, STEWART & FINALDI
19100 Von Karman Ave., Suite 800
Irvine, California 92612
Telephone: (949) 252-9990

-3-

# EXHIBIT 9

1   JOHN C. MANLY, Esq. (State Bar No. 149080)
    VINCE W. FINALDI, Esq. (State Bar No. 238279)
2   ALEX CUNNY (State Bar No. 291567)
    **MANLY, STEWART & FINALDI**
3   19100 Von Karman Ave., Suite 800
    Irvine, CA 92612
4   Telephone: (949) 252-9990
    Fax: (949) 252-9991
5
    Attorneys of Record for Plaintiff, MCKAYLA MARONEY, an
6   individual

7

8                   **UNITED STATES DISTRICT COURT**

9          **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

10

MANLY, STEWART & FINALDI
19100 Von Karman Ave., Suite 800
Irvine, California 92612
Telephone: (949) 252-9990

11  MCKAYLA MARONEY, an individual.          Civil Case No. 2:18:cv-03461-JLS-KESx

12                    Plaintiff,            [The Honorable Josephine L Staton]

13          v.                              **NOTICE OF TAKING DEPOSITION OF
                                            TIM SANTONI AND REQUEST FOR
14  MICHIGAN STATE UNIVERSITY, a            PRODUCTION OF DOCUMENTS**
    Michigan Entity of Form Unknown; and
15  UNITED STATES OLYMPIC COMMITTEE,        **(JURISDICTIONAL DISCOVERY)**
    a Business Entity of form unknown; USA
16  GYMNASTICS, an Indiana Business Entity of
    Form Unknown; LARRY NASSAR, an
17  individual and DOES 1 through 500.       Date:      August 8, 2018
                                            Time:      10:00 a.m.
18                    Defendants.           Location:  MANLY, STEWART & FINALDI
                                                       19100 Von Karman Ave, Suite 800
19                                                     Irvine, CA 92612

20

21          **TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

22          **PLEASE TAKE NOTICE** that at 10:00 a.m., on August 8, 2018, at MANLY, STEWART

23  & FINALDI, located at 19100 Von Karman Avenue, Suite 800, Irvine, CA 92612, Plaintiff

24  MCKAYLA MARONEY ("Plaintiff") will take the oral deposition of **TIM SANTONI** regarding

25  jurisdictional matters and demand production of the following documents contained in the

26  attachment hereto. If for any reason the taking of such deposition is not completed on the date

27  scheduled,      said      deposition     shall     continue,     day-to-day,     Sundays     and

28

                                            -1-

1   holidays excepted, until completed, or will be continued to such other dates and times as shall be

2   designated by the party noticing the deposition.

3         If for any reason the taking of such deposition is not completed on the date scheduled, said

4   deposition shall continue, day-to-day, Sundays and holidays excepted, until completed, or will be

5   continued to such other dates and times as shall be designated by the party noticing the deposition.

6         **PLEASE TAKE FURTHER NOTICE** that if an interpreter is required to translate

7   testimony, notice of same must be given to this noticing party at least five (5) working days prior

8   to the deposition date, and the specific language and/or dialect thereof designated.

9         **PLEASE TAKE FURTHER NOTICE** that pursuant to *Code of Civil Procedure* section

10  2025(d)(5) and (d)(6), Plaintiff reserves the right to record the deposition testimony of the

11  deponent by audio tape and/or videotape in addition to recording the testimony by stenographic

12  method.

13        **FURTHERMORE,** said deponent is expected to produce the documents set out in the

14  attached document request.

15        SAID DEPONENT WILL BE SERVED WITH A DEPOSITION SUBPOENA, A COPY

16  OF WHICH IS ATTACHED HERETO AND SERVED HEREWITH.

17  Dated: July 25, 2018                              **MANLY, STEWART & FINALDI**

18

19                 By: _Alex C. Cunny_____

20                      ALEX E. CUNNY, Esq.
                    Attorneys for Plaintiffs

21

22

23

24

25

26

27

28

MANLY, STEWART & FINALDI
19100 Von Karman Ave., Suite 800
Irvine, California 92612
Telephone: (949) 252-9990

-2-

**SUBP-020**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>Alex E. Cunny, Esq. SBN 291567<br>MANLY, STEWART & FINALDI<br>19100 Von Karman Ave., Suite 800<br>Irvine, CA  92612<br>TELEPHONE NO.: 949-252-9990      FAX NO. *(Optional)*: 949-252-9991<br>E-MAIL ADDRESS *(Optional)*: acunny@manlystewart.com<br>ATTORNEY FOR *(Name)*: Plaintiff | FOR COURT USE ONLY |
|---|---|

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE COUNTY
STREET ADDRESS: 751 W. Santa Ana Boulevard
MAILING ADDRESS: 751 W. Santa Ana Boulevard
CITY AND ZIP CODE: Santa Ana, CA 92701
BRANCH NAME: Stanley Mosk Courthouse

PLAINTIFF/PETITIONER: Jane AJ Doe

DEFENDANT/RESPONDENT: Lawrence Nassar, et al.

| DEPOSITION SUBPOENA<br>FOR PERSONAL APPEARANCE AND PRODUCTION OF DOCUMENTS AND THINGS | CASE NUMBER:<br>JCCP No. 4993 |
|---|---|

THE PEOPLE OF THE STATE OF CALIFORNIA, TO *(name, address, and telephone number of deponent, if known)*:
TIM SANTONI; 20322 Windrow Drive, Ste. 200 Lake Forrest, CA 92630

1. **YOU ARE ORDERED TO APPEAR IN PERSON TO TESTIFY AS A WITNESS** in this action at the following date, time, and place:

> Date: July 30, 2017     Time: 10:00 a.m.     Address: 19100 Von Karman Ave, Suite 800, Irvine, CA 92612

  a. ☐ As a deponent who is not a natural person, you are ordered to designate one or more persons to testify on your behalf as to the matters described in item 4. (Code Civ. Proc., § 2025.230.)
  b. ☑ You are ordered to produce the documents and things described in item 3.
  c. ☑ This deposition will be recorded stenographically          ☑ through the instant visual display of testimony
    and by ☐ audiotape     ☑ videotape.
  d. ☑ This videotape deposition is intended for possible use at trial under Code of Civil Procedure section 2025.620(d).

2. The personal attendance of the custodian or other qualified witness and the production of the original records are required by this subpoena. The procedure authorized by Evidence Code sections 1560(b), 1561, and 1562 will not be deemed sufficient compliance with this subpoena.

3. The documents and things to be produced and any testing or sampling being sought are described as follows:

   See Attachment 3.

   ☑ Continued on Attachment 3.

4. If the witness is a representative of a business or other entity, the matters upon which the witness is to be examined are described as follows:

   ☐ Continued on Attachment 4.

5. **IF YOU HAVE BEEN SERVED WITH THIS SUBPOENA AS A CUSTODIAN OF CONSUMER OR EMPLOYEE RECORDS UNDER CODE OF CIVIL PROCEDURE SECTION 1985.3 OR 1985.6 AND A MOTION TO QUASH OR AN OBJECTION HAS BEEN SERVED ON YOU, A COURT ORDER OR AGREEMENT OF THE PARTIES, WITNESSES, *AND* CONSUMER OR EMPLOYEE AFFECTED MUST BE OBTAINED BEFORE YOU ARE REQUIRED TO PRODUCE CONSUMER OR EMPLOYEE RECORDS.**

6. *At the deposition, you will be asked questions under oath. Questions and answers are recorded stenographically at the deposition; later they are transcribed for possible use at trial. You may read the written record and change any incorrect answers before you sign the deposition. You are entitled to receive witness fees and mileage actually traveled both ways. The money must be paid, at the option of the party giving notice of the deposition, either with service of this subpoena or at the time of the deposition. Unless the court orders or you agree otherwise, if you are being deposed as an individual, the deposition must take place within 75 miles of your residence or within 150 miles of your residence if the deposition will be taken within the county of the court where the action is pending. The location of the deposition for all deponents is governed by Code of Civil Procedure section 2025.250.*

> **DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT. YOU WILL ALSO BE LIABLE FOR THE SUM OF $500 AND ALL DAMAGES RESULTING FROM YOUR FAILURE TO OBEY.**

Date issued: July 2, 2018

ALEX E. CUNNY, ESQ.
   (TYPE OR PRINT NAME)

▶ _____
   (SIGNATURE OF PERSON ISSUING SUBPOENA)

ATTORNEYS FOR PLAINTIFFS
   (TITLE)

(Proof of service on reverse)
Page 1 of 2

Form Adopted for Mandatory Use<br>Judicial Council of California<br>SUBP-020 [Rev. January 1, 2009]

**DEPOSITION SUBPOENA FOR PERSONAL APPEARANCE<br>AND PRODUCTION OF DOCUMENTS AND THINGS**

Code of Civil Procedure §§ 2020.510,<br>2025.220, 2025.230, 2025.250, 2025.620;<br>Government Code § 68097.1<br>www.courtinfo.ca.gov

SUBP-020

| PLAINTIFF/PETITIONER: Jane AJ Doe | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Lawrence Nassar, et al. | JCCP No. 4993 |

**PROOF OF SERVICE OF DEPOSITION SUBPOENA FOR PERSONAL APPEARANCE
AND PRODUCTION OF DOCUMENTS AND THINGS**

1. I served this *Deposition Subpoena for Personal Appearance and Production of Documents and Things* by personally delivering a copy to the person served as follows:

   a. Person served *(name)*:

   b. Address where served:

   c. Date of delivery:

   d. Time of delivery:

   e. Witness fees and mileage both ways *(check one)*:
      (1) ☐ were paid. Amount: . . . . . . . . . . $ _____
      (2) ☐ were not paid.
      (3) ☐ were tendered to the witness's
              public entity employer as
              required by Government Code
              section 68097.2. The amount
              tendered was *(specify)*: . . . . . . . $ _____

   f. Fee for service: . . . . . . . . . . . . . . . . . . . . . . . $ _____

2. I received this subpoena for service on *(date)*:

3. Person serving:
   a. ☐ Not a registered California process server
   b. ☐ California sheriff or marshal
   c. ☐ Registered California process server
   d. ☐ Employee or independent contractor of a registered California process server
   e. ☐ Exempt from registration under Business and Professions Code section 22350(b)
   f. ☐ Registered professional photocopier
   g. ☐ Exempt from registration under Business and Professions Code section 22451
   h. Name, address, telephone number, and, if applicable, county of registration and number:

**I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

▶ _____
            (SIGNATURE)

**(For California sheriff or marshal use only)**
**I certify** that the foregoing is true and correct.

Date:

▶ _____
            (SIGNATURE)

**PROOF OF SERVICE
DEPOSITION SUBPOENA FOR PERSONAL APPEARANCE
AND PRODUCTION OF DOCUMENTS AND THINGS**

**ATTACHMENT 3**
Deposition Subpoena to Tim Santoni
Case No. BC638724

## ATTACHMENT 3

**REQUEST NO. 1:**

All documents in your possession, custody or control that first date upon which you were retained by USA Gymnastics to work anything related to Dr. Larry Nassar.

**REQUEST NO. 2:**

All witness statements you have obtained regarding Dr. Larry Nassar.

**REQUEST NO. 3:**

All witness statements you have obtained regarding Jane LM Doe.

**REQUEST NO. 4:**

All documents in your possession, custody or control pertaining to purported medical procedures performed by Dr. Larry Nassar.

**REQUEST NO. 5:**

All witness statements you have obtained from individuals pertaining to intravaginal adjustment procedures.

**REQUEST NO. 6:**

All witness statements from Dr. Larry Nassar.

**REQUEST NO. 7:**

All witness statements you obtained from employees of USA Gymnastics.

**REQUEST NO. 8:**

All witness statements you obtained from employees of Michigan State University.

**REQUEST NO. 9:**

All witness statements you obtained from gymnasts, pertaining to Dr. Larry Nassar.

**REQUEST NO. 10:**

All witness statements you obtained from parents of gymnasts, pertaining to Dr. Larry Nassar.

*///*

**ATTACHMENT 3**
Deposition Subpoena to Tim Santoni
Case No. BC638724

## REQUEST NO. 11:

All documents pertaining to your investigation of Dr. Larry Nassar.

**CERTIFICATE OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Manly, Stewart & Finaldi, 19100 Von Karman Ave., Suite 800, Irvine, CA 92612.

On July 25, 2018, I served the within documents:

(1) **NOTICE OF TAKING DEPOSITION OF TIM SANTONI AND REQUEST FOR PRODUCTION OF DOCUMENTS (JURISDICTIONAL DISCOVERY)**

[ ]   **BY MESSENGER SERVICE**
[ ]   I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a professional messenger service for service.

[X]   **BY FEDERAL EXPRESS DELIVERY -** I caused such envelopes to be delivered via Federal Express service with instructions to personally deliver same to offices of the addressee on the next business date.

FEDERAL - I certify under penalty of perjury under the law of the United States of America that the foregoing is true and correct.

Executed on July 25, 2018, at Irvine, California.

*Rachyl Boer*
Rachyl Boer

-1-

MANLY, STEWART & FINALDI
19100 Von Karman Ave., Suite 800
Irvine, California 92612
Telephone: (949) 252-9990

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

<u>SERVICE LIST</u>
<u>McKayla Maroney v. Michigan State University, et al.</u>
<u>USDC, Case No. 2:18-cv-03461-CAS-AFM</u>

Kevin James Minnick
Skadden Arps Slate Meagher and Flom LLP
300 South Grand Avenue Suite 3400
Los Angeles, CA 90071
213-687-5000
Fax: 213-687-5600
Email: kevin.minnick@skadden.com
Attorneys for Defendant MICHIGAN STATE UNIVERSITY

Mitchell A. Kamin
mkamin@cov.com
Carolyn Kubota
ckubota@cov.com
Mark Y. Chen
mchen@cov.com
Paulina Slagter
pslagter@cov.com
COVINGTON & BURLING LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067-4643
Telephone: + 1 424-332-4800
Facsimile: + 1 424-332-4749
Attorneys for Defendant United States Olympic Committee

Udit Sood
Covington and Burling LLP
One Front Street 35th Floor
San Francisco, CA 94111-5356
415-591-6000
Fax: 415-591-6091
Email: usood@cov.com
Attorneys for Defendant United States Olympic Committee

1  Margaret M. Holm
   Sheryl M Rosenberg
2  Melissa McKenna Leos
   Clyde & Co US LLP
3  2020 Main Street
   Suite 1100
4  Irvine, CA 92614-8234
   (949) 567-7838 (Direct)
5  (714) 322-5578 (Cell)
6  margaret.holm@clydeco.us
   sheryl.rosenberg@clydeco.us
7  melissa.leos@clydeco.us
8  Attorneys for Defendants USA GYMNASTICS, an Indiana business entity of form unknown

9  Alan K. Brubaker
   Partner
10 Wingert Grebing Brubaker & Juskie LLP
   600 West Broadway, Suite 1200
11 San Diego, CA 92101
   T 619-232-8151
12 F 619-232-4665
   abrubaker@wingertlaw.com
13 Attorneys for Kathy Scanlan

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MANLY, STEWART & FINALDI
19100 Von Karman Ave., Suite 800
Irvine, California 92612
Telephone: (949) 252-9990

# EXHIBIT 10

1   JOHN C. MANLY, Esq. (State Bar No. 149080)
    VINCE W. FINALDI, Esq. (State Bar No. 238279)
2   ALEX CUNNY (State Bar No. 291567)
    **MANLY, STEWART & FINALDI**
3   19100 Von Karman Ave., Suite 800
    Irvine, CA 92612
4   Telephone: (949) 252-9990
    Fax: (949) 252-9991
5
    Attorneys of Record for Plaintiff, MCKAYLA MARONEY, an
6   individual

7

8                    **UNITED STATES DISTRICT COURT**

9           **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

10

11  MCKAYLA MARONEY, an individual.          Civil Case No. 2:18:cv-03461-JLS-KESx

12          Plaintiff,                        [The Honorable Josephine L Staton]

13      v.                                    **NOTICE OF TAKING DEPOSITION OF**
                                             **JAY BINDER AND REQUEST FOR**
14  MICHIGAN STATE UNIVERSITY, a             **PRODUCTION OF DOCUMENTS**
    Michigan Entity of Form Unknown; and
15  UNITED STATES OLYMPIC COMMITTEE,         **(JURISDICTIONAL DISCOVERY)**
    a Business Entity of form unknown; USA
16  GYMNASTICS, an Indiana Business Entity of
    Form Unknown; LARRY NASSAR, an
17  individual and DOES 1 through 500.        Date:      August 20, 2018
                                             Time:      10:00 a.m.
18          Defendants.                       Location:  Regus Business Centers
                                                        3900 North Causeway Boulevard,
19                                                       Suite 1200,
                                                        Metairie, LA 70002
20

21        **TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

22        **PLEASE TAKE NOTICE** that at 10:00 a.m., on August 20, 2018, at Regus Business

23  Centers: 3900 North Causeway Boulevard, Suite 1200, Metairie, LA 70002, Plaintiff MCKAYLA

24  MARONEY ("Plaintiff") will take the oral deposition of JAY BINDER regarding jurisdictional

25  matters and demand production of the following documents contained in the attachment hereto. If

26  for any reason the taking of such deposition is not completed on the date scheduled, said deposition

27  shall continue, day-to-day, Sundays and holidays excepted, until completed, or will be continued

28  to such other dates and times as shall be designated by the party noticing the deposition.

MANLY, STEWART & FINALDI
19100 Von Karman Ave., Suite 800
Irvine, California 92612
Telephone: (949) 252-9990

1    If for any reason the taking of such deposition is not completed on the date scheduled, said

2    deposition shall continue, day-to-day, Sundays and holidays excepted, until completed, or will be

3    continued to such other dates and times as shall be designated by the party noticing the deposition.

4    **PLEASE TAKE FURTHER NOTICE** that if an interpreter is required to translate

5    testimony, notice of same must be given to this noticing party at least five (5) working days prior

6    to the deposition date, and the specific language and/or dialect thereof designated.

7    **PLEASE TAKE FURTHER NOTICE** that pursuant to *Code of Civil Procedure* section

8    2025(d)(5) and (d)(6), Plaintiff reserves the right to record the deposition testimony of the

9    deponent by audio tape and/or videotape in addition to recording the testimony by stenographic

10   method.

11   **FURTHERMORE**, said deponent is expected to produce the documents set out in the

12   attached document request.

13   SAID DEPONENT WILL BE SERVED WITH A DEPOSITION SUBPOENA, A COPY

14   OF WHICH IS ATTACHED HERETO AND SERVED HEREWITH.

15   Dated: July 26, 2018                              **MANLY, STEWART & FINALDI**

16

17                                    By:    *Alex E. Cunny*

18                                           ALEX E. CUNNY, Esq.
                                             Attorneys for Plaintiffs

19

20

21

22

23

24

25

26

27

28

MANLY, STEWART & FINALDI
19100 Von Karman Ave., Suite 800
Irvine, California 92612
Telephone: (949) 252-9990

-2-

(204)  SUBPOENA DUCES TECUM FOR DEPOSITION: EXHIBITS 1-3;    180711-1484-9

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

JANE AJ DOE                                      Case: 785-499   Div: "Z"
versus                                           P 1 JANE AJ DOE
LAWRENCE NASSAR

To: A JAY BINDER
(AS PER SERVICE INSTRUCTIONS)
A. JAY BINDER
THE BONE AND JOINT CENTER OF METAIRIE
4720 INTERSTATE 10                               *511*
SERVICE ROAD SUITE 301                           FILED FOR RECORD 07/17/2018 08:44:38
METAIRIE, LA USA 70001                           Bridget M. Calongne, DY CLERK
                                                 JEFFERSON PARISH, LA

PARISH OF JEFFERSON

**YOU ARE ORDERED TO APPEAR IN PERSON TO TESTIFY AS A WITNESS IN THIS
ACTION** AT THE FOLLOWING DATE, TIME AND PLACE:

DATE: AUGUST 20, 2018     TIME: 10:00 A.M.

ADDRESS: REGUS BUSINESS CENTERS, 3900 NORTH CAUSEWAY BLVD, #1200,
METAIRIE, LA 70002

**YOU ARE ORDERED TO PRODUCE THE DOCUMENTS AND THINGS DESCRIBED IN THE
ATTACHED PAGE.** THIS DEPOSITION WILL BE RECORDED STENOGRAPHICALLY
THROUGH THE INSTANT VISUAL DISPLAY OF TESTIMONY AND BY VIDEOTAPE. THIS
VIDEOTAPE DEPOSITION IS INTENDED FOR POSSIBLE USE AT TRIAL UNDER CODE OF
CIVIL PROCEDURE SECTION 2025.620(d).

THE PERSONAL ATTENDANCE OF THE CUSTODIAN OR OTHER QUALIFIED WITNESS
AND THE PRODUCTION OF THE ORIGINAL RECORDS ARE REQUIRED BY THIS
SUBPOENA. THE PROCEDURE AUTHORIZED BY EVIDENCE COE SECTIONS 1560(b),
1561, AND 1562 WILL NOT BE DEEMED SUFFICIENT COMPLIANCE WITH THIS
SUBPOENA.

THE DOCUMENTS AND THINGS TO BE PRODUCED AND ANY TESTING OR SAMPLING
BEING SOUGHT ARE DESCRIBED IN THE ATTACHED PAGE.

IF YOU HAVE BEEN SERVED WITH THIS SUBPOENA AS A CUSTODIAN OF CONSUMER
OR EMPLOYEE RECORDS UNDER CODE OF CIVIL PROCEDURE SECTION 1985.3 OR
1985.6 AND A MOTION TO QUASH OR AN OBJECTION HAS BEEN SERVED ON YOU, A
COURT ORDER OR AGREEMENT OF THE PARTIES, WITNESSES, AND CONSUMER OR
EMPLOYEE AFFECTED MUST BE OBTAINED BEFORE YOU ARE REQUIRED TO PRODUCE
CONSUMER OR EMPLOYEE RECORDS.

AT THE DEPOSITION, YOU WILL BE ASKED QUESTIONS UNDER OATH. QUESTIONS AND
ANSWERS ARE RECORDED STENOGRAPHICALLY AT THE DEPOSITION; LATER THEY
ARE TRANSCRIBED FOR POSSIBLE USE AT TRIAL. YOU MAY READ THE WRITTEN
RECORD AND CHANGE ANY INCORRECT ANSWERS BEFORE YOU SIGN THE
DEPOSITION. YOU ARE ENTITLED TO RECEIVE WITNESS FEES AND MILEAGE
ACTUALLY TRAVELED BOTH WAYS. THE MONEY MUST BE PAID, AT THE OPTION OF
THE PARTY GIVING NOTICE OF THE DEPOSITION, EITHER WITH SERVICE OF THIS
SUBPOENA OR AT THE TIME OF THE DEPOSITION. UNLESS THE COURT ORDERS OR
YOU AGREE OTHERWISE, IF YOU ARE BEING DEPOSED AS AN INDIVIDUAL, THE
DEPOSITION MUST TAKE PLACE WITHIN 75 MILES OF YOUR RESIDENCE OR WITHIN 150

TELEPHONE: (213) 443-5100; FACSIMILE: (213) 443-5101


COUNSEL FOR DEFENDANTS BELA KAROLYI; MARTHA KAROLYI; AND KAROLYI TRAINING CAMPS, LLC, A TEXAS BUSINESS ENTITY OF FORM UNKNOWN:

JUSTIN C. PFEIFFER, ESQ.; DAVID BERG, ESQ.; SARAH M. FRAZIER, ESQ.; VICTORIA R. MERY, ESQ.; BERG & ANDROPHY; 3704 TRAVIS STREET, HOUSTON, TX 77002-9550; PHONE: (713) 529-5622; FACSIMILE: (713) 529-3785; JPFIEFFER@BAFIRM.COM; DBERG@BAFIRM.COM; SFRAZIER@BAFIRM.COM; VMERY@BAFIRM.COM


JASON M BOOTH, ESQ.; BOOTH LLP; 1849 SAWTELLE BLVD., SUITE 500, LOS ANGELES, CA 90025; PHONE (310) 641-1800; FACSIMILE: (310) 641-1818; JBOOTH@BOOTHLLP.COM


COUNSEL FOR DEFENDANTS AOGC ALL OLYMPIA GYMNASTIC CENTER, INC; GALINA MARINOVA; AND ARTUR AKOPYAN:

MARC JACOBS, ESQ.; STEVEN CAMHI, ESQ.; AMANDA PALWYK, ESQ.; CRYSTAL FRYMAN, ESQ; MICHELMAN & ROBINSON, LLP; 10880 WILSHIRE BLVD., 19TH FLOOR, LOS ANGELES, CA 90024; PHONE: (310) 564-2670; FACSIMILE: (310) 564-2671; MJACOBS@MRLLP.COM; SCAMHI@MRLLP.COM; APALWYK@MRLLP.COM; CFRYMAN@MRLLP.COM


ATTORNEYS FOR DEFENDANT SCATS (DOE 6):

CHRISTOPHER HYLAND, ESQ.; LAW OFFICES OF KEVIN O'CONNELL & ASSOCIATES; 13051 CENTRAL AVE., CHINO, CA 91710; TELEPHONE: (909) 236-7009; FACSIMILE: (909) 696-2932; LALAW500@GMAIL.COM

Herein fail not under penalty of the law.

Art. 1354. Subpoena duces tecum [A.] A subpoena may order a person to appear and/or produce at the trial, deposition, or hearing, books, papers, documents, or any other tangible things, or electronically stored information, in his possession or under his control, if a reasonably accurate description thereof is given; A subpoena may specify the form or forms in which electronically stored information is to be produced. A party or an attorney requesting the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or cost on a person subject to that subpoena, but the the court in which the action is pending in its discretion may vacate or modify the subpoena if it is unreasonable or oppressive. Except when otherwise required by order of the court, certified copies, extracts, or photostatic copies of books, papers, and documents may be produced in obedience to the subpoena duces tecum instead of the original's thereof, if the party or attorney requesting the subpoena does not specify that the named person shall be ordered to appear, the person may designate another person having knowledge of the contents of the books, papers, documents, or other things, or electronically stored information, to appear as his representative. [B.] A person commanded to respond to a subpoena duces tecum may within fifteen days after service of the subpoena or before the time specified for compliance, if such time is less than fifteen days after service, send to the party or attorney designated in the subpoena written objection, with supporting reasons, to any or all of the requests, including objection to the production of electronically stored information in the form or forms requested. If objection is so made, the party serving the subpoena may file a motion to compel compliance with the subpoena and may move for sanctions for failure to reasonably comply. [C.] A person responding to a subpoena to produce books, papers, or documents shall produce them as they are kept in the usual course of business or may organize and label them to correspond with the categories in the demand. [D.] If a subpoena does not specify the form or forms for producing electronically stored information, a person responding to a subpoena may produce the information in a form or forms in which the person ordinarily maintains it or in a form or forms that are reasonably useable. [E.] A person responding to a subpoena need not produce the same electronically stored information in more than one form. [F.] A person responding to a subpoena need not produce books, papers, documents, or electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel production or to quash, the person from whom production is sought shall show that the information sought is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order production from such sources if the requesting party shows good cause. The court may specify conditions, including an allocation of the costs, for the production. [G.] When the person subpoenaed is an adverse party, the party requesting the subpoena duces tecum may accompany his request with a written request under oath as to what facts he believes the books, papers, documents, electronically stored information, or tangible things will prove, and a copy of such statement must shall be attached to the subpoena. If the party subpoenaed fails to comply with the subpoena, the facts set forth in the written statement shall be taken as confessed, and in addition the party subpoenaed shall be subject to the penalties set forth in Article 1357. [H.] Subpoenas duces tecum shall reproduce in full the provisions of this Article.


This service was requested by attorney ALEXANDER E. CUNNY and was issued by the Clerk of Court on the 11th day of July, 2018.

/s/ Bridget M Calongne
Bridget M Calongne, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

_____ SERVICE INFORMATION _____

(204)  SUBPOENA DUCES TECUM FOR DEPOSITION: EXHIBITS 1-3;          180711-1484-9

Received: 7-1-78     Served: _____     Returned: 7-1-3 78

Service was made:
_____ Personal          _____ Domiciliary _____

Unable to serve:
_✓_ Not at this address     _____ Numerous attempts _____ times
_____ Vacant               _____ Received too late to serve
_____ Moved                _____ No longer works at this address
_____ No such address      _____ Need apartment / building number
_✓_ Other _____

Service: $_____     Mileage: $_____     Total: $ _____

Completed by: _____  # _____
                     Deputy Sheriff

Parish of: _____

A TRUE COPY OF THE ORIGINAL
ON FILE IN THIS OFFICE.

DEPUTY CLERK
24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON, LA

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

CASE # 785-499                                        DIVISION: "Z"

JANE AJ DOE
VERSUS
LAWRENCE NASSAR, ET AL.

SUBPOENA DUCES TECUM ATTACHMENT-PAGE 1 OF 2

## REQUESTS FOR PRODUCTION

Plaintiff JANE AJ DOE hereby requests that you produce the following documents in your possession, custody or control:

**REQUEST NO. 1:**

All documents in your possession, custody or control that evidence employment or volunteer position(s) with USA Gymnastics'.

**REQUEST NO. 2:**

All documents in your possession, custody or control that evidence the location of your current office where you perform work for USA Gymnastics.

**REQUEST NO. 3:**

All documents in your possession, custody or control that evidence the location of your office where you perform work for USA Gymnastics, since 1994.

**REQUEST NO. 4:**

All documents in your possession, custody or control that evidence meetings you have attended on behalf of USA Gymnastics in California.

**REQUEST NO. 5:**

Your employment contract with USA Gymnastics.

**REQUEST NO. 6:**

All documents in your possession, custody or control that evidence the location at which your employment contract(s) with USA Gymnastics was executed.

**REQUEST NO. 7:**

Job description(s) for your current employment position with USA Gymnastics.

**REQUEST NO. 8:**

Job description(s) for your prior employment position with USA Gymnastics.

**24TH JUDICIAL DISTRICT COURT**
**PARISH OF JEFFERSON**
**STATE OF LOUISIANA**

CASE # 785-499                                      DIVISION: "Z"

**JANE AJ DOE**
**VERSUS**
**LAWRENCE NASSAR, ET AL.**

**SUBPOENA DUCES TECUM ATTACHMENT-PAGE 2 OF 2**

REQUEST NO. 9:

    All documents in your possession, custody or control that evidence your attendance at USA Gymnastics events in California.

REQUEST NO. 10:

    All documents in your possession, custody or control that evidence your planning for USA Gymnastics events in California, within your position at USA Gymnastics.

REQUEST NO. 11:

    All documents in your possession, custody or control that evidencing USA Gymnastics events in California.

REQUEST NO. 12:

    All documents in your possession, custody or control that evidence USA Gymnastics' seminars held in California.

REQUEST NO. 13:

    All documents in your possession, custody or control that evidence USA Gymnastics' recruitment events held in California.

REQUEST NO. 14:

    All documents in your possession, custody or control that evidence USA Gymnastics' supervision of your employment duties.

SUBP-020

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Alex E. Cunny, Esq. SBN 291567<br>MANLY, STEWART & FINALDI<br>19100 Von Karman Ave., Suite 800<br>Irvine, CA 92612<br>TELEPHONE NO.: 949-252-9990    FAX NO. *(Optional):* 949-252-9991<br>E-MAIL ADDRESS *(Optional):* acunny@manlystewart.com<br>ATTORNEY FOR *(Name):* Plaintiff | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE COUNTY
STREET ADDRESS: 751 W. Santa Ana Boulevard
MAILING ADDRESS: 751 W. Santa Ana Boulevard
CITY AND ZIP CODE: Santa Ana, CA
BRANCH NAME: Complex Courthouse

PLAINTIFF/PETITIONER: Jane AJ Doe

DEFENDANT/RESPONDENT: Lawrence Nassar, et al.

| DEPOSITION SUBPOENA<br>FOR PERSONAL APPEARANCE AND PRODUCTION OF DOCUMENTS AND THINGS | CASE NUMBER:<br>JCCP Case No. 4993 |
|---|---|

THE PEOPLE OF THE STATE OF CALIFORNIA, TO *(name, address, and telephone number of deponent, if known):*
A. Jay Binder: 4720 Interstate 10 Service Road Suite 301; Metairie, LA USA 70001

1. **YOU ARE ORDERED TO APPEAR IN PERSON TO TESTIFY AS A WITNESS** in this action at the following date, time, and place:

Date: August 20, 2018    Time: 10:00 a.m.    Address: 3900 North Causeway Blvd,#1200, Metairie, LA 70002

a. ☐ As a deponent who is not a natural person, you are ordered to designate one or more persons to testify on your behalf as to the matters described in item 4. (Code Civ. Proc., § 2025.230.)

b. ☑ You are ordered to produce the documents and things described in item 3.

c. ☑ This deposition will be recorded stenographically   ☑ through the instant visual display of testimony and by ☐ audiotape   ☑ videotape.

d. ☑ This videotape deposition is intended for possible use at trial under Code of Civil Procedure section 2025.620(d).

2. The personal attendance of the custodian or other qualified witness and the production of the original records are required by this subpoena. The procedure authorized by Evidence Code sections 1560(b), 1561, and 1562 will not be deemed sufficient compliance with this subpoena.

3. The documents and things to be produced and any testing or sampling being sought are described as follows:

   See Attachment 3.

   ☑ Continued on Attachment 3.

4. If the witness is a representative of a business or other entity, the matters upon which the witness is to be examined are described as follows:

   ☐ Continued on Attachment 4.

5. IF YOU HAVE BEEN SERVED WITH THIS SUBPOENA AS A CUSTODIAN OF CONSUMER OR EMPLOYEE RECORDS UNDER CODE OF CIVIL PROCEDURE SECTION 1985.3 OR 1985.6 AND A MOTION TO QUASH OR AN OBJECTION HAS BEEN SERVED ON YOU, A COURT ORDER OR AGREEMENT OF THE PARTIES, WITNESSES, *AND* CONSUMER OR EMPLOYEE AFFECTED MUST BE OBTAINED BEFORE YOU ARE REQUIRED TO PRODUCE CONSUMER OR EMPLOYEE RECORDS.

6. *At the deposition, you will be asked questions under oath. Questions and answers are recorded stenographically at the deposition; later they are transcribed for possible use at trial. You may read the written record and change any incorrect answers before you sign the deposition. You are entitled to receive witness fees and mileage actually traveled both ways. The money must be paid, at the option of the party giving notice of the deposition, either with service of this subpoena or at the time of the deposition. Unless the court orders or you agree otherwise, if you are being deposed as an individual, the deposition must take place within 75 miles of your residence or within 150 miles of your residence if the deposition will be taken within the county of the court where the action is pending. The location of the deposition for all deponents is governed by Code of Civil Procedure section 2025.250.*

**DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT. YOU WILL ALSO BE LIABLE FOR THE SUM OF $500 AND ALL DAMAGES RESULTING FROM YOUR FAILURE TO OBEY.**

Date issued: July 6, 2018

▶ _____
(SIGNATURE OF PERSON ISSUING SUBPOENA)

ALEX E. CUNNY, ESQ.                              ATTORNEYS FOR PLAINTIFF
_____          _____
(TYPE OR PRINT NAME)          (Proof of service on reverse)          (TITLE)

Page 1 of 2

Form Adopted for Mandatory Use<br>Judicial Council of California<br>SUBP-020 [Rev. January 1, 2009]

**DEPOSITION SUBPOENA FOR PERSONAL APPEARANCE AND PRODUCTION OF DOCUMENTS AND THINGS**

Code of Civil Procedure §§ 2020.510,
2025.220, 2025.230, 2025.250, 2025.620;
Government Code, § 68097.1
*www.courtinfo.ca.gov*

SUBP-020

| PLAINTIFF/PETITIONER: Jane AJ Doe | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Lawrence Nassar, et al. | JCCP Case No. 4993 |

**PROOF OF SERVICE OF DEPOSITION SUBPOENA FOR PERSONAL APPEARANCE
AND PRODUCTION OF DOCUMENTS AND THINGS**

1.  I served this *Deposition Subpoena for Personal Appearance and Production of Documents and Things* by personally delivering a copy to the person served as follows:

    a.  Person served *(name)*:

    b.  Address where served:

    c.  Date of delivery:

    d.  Time of delivery:

    e.  Witness fees and mileage both ways *(check one)*:
        (1) ☐ were paid. Amount: . . . . . . . . . . $ _____
        (2) ☐ were not paid.
        (3) ☐ were tendered to the witness's
            public entity employer as
            required by Government Code
            section 68097.2. The amount
            tendered was *(specify)*: . . . . . . . $ _____

    f.  Fee for service: . . . . . . . . . . . . . . . . . . . . . $ _____

2.  I received this subpoena for service on *(date)*:

3.  Person serving:
    a. ☐ Not a registered California process server
    b. ☐ California sheriff or marshal
    c. ☐ Registered California process server
    d. ☐ Employee or independent contractor of a registered California process server
    e. ☐ Exempt from registration under Business and Professions Code section 22350(b)
    f. ☐ Registered professional photocopier
    g. ☐ Exempt from registration under Business and Professions Code section 22451
    h. Name, address, telephone number, and, if applicable, county of registration and number:

I **declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

▶ _____
(SIGNATURE)

**(For California sheriff or marshal use only)**
I **certify** that the foregoing is true and correct.

Date:

▶ _____
(SIGNATURE)

ATTACHMENT 3
Deposition Subpoena to A. Jay Binder
Case No. JCCP 4993

## ATTACHMENT 3

## REQUESTS FOR PRODUCTION

Plaintiff JANE AJ DOE hereby requests that you produce the following documents in your possession, custody or control:

**REQUEST NO. 1:**

All documents in your possession, custody or control that evidence employment or volunteer position(s) with USA Gymnastics'.

**REQUEST NO. 2:**

All documents in your possession, custody or control that evidence the location of your current office where you perform work for USA Gymnastics.

**REQUEST NO. 3:**

All documents in your possession, custody or control that evidence the location of your office where you perform work for USA Gymnastics, since 1994.

**REQUEST NO. 4:**

All documents in your possession, custody or control that evidence meetings you have attended on behalf of USA Gymnastics in California.

**REQUEST NO. 5:**

Your employment contract with USA Gymnastics.

**REQUEST NO. 6:**

All documents in your possession, custody or control that evidence the location at which your employment contract(s) with USA Gymnastics was executed.

**REQUEST NO. 7:**

Job description(s) for your current employment position with USA Gymnastics.

**REQUEST NO. 8:**

Job description(s) for your prior employment position with USA Gymnastics.

///

**ATTACHMENT 3**
Deposition Subpoena to A. Jay Binder
Case No. JCCP 4993

## REQUEST NO. 9:

All documents in your possession, custody or control that evidence your attendance at USA Gymnastics events in California.

## REQUEST NO. 10:

All documents in your possession, custody or control that evidence your planning for USA Gymnastics events in California, within your position at USA Gymnastics.

## REQUEST NO. 11:

All documents in your possession, custody or control that evidencing USA Gymnastics events in California.

## REQUEST NO. 12:

All documents in your possession, custody or control that evidence USA Gymnastics' seminars held in California.

## REQUEST NO. 13:

All documents in your possession, custody or control that evidence USA Gymnastics' recruitment events held in California.

## REQUEST NO. 14:

All documents in your possession, custody or control that evidence USA Gymnastics' supervision of your employment duties.

## CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Manly, Stewart & Finaldi, 19100 Von Karman Ave., Suite 800, Irvine, CA 92612.

On July 26, 2018, I served the within documents:

(1) **NOTICE OF TAKING DEPOSITION OF DOUG BOGER AND REQUEST FOR PRODUCTION OF DOCUMENTS (JURISDICTIONAL DISCOVERY)**

[X]     **BY MESSENGER SERVICE**
[X]     I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a professional messenger service for service.

FEDERAL - I certify under penalty of perjury under the law of the United States of America that the foregoing is true and correct.

Executed on July 26, 2018, at Irvine, California.

*Rachyl Boer*
Rachyl Boer

MANLY, STEWART & FINALDI
19100 Von Karman Ave., Suite 800
Irvine, California 92612
Telephone: (949) 252-9990

-1-

SERVICE LIST
McKayla Maroney v. Michigan State University, et al.
USDC, Case No. 2:18-cv-03461-CAS-AFM

Kevin James Minnick
Skadden Arps Slate Meagher and Flom LLP
300 South Grand Avenue Suite 3400
Los Angeles, CA 90071
213-687-5000
Fax: 213-687-5600
Email: kevin.minnick@skadden.com
Attorneys for Defendant MICHIGAN STATE UNIVERSITY

Mitchell A. Kamin
mkamin@cov.com
Carolyn Kubota
ckubota@cov.com
Mark Y. Chen
mchen@cov.com
Paulina Slagter
pslagter@cov.com
COVINGTON & BURLING LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067-4643
Telephone: + 1 424-332-4800
Facsimile: + 1 424-332-4749
Attorneys for Defendant United States Olympic Committee

Udit Sood
Covington and Burling LLP
One Front Street 35th Floor
San Francisco, CA 94111-5356
415-591-6000
Fax: 415-591-6091
Email: usood@cov.com
Attorneys for Defendant United States Olympic Committee

Margaret M. Holm
Sheryl M Rosenberg
Melissa McKenna Leos
Clyde & Co US LLP
2020 Main Street
Suite 1100
Irvine, CA 92614-8234
(949) 567-7838 (Direct)
(714) 322-5578 (Cell)
margaret.holm@clydeco.us
sheryl.rosenberg@clydeco.us
melissa.leos@clydeco.us
Attorneys for Defendants USA GYMNASTICS, an Indiana business entity of form unknown

Alan K. Brubaker
Partner
Wingert Grebing Brubaker & Juskie LLP
600 West Broadway, Suite 1200
San Diego, CA 92101
T 619-232-8151
F 619-232-4665
abrubaker@wingertlaw.com
Attorneys for Kathy Scanlan

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MANLY, STEWART & FINALDI
19100 Von Karman Ave., Suite 800
Irvine, California 92612
Telephone: (949) 252-9990

# EXHIBIT 11

JOHN C. MANLY, Esq. (State Bar No. 149080)
VINCE W. FINALDI, Esq. (State Bar No. 238279)
ALEX CUNNY (State Bar No. 291567)
**MANLY, STEWART & FINALDI**
19100 Von Karman Ave., Suite 800
Irvine, CA 92612
Telephone: (949) 252-9990
Fax: (949) 252-9991

Attorneys of Record for Plaintiff, MCKAYLA MARONEY, an individual

MANLY, STEWART & FINALDI
19100 Von Karman Ave., Suite 800
Irvine, California 92612
Telephone: (949) 252-9990

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

MCKAYLA MARONEY, an individual.

Plaintiff,

v.

MICHIGAN STATE UNIVERSITY, a Michigan Entity of Form Unknown; and UNITED STATES OLYMPIC COMMITTEE, a Business Entity of form unknown; USA GYMNASTICS, an Indiana Business Entity of Form Unknown; LARRY NASSAR, an individual and DOES 1 through 500.

Defendants.

Civil Case No. 2:18:cv-03461-JLS-KESx

[The Honorable Josephine L Staton]

**PLAINTIFF MCKAYLA MARONEY'S REQUESTS FOR ADMISSIONS TO DEFENDANT USOC, SET ONE**

**PROPOUNDING PARTY:** Plaintiff, MCKAYLA MARONEY

**RESPONDING PARTY:** Defendant, UNITED STATES OLYMPIC COMMITTEE

**SET NUMBER:** ONE (Requests Nos. 1 through 16)

The Plaintiff MCKAYLA MARONEY ("Propounding Party") hereby requests that the Defendant UNITED STATES OLYMPIC COMMITTEE ("USOC") provide responses to the following Requests for Admissions, Set One, Pursuant to *Federal Rule of Civil Procedure* 26(b) and 36.

///

**DEFINITIONS AND INSTRUCTIONS**

1.      The terms "YOU", "YOUR" or "USOC" shall mean the named defendant, United States Olympic Committee, who these responses are directed to.

**REQUESTS FOR ADMISSIONS**

Plaintiff MCKAYLA MARONEY hereby requests that you provide responses to the following Requests for Admissions:

**REQUEST FOR ADMISSION NO. 1:**

Admit that USOC received revenue from sources in California in 2009.

**REQUEST FOR ADMISSION NO. 2:**

Admit that USOC received revenue from sources in California in 2010.

**REQUEST FOR ADMISSION NO. 3:**

Admit that USOC received revenue from sources in California in 2011.

**REQUEST FOR ADMISSION NO. 4:**

Admit that USOC received revenue from sources in California in 2012.

**REQUEST FOR ADMISSION NO. 5:**

Admit that USOC received revenue from sources in California in 2013.

**REQUEST FOR ADMISSION NO. 6:**

Admit that USOC paid MCKAYLA MARONEY compensation, based on her performance in USOC sponsored events.

**REQUEST FOR ADMISSION NO. 7:**

Admit that USOC provided medical care at sporting events in California in 2009.

**REQUEST FOR ADMISSION NO. 8:**

Admit that USOC provided medical care at sporting events in California in 2010.

**REQUEST FOR ADMISSION NO. 9:**

Admit that USOC provided medical care at sporting events in California in 2011.

**REQUEST FOR ADMISSION NO. 10:**

Admit that USOC provided medical care at sporting events in California in 2012.

///

MANLY, STEWART & FINALDI
19100 Von Karman Ave., Suite 800
Irvine, California 92612
Telephone: (949) 252-9990

**REQUEST FOR ADMISSION NO. 11:**

Admit that USOC provided medical care at sporting events in California in 2013.

**REQUEST FOR ADMISSION NO. 12:**

Admit that USOC conducted substantial business activities in California, in 2009.

**REQUEST FOR ADMISSION NO. 13:**

Admit that USOC conducted substantial business activities in California, in 2010.

**REQUEST FOR ADMISSION NO. 14:**

Admit that USOC conducted substantial business activities in California, in 2011.

**REQUEST FOR ADMISSION NO. 15:**

Admit that USOC conducted substantial business activities in California, in 2012.

**REQUEST FOR ADMISSION NO. 16:**

Admit that USOC conducted substantial business activities in California, in 2013.

Dated: July 24, 2018                    **MANLY, STEWART & FINALDI**

                                        By: _____
                                            ALEX E. CUNNY, Esq.
                                            Attorneys for Plaintiff MCKAYLA
                                            MARONEY

MANLY, STEWART & FINALDI
19100 Von Karman Ave., Suite 800
Irvine, California 92612
Telephone: (949) 252-9900

## CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Manly, Stewart & Finaldi, 19100 Von Karman Ave., Suite 800, Irvine, CA 92612.

On July 25, 2018, I served the within documents:

1)      PLAINTIFF McKAYLA MARONEY'S REQUESTS FOR ADMISSIONS TO DEFENDANT USOC, SET ONE

[X]    **BY MESSENGER SERVICE**
[X]    I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a professional messenger service for service.

FEDERAL - I certify under penalty of perjury under the law of the United States of America that the foregoing is true and correct.

Executed on July 25, 2018, at Irvine, California.

*Kathy Frederiksen*
Kathy Frederiksen

MANLY, STEWART & FINALDI
19100 Von Karman Ave., Suite 800
Irvine, California 92612
Telephone: (949) 252-9990

MANLY, STEWART & FINALDI
19100 Von Karman Ave., Suite 800
Irvine, California 92612
Telephone: (949) 252-9990

SERVICE LIST
McKayla Maroney v. Michigan State University, et al.
USDC, Case No. 2:18-cv-03461-CAS-AFM

Kevin James Minnick
Skadden Arps Slate Meagher and Flom LLP
300 South Grand Avenue Suite 3400
Los Angeles, CA 90071
213-687-5000
Fax: 213-687-5600
Email: kevin.minnick@skadden.com
Attorneys for Defendant MICHIGAN STATE UNIVERSITY

Mitchell A. Kamin
mkamin@cov.com
Carolyn Kubota
ckubota@cov.com
Mark Y. Chen
mchen@cov.com
Paulina Slagter
pslagter@cov.com
COVINGTON & BURLING LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067-4643
Telephone: + 1 424-332-4800
Facsimile: + 1 424-332-4749
Attorneys for Defendant United States Olympic Committee

Udit Sood
Covington and Burling LLP
One Front Street 35th Floor
San Francisco, CA 94111-5356
415-591-6000
Fax: 415-591-6091
Email: usood@cov.com
Attorneys for Defendant United States Olympic Committee

Margaret M. Holm
Sheryl M Rosenberg
Melissa McKenna Leos
Clyde & Co US LLP
2020 Main Street
Suite 1100
Irvine, CA 92614-8234
(949) 567-7838 (Direct)
(714) 322-5578 (Cell)
margaret.holm@clydeco.us
sheryl.rosenberg@clydeco.us
melissa.leos@clydeco.us
Attorneys for Defendants USA GYMNASTICS, an Indiana business entity of form unknown

Alan K. Brubaker
Partner
Wingert Grebing Brubaker & Juskie LLP
600 West Broadway, Suite 1200
San Diego, CA 92101
T 619-232-8151
F 619-232-4665
abrubaker@wingertlaw.com
Attorneys for Kathy Scanlan

MANLY, STEWART & FINALDI
19100 Von Karman Ave., Suite 800
Irvine, California 92612
Telephone: (949) 252-9990

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)
JOHN C. MANLY, Esq. (State Bar No. 149080)
19100 VON KARMAN AVE STE 800
IRVINE          CA          92612

TELEPHONE NO
(949) 252-9990

FOR COURT USE ONLY

ATTORNEY FOR (Name

Insert of Court Name of Judicial District and Branch Court if any
UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

SHORT TITLE OF CASE
MARONEY v MICHIGAN

| 3370892 | (HEARING) Date | Time | Dept |
|---|---|---|---|

Case Number:
218CV03461JLSKESX

REFERENCE NO.
maroney v. msu

## PROOF OF SERVICE C.C.P. 1011

1. I DECLARE: I AM OVER THE AGE OF EIGHTEEN YEARS AND NOT A PARTY TO THE ABOVE
ENTITLED ACTION. MY BUSINESS ADDRESS IS 2900 BRISTOL, E106, COSTA MESA, CA 92626
ON:                    AT

2. I DELIVERED A TRUE COPY OF THE:

PLAINTIFF MCKAYLA MARONEY'S INTERROGATORIES TO DEFENDANT
USOC, SET ONE;
PLAINTIFF MCKAYLA MARONEY'S REQUESTS FOR ADMISSIONS TO DEFENDANT
USOC, SET ONE;
PLAINTIFF MCKAYLA MARONEY'S REQUESTS FOR PRODUCTION OF DOCUMENTS
TO DEFENDANT FOR PRODUCTION OF DOCUMENTS TO DEFENDANT
USOC, SET ONE

IN THE MANNER PROVIDED IN (CCP1011) AS FOLLOWS:
PARTY SERVED:  COVINGTON & BURLING LLP

PERSON RECEIVING COPIES:

ADDRESS:     1999 AVENUE OF THE STARS STE 3500
            LOS ANGELES        CA        90067

(BY PERSONAL SERVICE) CAUSING EACH TO BE DELIVERED BY HAND TO THE OFFICES
OF EACH IDENTIFIED ADDRESS AND/OR LEAVING THE SAME WITH THE PERSON IN
CHARGE AT SAID ADDRESS(ES) DURING THE BUSINESS HOURS BETWEEN 9:00 AM AND
5:00PM.

7a. Person Serving:

b. DDS Legal Support
2900 Bristol St
Costa Mesa, Ca 92626

c. (714) 662-5555

d. The fee for service was        $39.95
e. I am:
    (1)        not a registered California process server:
    (3)  X     registered California process server:
        (i) Employee
        (i) Registration No:
        (i) County:

8. I declare under the penalty of perjury under the laws of the State of California that the
foregoing is true and correct.

7/25/2018

X _____
                    SIGNATURE

## PROOF OF SERVICE

# EXHIBIT 12

1  JOHN C. MANLY, Esq. (State Bar No. 149080)
   VINCE W. FINALDI, Esq. (State Bar No. 238279)
2  ALEX CUNNY (State Bar No. 291567)
   **MANLY, STEWART & FINALDI**
3  19100 Von Karman Ave., Suite 800
   Irvine, CA 92612
4  Telephone: (949) 252-9990
   Fax: (949) 252-9991
5
   Attorneys of Record for Plaintiff, MCKAYLA MARONEY, an
6  individual

7

8                    **UNITED STATES DISTRICT COURT**

9          **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

10

11  MCKAYLA MARONEY, an individual.          Civil Case No. 2:18:cv-03461-JLS-KESx

12          Plaintiff,                       [The Honorable Josephine L Staton]

13      v.                                   **PLAINTIFF MCKAYLA MARONEY'S**
                                             **REQUESTS FOR PRODUCTION OF**
14  MICHIGAN STATE UNIVERSITY, a             **DOCUMENTS TO DEFENDANT USOC,**
    Michigan Entity of Form Unknown; and     **SET ONE**
15  UNITED STATES OLYMPIC COMMITTEE,
    a Business Entity of form unknown; USA
16  GYMNASTICS, an Indiana Business Entity of
    Form Unknown; LARRY NASSAR, an
17  individual and DOES 1 through 500.

18          Defendants.

19

20

21  **PROPOUNDING PARTY:**        Plaintiff, MCKAYLA MARONEY

22  **RESPONDING PARTY:**         Defendant, UNITED STATES OLYMPIC COMMITTEE

23  **SET NUMBER:**               ONE (Requests Nos. 1 through 45)

24          The Plaintiff MCKAYLA MARONEY ("Propounding Party") hereby requests that the

25  Defendant UNITED STATES OLYMPIC COMMITTEE ("USOC") provide responses to the

26  following Requests for Production of Documents, Set One, Pursuant to *Federal Rule of Civil*

27  *Procedure* 26(b) and 34.

28  ///

MANLY, STEWART & FINALDI
19100 Von Karman Ave, Suite 800
Irvine, California 92612
Telephone: (949) 252-9990

-1-

## DEFINITIONS AND INSTRUCTIONS

1.    The term "ANY" shall mean any and all.

2.    The term "ALL" shall mean any and all.

3.    The terms "YOU", "YOUR" or "USOC" shall mean the named defendant, United States Olympic Committee, who these responses are directed to.

4.    The terms "DOCUMENT" and "DOCUMENTS" shall mean any and all manner of written, typed, printed, reproduced, filmed, Electronically Stored Information, OR recorded material and all photographs, pictures, plans, or other representations of any kind of anything pertaining, describing, referring, or relating, directly or indirectly, in whole or in part, to the subject matter of each discovery request and the term includes, but is not limited to: papers, books, journals, ledgers, statements, bank statements, property title reports, title records, recording of title, memoranda, reports, invoices, work sheets, work papers, notes, transcriptions of notes, letters, correspondence, abstracts, checks, diagrams, plans, blueprints, schematics, software programs, films, photographs, diaries, lists, logs, publications, advertisements, instructions, minutes, orders, purchase orders, messages, resumes, applications, summaries, agreements, contracts, telegrams, e-mails, instant messages, text messages, telexes, cables, recordings, audio tapes, magnetic tapes, visual tapes, transcriptions of tapes or records, computer tapes, books, speeches, pamphlets, leaflets, flyers, announcements, bulletins, periodicals, agenda, reports, opinions, charts, tabulations, digests, compilations, studies, expert analyses, evaluations, manuals, guides, research papers, articles, computer files, computer hard drives, or other writings or tangible things as defined by Section 1001 of the *Federal Rule of Evidence*, in the possession, custody or control of YOU, YOUR attorneys, agents, servants, representatives, investigators, subsidiaries, boards, directors, affiliated business entities and others who have obtained possession, custody or control.

5.    The term "POLICIES" shall mean policies, procedures, rules, standards, regulations, and guidelines.

6.    The term "PERSONNEL FILE" shall mean the employment file of any employee, including a counselor, teacher or administrator, to include, but not be limited to, the employment application, resume, referrals, references, job offers, certifications, qualifications, employment

MANLY, STEWART & FINALDI
19100 Von Karman Ave., Suite 800
Irvine, California 92612
Telephone: (949) 252-9990

-2-

1   contracts, letters, awards, recommendations, handbooks, benefit descriptions, job descriptions,

2   performance   evaluations,   policy   statements,   memoranda,   notes,   disciplinary   records,

3   commendations, records of termination, and records of resignation.

4          7.      The term "VOLUNTEER FILE" shall mean the standard compilation of documents

5   for any volunteer who participates with USOC, which is maintained by USOC and/or its

6   employees,   agents,   service   providers,   custodians,   and/or   other   individuals   dutied   with

7   recordkeeping of these files which could include, but not be limited to, the volunteer application,

8   resume,   referrals,   references,   offers   to   participate/volunteer   with   USOC,   certifications,

9   qualifications, contracts, letters, awards, recommendations, handbooks, benefit descriptions, job

10  descriptions, performance evaluations, policy statements, memoranda, notes, disciplinary records,

11  commendations, records of termination, and records of resignation.

12         8.      The term "COMPLAINTS" shall refer to any inquiry, report, gripe, objection,

13  grievance, criticism, question, advisement, protest, or inquisitive discussion. For purposes of this

14  definition, these COMPLAINTS could have been made to anyone, including, but not limited to:

15  USA GYMNASTICS personnel, staff, employees, volunteers, agents, officers, servants, and/or

16  other individuals involved with USA GYMNASTICS, law enforcement, administrative agencies,

17  and/or child protective services.

18                          **REQUESTS FOR PRODUCTION:**

19         Plaintiff MCKAYLA MARONEY hereby requests that you produce the following

20  documents in your possession, custody or control:

21  **REQUEST FOR PRODUCTION NO. 1:**

22         Produce ALL DOCUMENTS evidencing revenues obtained by USOC from the State of

23  California, from 2009.

24  **REQUEST FOR PRODUCTION NO. 2:**

25         Produce ALL DOCUMENTS evidencing revenues obtained by USOC from the State of

26  California, from 2010.

27  ///

28  ///

MANLY, STEWART & FINALDI
19100 Von Karman Ave, Suite 800
Irvine, California 92612
Telephone: (949) 252-9990

**REQUEST FOR PRODUCTION NO. 3:**

Produce ALL DOCUMENTS evidencing revenues obtained by USOC from the State of California, from 2011.

**REQUEST FOR PRODUCTION NO. 4:**

Produce ALL DOCUMENTS evidencing revenues obtained by USOC from the State of California, from 2012.

**REQUEST FOR PRODUCTION NO. 5:**

Produce ALL DOCUMENTS evidencing revenues obtained by USOC from the State of California, from 2013.

**REQUEST FOR PRODUCTION NO. 6:**

Produce ALL DOCUMENTS evidencing income obtained from sources in California, from 2009.

**REQUEST FOR PRODUCTION NO. 7:**

Produce ALL DOCUMENTS evidencing the income obtained from sources in California, from 2010.

**REQUEST FOR PRODUCTION NO. 8:**

Produce ALL DOCUMENTS evidencing the income obtained from sources in California, from 2011.

**REQUEST FOR PRODUCTION NO. 9:**

Produce ALL DOCUMENTS evidencing the income obtained from sources in California, from 2012.

**REQUEST FOR PRODUCTION NO. 10:**

Produce ALL DOCUMENTS evidencing the income obtained from sources in California, from 2013.

**REQUEST FOR PRODUCTION NO. 11:**

Produce ALL DOCUMENTS evidencing monies received from MCKAYLA MARONEY, from 2009 through 2013.

///

MANLY, STEWART & FINALDI
19100 Von Karman Ave., Suite 800
Irvine, California 92612
Telephone: (949) 252-9990

MANLY, STEWART & FINALDI
19100 Von Karman Ave., Suite 800
Irvine, California 92612
Telephone: (949) 252-9990

**REQUEST FOR PRODUCTION NO. 12:**

Produce ALL DOCUMENTS evidencing monies received from California Olympians from 2009.

**REQUEST FOR PRODUCTION NO. 13:**

Produce ALL DOCUMENTS evidencing monies received from California Olympians from 2010.

**REQUEST FOR PRODUCTION NO. 14:**

Produce ALL DOCUMENTS evidencing monies received from from California Olympians from 2011.

**REQUEST FOR PRODUCTION NO. 15:**

Produce ALL DOCUMENTS evidencing monies received from California Olympians from 2012.

**REQUEST FOR PRODUCTION NO. 16:**

Produce ALL DOCUMENTS evidencing monies received from California Olympians from 2013.

**REQUEST FOR PRODUCTION NO. 17:**

Produce ALL DOCUMENTS evidencing meetings held in California, from 2009 through 2013, regarding USOC business.

**REQUEST FOR PRODUCTION NO. 18:**

Produce ALL DOCUMENTS evidencing USOC sanctioned events in California, from 2009 through 2013.

**REQUEST FOR PRODUCTION NO. 19:**

Produce ALL DOCUMENTS evidencing real estate ever owned in California by USOC.

**REQUEST FOR PRODUCTION NO. 20:**

Produce ALL DOCUMENTS evidencing any business licenses USOC has held in California.

**REQUEST FOR PRODUCTION NO. 21:**

Produce ALL permits to conduct business in the State of California by USOC.

1   **REQUEST FOR PRODUCTION NO. 22:**

2       Produce ALL DOCUMENTS evidencing USOC promotional events in California, from

3   2009 through 2013.

4   **REQUEST FOR PRODUCTION NO. 23:**

5       Produce ALL DOCUMENTS evidencing events that USOC employees attended in

6   California, from 2009 through 2013.

7   **REQUEST FOR PRODUCTION NO. 24:**

8       Produce ALL DOCUMENTS evidencing COMPLAINTS about Larry Nassar.

9   **REQUEST FOR PRODUCTION NO. 25:**

10      Produce ALL DOCUMENTS evidencing the investigation of COMPLAINTS about Larry

11  Nassar in the State of California.

12  **REQUEST FOR PRODUCTION NO. 26:**

13      Produce ALL DOCUMENTS evidencing investigations of sexual misconduct by USOC in

14  the state of California between 2009 through 2013.

15  **REQUEST FOR PRODUCTION NO. 27:**

16      Produce ALL DOCUMENTS evidencing investigations of sexual misconduct by USOC in

17  the state of California between 2009 through 2013.

18  **REQUEST FOR PRODUCTION NO. 28:**

19      Produce ALL DOCUMENTS evidencing investigations of sexual misconduct by USOC in

20  the state of California between 2009 through 2013.

21  **REQUEST FOR PRODUCTION NO. 29:**

22      Produce ALL DOCUMENTS evidencing USOC's safety POLICIES for USOC

23  competitions held in the State of California.

24  **REQUEST FOR PRODUCTION NO. 30:**

25      Produce ALL DOCUMENTS evidencing USOC's intrastate business conducted in

26  California, in 2009.

27  ///

28  ///

MANLY, STEWART & FINALDI
19100 Von Karman Ave., Suite 800
Irvine, California 92612
Telephone: (949) 252-9990

-6-

MANLY, STEWART & FINALDI
19100 Von Karman Ave., Suite 800
Irvine, California 92612
Telephone: (949) 252-9990

**REQUEST FOR PRODUCTION NO. 31:**

Produce ALL DOCUMENTS evidencing USOC's intrastate business conducted in California, in 2010.

**REQUEST FOR PRODUCTION NO. 32:**

Produce ALL DOCUMENTS evidencing USOC's intrastate business conducted in California, in 2011.

**REQUEST FOR PRODUCTION NO. 33:**

Produce ALL DOCUMENTS evidencing USOC's intrastate business conducted in California, in 2012.

**REQUEST FOR PRODUCTION NO. 34:**

Produce ALL DOCUMENTS evidencing USOC's intrastate business conducted in California, in 2013.

**REQUEST FOR PRODUCTION NO. 35:**

Produce ALL DOCUMENTS evidencing USOC's obligations to keep minors participating in USOC programs safe, while at events in the State of California, from 2009 through 2013.

**REQUEST FOR PRODUCTION NO. 36:**

Produce DOCUMENTS evidencing USOC's responsibilities for athlete safety, while at USOC events, from 2009 through 2013.

**REQUEST FOR PRODUCTION NO. 37:**

Produce DOCUMENTS evidencing USOC's POLICIES for medical staff to be licensed in the jurisdiction they are offering treatment at USOC events, from 2009 through 2013.

**REQUEST FOR PRODUCTION NO. 38:**

Produce DOCUMENTS evidencing USOC's POLICIES for medical staff to be licensed in the jurisdiction they are offering treatment at USOC events, from 2009 through 2013.

**REQUEST FOR PRODUCTION NO. 39:**

Produce the VOLUNTEER FILE of Larry Nassar.

**REQUEST FOR PRODUCTION NO. 40:**

Produce the EMPLOYMENT FILE of Larry Nassar.

-7-

MANLY, STEWART & FINALDI
19100 Von Karman Ave, Suite 800
Irvine, California 92612
Telephone: (949) 252-9990

1  **REQUEST FOR PRODUCTION NO. 41:**

2      Produce all Form-990's for USOC, for 2009.

3  **REQUEST FOR PRODUCTION NO. 42:**

4      Produce all Form-990's for USOC, for 2010.

5  **REQUEST FOR PRODUCTION NO. 43:**

6      Produce all Form-990's for USOC, for 2011.

7  **REQUEST FOR PRODUCTION NO. 44:**

8      Produce all Form-990's for USOC, for 2012.

9  **REQUEST FOR PRODUCTION NO. 45:**

10      Produce all Form-990's for USOC, for 2013.

11  Dated: July 24, 2018                    **MANLY, STEWART & FINALDI**

12

13                                   By: _____

14                                   ALEX E. CUNNY, Esq.
                                     Attorneys for Plaintiff MCKAYLA
                                     MARONEY

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFF MCKAYLA MARONEY'S REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT USOC, SET ONE

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Manly, Stewart & Finaldi, 19100 Von Karman Ave., Suite 800, Irvine, CA 92612.

On July 25, 2018, I served the within documents:

1)      PLAINTIFF McKAYLA MARONEY'S REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT USOC, SET ONE

[X]    **BY MESSENGER SERVICE**
[X]    I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a professional messenger service for service.

FEDERAL - I certify under penalty of perjury under the law of the United States of America that the foregoing is true and correct.

Executed on July 25, 2018, at Irvine, California.

_Kathy Frederiksen_
Kathy Frederiksen

SERVICE LIST
McKayla Maroney v. Michigan State University, et al.
USDC, Case No. 2:18-cv-03461-CAS-AFM

Kevin James Minnick
Skadden Arps Slate Meagher and Flom LLP
300 South Grand Avenue Suite 3400
Los Angeles, CA 90071
213-687-5000
Fax: 213-687-5600
Email: kevin.minnick@skadden.com
Attorneys for Defendant MICHIGAN STATE UNIVERSITY

Mitchell A. Kamin
mkamin@cov.com
Carolyn Kubota
ckubota@cov.com
Mark Y. Chen
mchen@cov.com
Paulina Slagter
pslagter@cov.com
COVINGTON & BURLING LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067-4643
Telephone: + 1 424-332-4800
Facsimile: + 1 424-332-4749
Attorneys for Defendant United States Olympic Committee

Udit Sood
Covington and Burling LLP
One Front Street 35th Floor
San Francisco, CA 94111-5356
415-591-6000
Fax: 415-591-6091
Email: usood@cov.com
Attorneys for Defendant United States Olympic Committee

MANLY, STEWART & FINALDI
19100 Von Karman Ave., Suite 800
Irvine, California 92612
Telephone: (949) 252-9990

-2-

Margaret M. Holm
Sheryl M Rosenberg
Melissa McKenna Leos
Clyde & Co US LLP
2020 Main Street
Suite 1100
Irvine, CA 92614-8234
(949) 567-7838 (Direct)
(714) 322-5578 (Cell)
margaret.holm@clydeco.us
sheryl.rosenberg@clydeco.us
melissa.leos@clydeco.us
Attorneys for Defendants USA GYMNASTICS, an Indiana business entity of form unknown

Alan K. Brubaker
Partner
Wingert Grebing Brubaker & Juskie LLP
600 West Broadway, Suite 1200
San Diego, CA 92101
T 619-232-8151
F 619-232-4665
abrubaker@wingertlaw.com
Attorneys for Kathy Scanlan

MANLY, STEWART & FINALDI
19100 Von Karman Ave., Suite 800
Irvine, California 92612
Telephone: (949) 252-9990

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)
JOHN C. MANLY, Esq. (State Bar No. 149080)
19100 VON KARMAN AVE STE 800

IRVINE          CA          92612

TELEPHONE NO.
(949) 252-9990

FOR COURT USE ONLY

ATTORNEY FOR (Name

Insert of Court Name of Judicial District and Branch Court if any
UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

SHORT TITLE OF CASE
MARONEY v MICHIGAN

| 3370892 | (HEARING) Date | Time | Dept |
|---|---|---|---|

Case Number:
218CV03461JLSKESX

REFERENCE NO.
maroney v. msu

## PROOF OF SERVICE C.C.P. 1011

1. I DECLARE: I AM OVER THE AGE OF EIGHTEEN YEARS AND NOT A PARTY TO THE ABOVE ENTITLED ACTION. MY BUSINESS ADDRESS IS 2900 BRISTOL, E106, COSTA MESA, CA 92626
ON:                    AT

2. I DELIVERED A TRUE COPY OF THE:

PLAINTIFF MCKAYLA MARONEY'S INTERROGATORIES TO DEFENDANT USOC, SET ONE;
PLAINTIFF MCKAYLA MARONEY'S REQUESTS FOR ADMISSIONS TO DEFENDANT USOC, SET ONE;
PLAINTIFF MCKAYLA MARONEY'S REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT FOR PRODUCTION OF DOCUMENTS TO DEFENDANT USOC, SET ONE

IN THE MANNER PROVIDED IN (CCP1011) AS FOLLOWS:
PARTY SERVED:  COVINGTON & BURLING LLP

PERSON RECEIVING COPIES:

ADDRESS:      1999 AVENUE OF THE STARS STE 3500
              LOS ANGELES          CA          90067

(BY PERSONAL SERVICE) CAUSING EACH TO BE DELIVERED BY HAND TO THE OFFICES OF EACH IDENTIFIED ADDRESS AND/OR LEAVING THE SAME WITH THE PERSON IN CHARGE AT SAID ADDRESS(ES) DURING THE BUSINESS HOURS BETWEEN 9:00 AM AND 5:00PM.

7a. Person Serving:

b. DDS Legal Support
2900 Bristol St
Costa Mesa, Ca 92626

c. (714) 662-5555

d. The fee for service was          $39.95
e. I am:
(1)          not a registered California process server:
(3) X        registered California process server:
             (i) Employee
             (i) Registration No:
             (i) County:

8. I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

7/25/2018

X _____
                    SIGNATURE

## PROOF OF SERVICE

# EXHIBIT 13

JOHN C. MANLY, Esq. (State Bar No. 149080)
VINCE W. FINALDI, Esq. (State Bar No. 238279)
ALEX CUNNY (State Bar No. 291567)
**MANLY, STEWART & FINALDI**
19100 Von Karman Ave., Suite 800
Irvine, CA 92612
Telephone: (949) 252-9990
Fax: (949) 252-9991

Attorneys of Record for Plaintiff, MCKAYLA MARONEY, an individual

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MCKAYLA MARONEY, an individual. | Civil Case No. 2:18:cv-03461-JLS-KESx |
| Plaintiff, | [The Honorable Josephine L Staton] |
| v. | **PLAINTIFF MCKAYLA MARONEY'S INTERROGATORIES TO DEFENDANT USOC, SET ONE** |
| MICHIGAN STATE UNIVERSITY, a Michigan Entity of Form Unknown; and UNITED STATES OLYMPIC COMMITTEE, a Business Entity of form unknown; USA GYMNASTICS, an Indiana Business Entity of Form Unknown; LARRY NASSAR, an individual and DOES 1 through 500. | |
| Defendants. | |

**PROPOUNDING PARTY:**  Plaintiff, MCKAYLA MARONEY

**RESPONDING PARTY:**  Defendant, UNITED STATES OLYMPIC COMMITTEE

**SET NUMBER:**  ONE (Interrogatories Nos. 1 through 17)

The Plaintiff MCKAYLA MARONEY ("Propounding Party") hereby requests that the Defendant UNITED STATES OLYMPIC COMMITTEE ("USOC") provide responses to the following Interrogatories, Set One, Pursuant to *Federal Rule of Civil Procedure* 26(b) and 36.

///

///

MANLY, STEWART & FINALDI
19100 Von Karman Ave. Suite 800
Irvine, California 92612
Telephone: (949) 252-9990

**DEFINITIONS AND INSTRUCTIONS**

1.     The term "ANY" shall mean any and all.

2.     The term "ALL" shall mean any and all.

3.     The terms "YOU", "YOUR" or "USOC" shall mean the named defendant, United States Olympic Committee, who these responses are directed to.

**INTERROGATORIES**

Plaintiff MCKAYLA MARONEY hereby requests that you provide responses to the following Interrogatories:

**INTERROGATORY NO. 1:**

Please identify all USOC sponsored competitions in California from 2009 through 2013.

**INTERROGATORY NO. 2:**

Please state the amount of revenue collected by USOC from sources in California, from 2009 through 2013.

**INTERROGATORY NO. 3:**

Please state the amount of expenses incurred by USOC for competitions sponsored by USOC in California, from 2009 through 2013.

**INTERROGATORY NO. 4:**

Please state the amount of money paid to MCKAYLA MARONEY, by USOC.

**INTERROGATORY NO. 5:**

State the amount of money paid to athletes in California, by USOC, in 2009.

**INTERROGATORY NO. 6:**

State the amount of money paid to athletes in California, by USOC, in 2010.

**INTERROGATORY NO. 7:**

State the amount of money paid to athletes in California, by USOC, in 2011.

**INTERROGATORY NO. 8:**

State the amount of money paid to athletes in California, by USOC, in 2012.

**INTERROGATORY NO. 9:**

State the amount of money paid to athletes in California, by USOC, in 2013.

-2-

PLAINTIFF MCKAYLA MARONEY'S INTERROGATORIES TO DEFENDANT USOC, SET ONE

MANLY, STEWART & FINALDI
19100 Von Karman Ave., Suite 800
Irvine, California 92612
Telephone: (949) 252-9990

**INTERROGATORY NO. 10:**

Please state the amount of revenue obtained by USOC for all USOC sponsored competitions in California, from 2009 through 2013.

**INTERROGATORY NO. 11:**

Please state the amount of money spent on advertising by USOC in California from 2009 through 2013.

**INTERROGATORY NO. 12:**

Please identify all policies that USOC required participants to follow at USOC events in California, from 2009 through 2013.

**INTERROGATORY NO. 13:**

Identify all events sponsored by USOC held in California from 2009 through 2013.

**INTERROGATORY NO. 14:**

State whether USOC provided liability insurance for the sanctioned USOC events held in California from 2009 through 2013.

**INTERROGATORY NO. 15:**

State whether USOC policies had to be followed for USOC sanctioned events in California, from 2009 through 2013.

**INTERROGATORY NO. 16:**

State whether USOC provided medical care for gymnasts at USOC events, from 2009 through 2013.

**INTERROGATORY NO. 17:**

State whether USOC provided any supervision of gymnasts at USOC events in California, from 2009 through 2013.

Dated: July 24, 2018

MANLY, STEWART & FINALDI

By: _____
ALEX E. CUNNY, Esq.
Attorneys for Plaintiff MCKAYLA MARONEY

PLAINTIFF MCKAYLA MARONEY'S INTERROGATORIES TO DEFENDANT USOC, SET ONE

## CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Manly, Stewart & Finaldi, 19100 Von Karman Ave., Suite 800, Irvine, CA 92612.

On July 25, 2018, I served the within documents:

1)    PLAINTIFF McKAYLA MARONEY'S INTERROGATORIES TO DEFENDANT USOC, SET ONE

[X]    **BY MESSENGER SERVICE**
[X]    I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a professional messenger service for service.

FEDERAL - I certify under penalty of perjury under the law of the United States of America that the foregoing is true and correct.

Executed on July 25, 2018, at Irvine, California.

_Kathy Frederiksen_
Kathy Frederiksen

MANLY, STEWART & FINALDI
19100 Von Karman Ave., Suite 800
Irvine, California 92612
Telephone: (949) 252-9990

-1-

SERVICE LIST
McKayla Maroney v. Michigan State University, et al.
USDC, Case No. 2:18-cv-03461-CAS-AFM

Kevin James Minnick
Skadden Arps Slate Meagher and Flom LLP
300 South Grand Avenue Suite 3400
Los Angeles, CA 90071
213-687-5000
Fax: 213-687-5600
Email: kevin.minnick@skadden.com
Attorneys for Defendant MICHIGAN STATE UNIVERSITY

Mitchell A. Kamin
mkamin@cov.com
Carolyn Kubota
ckubota@cov.com
Mark Y. Chen
mchen@cov.com
Paulina Slagter
pslagter@cov.com
COVINGTON & BURLING LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067-4643
Telephone: + 1 424-332-4800
Facsimile: + 1 424-332-4749
Attorneys for Defendant United States Olympic Committee

Udit Sood
Covington and Burling LLP
One Front Street 35th Floor
San Francisco, CA 94111-5356
415-591-6000
Fax: 415-591-6091
Email: usood@cov.com
Attorneys for Defendant United States Olympic Committee

MANLY, STEWART & FINALDI
19100 Von Karman Ave., Suite 800
Irvine, California 92612
Telephone: (949) 252-9990

-2-

Margaret M. Holm
Sheryl M Rosenberg
Melissa McKenna Leos
Clyde & Co US LLP
2020 Main Street
Suite 1100
Irvine, CA 92614-8234
(949) 567-7838 (Direct)
(714) 322-5578 (Cell)
margaret.holm@clydeco.us
sheryl.rosenberg@clydeco.us
melissa.leos@clydeco.us
Attorneys for Defendants USA GYMNASTICS, an Indiana business entity of form unknown

Alan K. Brubaker
Partner
Wingert Grebing Brubaker & Juskie LLP
600 West Broadway, Suite 1200
San Diego, CA 92101
T 619-232-8151
F 619-232-4665
abrubaker@wingertlaw.com
Attorneys for Kathy Scanlan

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MANLY, STEWART & FINALDI
19100 Von Karman Ave., Suite 800
Irvine, California 92612
Telephone: (949) 252-9990

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO | FOR COURT USE ONLY |
|---|---|---|
| JOHN C. MANLY, Esq. (State Bar No. 149080) 19100 VON KARMAN AVE STE 800 | (949) 252-9990 | |
| IRVINE          CA          92612 | | |

ATTORNEY FOR (Name

Insert of Court Name of Judicial District and Branch Court if any
UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

SHORT TITLE OF CASE
MARONEY v MICHIGAN

| 3370892 | (HEARING) Date | Time | Dept | Case Number: 218CV03461JLSKESX |
|---|---|---|---|---|
| | | | | REFERENCE NO. maroney v. msu |

## PROOF OF SERVICE C.C.P. 1011

1. I DECLARE: I AM OVER THE AGE OF EIGHTEEN YEARS AND NOT A PARTY TO THE ABOVE ENTITLED ACTION. MY BUSINESS ADDRESS IS 2900 BRISTOL, E106, COSTA MESA, CA 92626 ON:                                    AT

2. I DELIVERED A TRUE COPY OF THE:

   PLAINTIFF MCKAYLA MARONEY'S INTERROGATORIES TO DEFENDANT USOC, SET ONE;
   PLAINTIFF MCKAYLA MARONEY'S REQUESTS FOR ADMISSIONS TO DEFENDANT USOC, SET ONE;
   PLAINTIFF MCKAYLA MARONEY'S REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT FOR PRODUCTION OF DOCUMENTS TO DEFENDANT USOC, SET ONE

IN THE MANNER PROVIDED IN (CCP1011) AS FOLLOWS:
PARTY SERVED:  COVINGTON & BURLING LLP

PERSON RECEIVING COPIES:

ADDRESS:     1999 AVENUE OF THE STARS STE 3500
             LOS ANGELES          CA          90067

(BY PERSONAL SERVICE) CAUSING EACH TO BE DELIVERED BY HAND TO THE OFFICES OF EACH IDENTIFIED ADDRESS AND/OR LEAVING THE SAME WITH THE PERSON IN CHARGE AT SAID ADDRESS(ES) DURING THE BUSINESS HOURS BETWEEN 9:00 AM AND 5:00PM.

7a. Person Serving:

b. DDS Legal Support
2900 Bristol St
Costa Mesa, Ca 92626

c. (714) 662-5555

8. I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

7/25/2018

d. The fee for service was          $39.95
e. I am:

   (1)          not a registered California process server:
   (3)  X      registered California process server:
       (i) Employee
       (i) Registration No:
       (i) County:

X _____
                    SIGNATURE

## PROOF OF SERVICE

# EXHIBIT 14

# COVINGTON

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   SAN FRANCISCO
SEOUL   SHANGHAI   SILICON VALLEY   WASHINGTON

Covington & Burling LLP
One Front Street
San Francisco, CA 94111-5356
T  +1 415 591 6000

**Via Electronic Mail**
(acunny@manlystewart.com)

July 27, 2018

Alex E. Cunny
Manly, Stewart & Finaldi
19100 Von Karman Ave., Suite 800
Irvine, CA  92612

**Re:  USOC Cases–Plaintiffs' Premature Jurisdictional Discovery**

Dear Alex:

      We are in receipt of your July 25 email requesting dates for the depositions of ten individuals on "jurisdictional issues," as well as the extensive sets of written discovery you have served.  We observe that you have also purported to notice the depositions of other individuals – including Steve Penny, Kathy Scanlan, David Kruse, Tim Santoni, Larry Buendorf, Doug Boger, George Drew, Lee Johnson, and others – in the cases involving USOC pending in the Northern and Central Districts of California (i.e., *Maroney; Jane JD Doe; Jane PCNE Doe; Jane LM Doe; Raisman; Weiber*).  We understand that you are attempting to schedule additional jurisdictional depositions with other parties to the litigation.

      All discovery served to date by plaintiffs in the *Maroney, Jane JD Doe, Jane PCNE Doe, Jane LM Doe, Raisman,* and *Weiber* cases is improper.  Pursuant to Rule 26(d)(1), absent a stipulation, a party *must* obtain leave of court to take any discovery before the Rule 26(f) conference.  In some circumstances, courts may grant leave for the plaintiff to conduct such early discovery while a motion to dismiss is pending, but such discovery is generally *not* permitted unless the plaintiff has first made a "colorable" showing that the discovery will lead to evidence establishing jurisdiction.  *Mitan v. Feeney*, 497 F. Supp. 2d 1113, 1119 (C.D. Cal. 2007) (citing *Central States, S.E. & S.W. Areas Pension Fund v. Reimer Express World Corp.*, 230 F.3d 934, 946 (7th Cir. 2000)).

      Here, as we told you in response to your request for jurisdictional discovery during our July 13 meet-and-confer call and as discussed in detail in USOC's pending motions to dismiss, plaintiffs' complaints do not allege any facts that would establish personal jurisdiction over USOC in California – either through a showing of general jurisdiction or specific jurisdiction. *See Daimler AG v. Bauman*, 571 U.S. 117, 126 (2014).  After we explained our position during the July 13 call, you informed us that plaintiffs would file motions for leave to take jurisdictional discovery after USOC filed its motions to dismiss.  It appears you now intend to skip that critical first step.

**COVINGTON**

Alex E. Cunny
July 27, 2018

Page 2

Even if plaintiffs were to seek leave, there would still be no basis for early discovery. The complaints fail to establish general jurisdiction because they contain no allegations that California is USOC's "home" state or that it had any course of business in the state at all. *See Daimler*, 571 U.S. at 137; *Martinez v. Aero Caribbean*, 764 F.3d 1062, 1064 (9th Cir. 2014). The complaints similarly fail to establish specific jurisdiction because they contain no allegations to support a finding that (1) USOC purposefully availed itself of the privilege of conducting activities in the forum, thereby invoking the benefits and protections of its laws, or (2) that plaintiffs' injuries would not have occurred but for USOC's conduct in California. *See Terracom v. Valley Nat'l Bank*, 49 F.3d 555, 561 (9th Cir. 1995). Where, as here, plaintiffs have failed to make a colorable showing of personal jurisdiction, jurisdictional discovery is improper. *See Boschetto v. Hansing*, 539 F.3d 1011, 1020 (9th Cir. 2008) (jurisdictional discovery properly denied where based on "little more than a hunch that it might yield jurisdictionally relevant facts"); *Butcher's Union Local No. 498 v. SDC Inv., Inc.*, 788 F.2d 535, 540 (9th Cir. 1986) (jurisdictional discovery properly denied where the plaintiffs "state only that they 'believe' discovery will enable them to demonstrate sufficient California business contacts to establish the court's personal jurisdiction").

Absent leave of court, which you have not obtained, plaintiffs' early discovery requests – both the deposition notices and the written sets of discovery requests – are wholly improper. Moreover, even if the courts did grant leave for limited jurisdictional discovery, there could be no justification either for ten or more individual depositions or the far-ranging sets of written discovery you have served.

We ask that plaintiffs withdraw their untimely deposition notices and written discovery requests. Please confirm that plaintiffs will do so by Monday, July 30, otherwise USOC will move the courts for appropriate expedited relief.

Very truly yours,

David M. Jolley

# EXHIBIT 15

| From: | John Manly |
|---|---|
| To: | Jolley, David |
| Cc: | Vince Finaldi; Alex Cunny; frederiksen@manlystewart.com; Rachyl Boer; Kamin, Mitchell A; Kubota, Carolyn; Chen, Mark Y |
| Subject: | Re: USOC/Nassar Cases - Federal Court - Request for Deposition Dates |
| Date: | Monday, July 30, 2018 7:05:13 PM |

See you in Court.

On Jul 30, 2018, at 6:15 PM, Jolley, David <djolley@cov.com> wrote:

> Mr. Finaldi,
>
> Thank you for your response.  As a result, we will be seeking relief tomorrow from the district courts.
>
> Regards,
>
> **David Jolley**
>
> **Covington & Burling LLP**
> **One Front Street, San Francisco, CA 94111-5356**
> **T +1 415 591 7079 | djolley@cov.com**
> **www.cov.com**
>
> <image002.jpg>

**From:** Vince Finaldi <vfinaldi@manlystewart.com>
**Sent:** Monday, July 30, 2018 10:13 AM
**To:** Jolley, David <djolley@cov.com>
**Cc:** Alex Cunny <acunny@manlystewart.com>; John Manly <jmanly@manlystewart.com>; frederiksen@manlystewart.com; Rachyl Boer <rboer@manlystewart.com>; Kamin, Mitchell A <MKamin@cov.com>; Kubota, Carolyn <ckubota@cov.com>; Chen, Mark Y <MYChen@cov.com>
**Subject:** RE: USOC/Nassar Cases - Federal Court - Request for Deposition Dates

Mr. Jolley,

Do you have a response?

Now that I am back in the office, I would like to follow up on my points from last week with some law on the issue. First, your letter claims that, pursuant Rule 26(d)(1), there must be a court order or stipulation before jurisdictional discovery can proceed. Effectively, that since there has yet to be Rule 26(f) conference, there can be no jurisdictional discovery, absent a court order. (Letter, p. 1). The law states otherwise:

"First, there is authority that "[n]o Rule 26(f) [conference], discovery plan or status conference is required in order to conduct discovery for the jurisdictional inquiry." *Myhre v. Seventh-Day Adventist Church Reform Movement American Union Intern. Missionary Soc.* (S.D. Cal. 2014) 298 F.R.D. 633, 639(*citing Cannon v. Fortis Ins. Co.,* No. CIV–07–1145–F, 2007 WL 4246000, at *3, 2007 U.S. Dist. LEXIS 87880, at *8 (W.D.Okla. Nov. 29, 2007).) The case of *Cannon* discusses this issue much further, and ultimately holds that, "It appears to the court that the discovery time requests is limited to the jurisdictional inquiry. No Rule 26(f), discovery plan or status conference is required in order to conduct discovery for the jurisdictional inquiry. The court shall therefore permit Time, as well as HAA (having adopted Time's motion), to conduct the discovery requested by Time in its motion. Both parties shall be given the requested forty-five days to complete the discovery." Ultimately, however, we are talking about two sides of the same coin. Below will further explain why we chose to serve discovery, instead of filing a motion. The case of *Orchid Biosciences, Inc. v. St. Louis University* (S.D. Cal. 2001) 198 F.R.D. 670, 672 further solidifies this point, as discovery was served, and a motion was filed for protective order; without any concern for no Rule 26(f) conference.

My second point relates to the facts. Your letter essentially reiterates your Motion to Dismiss' sentiment regarding general and specific jurisdiction. While you may find that argument convincing, regarding a federally-chartered corporation responsible for Olympic (and high-level competition) throughout the United States, we don't.  The USOC challenges both General and Specific Jurisdiction, despite the fact that it has held competitions in the state of California, is currently working on hosting the 2024 Olympics in California, derives income from California, derives athletes from California, and even operated an Olympic Training Center in the State of California for about two decades. Regardless, the USOC has held Olympics, Olympic Trials, and Pan American games in the state of California. This is more than sufficient to be "colorable" showing to get jurisdictional discovery. And I suppose we will just have to agree to disagree on the point.

My third point relates to the procedural circumstances. You are correct in stating that we were planning on filing a Motion for Jurisdictional Discovery, based on our July 13, 2018 call. However, upon receiving your Motions, we say that you had set hearings for the Motions in September, affording little to no time for a jurisdictional discovery motion to be filed, heard, and then discovery conducted, once it was granted, prior to the Motion. Since that time, we have pushed the Motions to Dismiss out a few weeks. Secondarily, as you well know, the Coordinated Matter in Orange County is proceeding, and jurisdictional depositions are proceeding, which pertain to witnesses who we would have wanted to depose in the Federal Matters as well. Instead of attempting to get a second (or possibly even third, fourth, fifth or sixth) deposition of those individuals (Mr. Penny and Ms. Scanlan, along with several others), we decided it only made sense to notice in the Federal Action to ensure proper notice was given to all parties for this time sensitive issue. As the procedure played out, we needed to serve written discovery and get depositions set expediently to have it prior to our opposition

dates. Prior to our moving the opposition deadlines today via stipulation, our written discovery responses would have been due the day our oppositions were due.

My final point is that your client is not the only defendant in these cases. Some of the defendants in these actions have submitted to jurisdiction. Others have agreed to produce themselves for deposition—see Mr. Penny, for example. We have made arrangements with the schedules of many lawyers and just because your client is attempting to shirk its liability through a jurisdictional gambit does not mean these other portions of the cases are stayed.

Hopefully this explains our position, informs you of how we ended up here, and explains why this discovery will be proceeding despite your unilateral orders to the contrary.

Thank you,

Vince William Finaldi, Esq.
**MANLY, STEWART & FINALDI**
19100 Von Karman Avenue, Suite 800
Irvine, California 92612
Phone: (949) 252-9990
Direct: (949) 943-8423
Fax: (949) 252-9991
vfinaldi@manlystewart.com
<image001.jpg>

THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS PROTECTED BY THE ATTORNEY-CLIENT AND/OR THE ATTORNEY-WORK PRODUCT PRIVILEGES. IT IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL NAMED ABOVE AND THE PRIVILEGES ARE NOT WAIVED BY VIRTUE OF THIS HAVING BEEN SENT BY E-MAIL. IF THE PERSON ACTUALLY RECEIVING THIS E-MAIL OR ANY OTHER READER OF THE E-MAIL IS NOT THE NAMED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE NAMED RECIPIENT, ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.

**From:** Vince Finaldi
**Sent:** Friday, July 27, 2018 6:28 PM
**To:** Jolley, David <djolley@cov.com>
**Cc:** Alex Cunny <acunny@manlystewart.com>; John Manly <jmanly@manlystewart.com>; frederiksen@manlystewart.com; Rachyl Boer <rboer@manlystewart.com>; Kamin, Mitchell A <MKamin@cov.com>; Kubota, Carolyn <ckubota@cov.com>; Chen, Mark Y <MYChen@cov.com>
**Subject:** Re: USOC/Nassar Cases - Federal Court - Request for Deposition Dates

Those depos are going forward.

Vince William Finaldi, Esq.
**MANLY, STEWART & FINALDI**
19100 Von Karman Ave. Ste. 800
Irvine, CA 92613
P (949) 252-9990

F (949) 252-9991
vfinaldi@manlystewart.com

On Jul 27, 2018, at 5:01 PM, Jolley, David <djolley@cov.com> wrote:

> We are concerned with all of the depositions to the extent they have been noticed in the federal court actions without prior leave of court. This includes the deposition for Kathy Scanlan noticed for August 6 and the deposition of Steve Penny noticed for August 9, insofar as those two depositions have been separately noticed in the federal actions.  The deposition notices issued in the federal actions need to be withdrawn.
>
> USOC is not a party to the state court action in Orange County.
>
> **David Jolley**
>
> Covington & Burling LLP
> One Front Street, San Francisco, CA 94111-5356
> T +1 415 591 7079 | djolley@cov.com
> www.cov.com
>
> <image001.jpg>
>
> ---
>
> **From:** Vince Finaldi <vfinaldi@manlystewart.com>
> **Sent:** Friday, July 27, 2018 4:39 PM
> **To:** Jolley, David <djolley@cov.com>
> **Cc:** Alex Cunny <acunny@manlystewart.com>; John Manly <jmanly@manlystewart.com>; frederiksen@manlystewart.com; Rachyl Boer <rboer@manlystewart.com>; Kamin, Mitchell A <MKamin@cov.com>; Kubota, Carolyn <ckubota@cov.com>; Chen, Mark Y <MYChen@cov.com>
> **Subject:** Re: USOC/Nassar Cases - Federal Court - Request for Deposition Dates
>
> Ok but one deposition is of Steve Penny-they agreed to produce him and he is noticed in multiple cases. That one must proceed.  Which others are at issue under the scope you provided? Sorry I am not at my desk presently.
>
> Vince William Finaldi, Esq.
> **MANLY, STEWART & FINALDI**
> 19100 Von Karman Ave. Ste. 800
> Irvine, CA 92613
> P (949) 252-9990
> F (949) 252-9991
> vfinaldi@manlystewart.com
>
> On Jul 27, 2018, at 4:24 PM, Jolley, David <djolley@cov.com>

wrote:

Vince,

We can wait until Wednesday morning to file our motion to give you time to discuss and respond.  The problem is that there are depositions noticed in the federal cases as early as August 6.  If we wait any longer than Wednesday, the courts won't have time to rule on the motion to quash/for protective order.  One alternative if you need more time would be to push back or take off calendar any deposition set for August 10 or earlier.  That would allow everyone more time to get instructions from the court.

In any event, we will wait until Wednesday to file our motions.  We can wait longer if you let us know that the depositions set for the following week are withdrawn or continued.

Regards,
David.

---

**From:** Vince Finaldi <vfinaldi@manlystewart.com>
**Sent:** Friday, July 27, 2018 3:32 PM
**To:** Jolley, David <djolley@cov.com>; Alex Cunny <acunny@manlystewart.com>
**Cc:** John Manly <jmanly@manlystewart.com>; frederiksen@manlystewart.com; Rachyl Boer <rboer@manlystewart.com>; Kamin, Mitchell A <MKamin@cov.com>; Kubota, Carolyn <ckubota@cov.com>; Chen, Mark Y <MYChen@cov.com>
**Subject:** RE: USOC/Nassar Cases - Federal Court - Request for Deposition Dates

Received. Can you give us until Wednesday morning to discuss and respond? Monday is too soon. Lots of moving parts here. Thanks.

Vince William Finaldi, Esq.
**MANLY, STEWART & FINALDI**
19100 Von Karman Avenue, Suite 800
Irvine, California 92612
Phone: (949) 252-9990
Direct: (949) 943-8423
Fax: (949) 252-9991
vfinaldi@manlystewart.com

THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS PROTECTED BY THE ATTORNEY-CLIENT AND/OR THE ATTORNEY-WORK PRODUCT PRIVILEGES. IT IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL NAMED ABOVE AND THE PRIVILEGES ARE NOT WAIVED BY VIRTUE OF THIS HAVING BEEN SENT BY E-MAIL. IF THE PERSON ACTUALLY RECEIVING THIS E-MAIL OR ANY OTHER READER OF THE E-MAIL IS NOT THE NAMED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE NAMED RECIPIENT, ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.

**From:** Jolley, David [mailto:djolley@cov.com]
**Sent:** Friday, July 27, 2018 3:19 PM
**To:** Alex Cunny <acunny@manlystewart.com>
**Cc:** John Manly <jmanly@manlystewart.com>; Vince Finaldi <vfinaldi@manlystewart.com>; frederiksen@manlystewart.com; Rachyl Boer <rboer@manlystewart.com>; Kamin, Mitchell A <MKamin@cov.com>; Kubota, Carolyn <ckubota@cov.com>; Chen, Mark Y <MYChen@cov.com>
**Subject:** RE: USOC/Nassar Cases - Federal Court - Request for Deposition Dates

Counsel,

Please see the attached responsive letter.


**David Jolley**

**Covington & Burling LLP**
**One Front Street, San Francisco, CA 94111-5356**
**T +1 415 591 7079 | djolley@cov.com**
**www.cov.com**

<image002.jpg>


**From:** Alex Cunny <acunny@manlystewart.com>
**Date:** July 25, 2018 at 7:39:19 AM PDT
**To:** "MYChen@cov.com" <MYChen@cov.com>, "MKamin@cov.com" <MKamin@cov.com>, "ckubota@cov.com" <ckubota@cov.com>
**Cc:** John Manly <jmanly@manlystewart.com>, Vince Finaldi <vfinaldi@manlystewart.com>, Kathy Frederiksen <kfrederiksen@manlystewart.com>, Rachyl Boer <rboer@manlystewart.com>
**Subject: USOC/Nassar Cases - Federal Court -**

**Request for Deposition Dates**

Good morning Mark, Carolyn and Mitchell,

After reviewing your Motion to Dismiss, we have several depositions we seek to take on jurisdictional issues raised in that Motion. Below, please find the names of individuals we seek to depose for jurisdictional purposes. Given the timing of our opposition to your Motion to Dismiss, it is important to obtain dates for these depositions on or prior to August 15th. Thus, please provide dates in this timeframe by the end of the week:

1. Richard Adams**
2. William Moreau**
3. Larry Buendorf
4. Scott Blackmun
5. Walt Glover
6. Lawrence Probst
7. William J. Hybl
8. Richard Schultz
9. Jim Scherr
10. Jack Swarbrick

As a note to the above (**), Dr. Moreau and Mr. Adams were previously subpoenaed in the LM matter, and were agreed to be produced for deposition by USOC Counsel, Brent Rychener of (I believe), Bryan Cave.

Moreover, Mr. Buendorf was served with a deposition subpoena in the AJ case pending in Superior Court, but we will need to move his deposition up, again, given our opposition timing.

Thank you,

Alex

Alex E. Cunny, Esq.
*Attorney*
**Manly, Stewart & Finaldi**
19100 Von Karman Ave.
Suite 800
Irvine, CA 92612
P (949) 252-9990
F (949) 252-9991

acunny@manlystewart.com



THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS PROTECTED BY THE ATTORNEY-CLIENT AND/OR THE ATTORNEY-WORK PRODUCT PRIVILEGES. IT IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL NAMED ABOVE AND THE PRIVILEGES ARE NOT WAIVED BY VIRTUE OF THIS HAVING BEEN SENT BY E-MAIL. IF THE PERSON ACTUALLY RECEIVING THIS E-MAIL OR ANY OTHER READER OF THE E-MAIL IS NOT THE NAMED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE NAMED RECIPIENT, ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.