1
2
3
4
5
6
7
8
9
10                    UNITED STATES DISTRICT COURT
11                    CENTRAL DISTRICT OF CALIFORNIA
12                           SOUTHERN DIVISION

| | |
|---|---|
| MCKAYLA MARONEY, | CASE NO.: 2:18-cv-03461-JLS (KESx) |
| Plaintiff, | **[PROPOSED] ORDER APPROVING MICHIGAN STATE UNIVERSITY'S MOTION FOR GOOD FAITH SETTLEMENT DETERMINATION** |
| v. | |
| MICHIGAN STATE UNIVERSITY; UNITED STATES OLYMPIC COMMITTEE; USA GYMNASTICS; LARRY NASSAR; and DOES 1 through 500. | The Honorable Josephine L. Staton |
| Defendants. | |

[PROPOSED] ORDER

# [PROPOSED] ORDER

The Court having considered Defendant Michigan State University's ("MSU") Motion for Good Faith Settlement Determination, the terms of the Settlement Agreement and Mutual Release dated August 28, 2018 ("Settlement Agreement") signed on the one hand by MSU and on the other hand by Plaintiff McKayla Maroney ("Plaintiff Maroney"), and the arguments of counsel, and good cause appearing, finds and orders as follows:

1. The negotiations of the Settlement Agreement were fair and conducted in good faith and at arm's length, resulting in a settlement amount that is reasonable considering the proportionate liability between the defendants and litigation risk between MSU and Plaintiff Maroney. There is no evidence of bad faith, fraud, collusion, or an intent to unfairly impact the rights of any non-settling defendant.

2. The Settlement Agreement between MSU and Plaintiff Maroney was made in good faith and is a "good faith settlement" within the meaning of California Code of Civil Procedure sections 877 and 877.6 and case law interpreting those sections, such as *Tech-Bilt, Inc. v. Woodward-Clyde & Associates*, 38 Cal. 3d 488 (1985).

3. Pursuant to California Code of Civil Procedure sections 877(b) and 877.6(c), any claims, causes of action, complaints, cross-complaints, actions or proceedings by any person or entity against MSU for contribution, equitable indemnity, partial or comparative indemnity, reimbursement, or declaratory relief are barred, discharged and enjoined as a matter of law.

**IT IS SO ORDERED.**

DATED: _____   _____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE