ALLEN L. LANSTRA (SBN 251510)
Allen.Lanstra@skadden.com
KEVIN J. MINNICK (SBN 269620)
Kevin.Minnick@skadden.com
KASONNI M. SCALES (SBN 301871)
Kasonni.Scales@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600

Attorneys for Defendant
MICHIGAN STATE UNIVERSITY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MCKAYLA MARONEY,<br><br>Plaintiff,<br><br>v.<br><br>MICHIGAN STATE UNIVERSITY; UNITED STATES OLYMPIC COMMITTEE; USA GYMNASTICS; LARRY NASSAR; and DOES 1 through 500.<br><br>Defendants. | CASE NO.: 2:18-cv-03461-JLS (KESx)<br><br>PROOF OF SERVICE OF DEFENDANT MICHIGAN STATE UNIVERSITY'S NOTICE OF MOTION AND MOTION FOR GOOD FAITH SETTLEMENT DETERMINATION; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF AMY VAN GELDER; and [PROPOSED] ORDER<br><br>The Honorable Josephine L. Staton<br><br>Date: November 2, 2018<br>Time: 2:30 p.m.<br>Courtroom: 10A |

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 300 South Grand Avenue, Suite 3400, Los Angeles, California 90071. My email address is candice.spoon@skadden.com.

On **September 5, 2018**, I served documents described as:

- **DEFENDANT MICHIGAN STATE UNIVERSITY'S NOTICE OF MOTION AND MOTION FOR GOOD FAITH SETTLEMENT DETERMINATION;**
- **MEMORANDUM OF POINTS AND AUTHORITIES;**
- **DECLARATION OF AMY VAN GELDER; and**
- **[PROPOSED] ORDER**.

on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

☒ **(BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED)** I am readily familiar with the firms' practice for the collection and processing of correspondence for mailing with the United States Postal Service and the fact that the correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business; on this date, the above-referenced correspondence was placed for deposit at Los Angeles, California and placed for collection and mailing following ordinary business practices.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on **September 5, 2018,** at Los Angeles, California.

Candice A. Spoon
Type or Print Name

Signature

**SERVICE LIST**

*Jane AJ Doe v. Doe 1, et al.* – Case No. 30-2017-00899357-CU-PO-CJC
*Jane HC Doe v. Dr. Larry Nassar, et al.* – Case No. 8:18-cv-00651-JLS (KESx)
*Jane JD Doe v. Doe 1, et al* – Case No. 8:18-cv-01136-JLS (KESx)
*Jane LM Doe v. Dr. Larry Nassar, et al.* – Case No. 8:18-cv-01117-JLS (KESx)
*Jane PCNE Doe, et al. v. USA Gymnastics, et al.* – Case No. 2:18-cv-03464-JLS (KESx)
*Tiffany Thomas Lopez v. Dr. Larry Nassar, et al.* – Case No. 8:18-cv-00650-JLS (KESx)
*McKayla Maroney v. Michigan State Univ., et al.* – Case No. 2:18-cv-03461-JLS (KESx)
*Alexandra Rose Raisman v. United States Olympic Comm., et al.* – Case No. 5:18-cv-02479-BLF
*Jordyn Marie Wieber v. United States Olympic Committee, et al.* – Case No. 2:18-cv-03462-JLS (KESx)

| | |
|---|---|
| John C. Manly, Esq.<br>Vince W. Finaldi, Esq.<br>Alex E. Cunny, Esq.<br>Jane E. Reilley, Esq.<br>MANLY, STEWART & FINALDI<br>19100 Von Karman Avenue, Suite 800<br>Irvine, CA 92612<br>Telephone: (949) 252-9990<br>Facsimile: (949) 252-9991<br>jmanly@manlystewart.com<br>vfinaldi@manlystewart.com<br>acunny@manlystewart.com<br>jreilley@manlystewart.com | Attorneys for Plaintiffs<br>JANE AJ DOE<br>JANE HC DOE<br>JANE JD DOE<br>JANE LM DOE<br>JANE PCNE DOE<br>TIFFANY THOMAS LOPEZ<br>MCKAYLA MARONEY<br>ALEXANDRA ROSE RAISMAN<br>JORDYN MARIE WIEBER |
| Bartholomew J. Dalton, Esq.<br>DALTON & ASSOCIATES, PA<br>Cool Spring Meeting House<br>1106 West 10th Street<br>Wilmington, DE 19806<br>Telephone: 302.652.2050<br>Facsimile: 302.652.0687<br>Email: bdalton@bdaltonlaw.com | Attorneys for Plaintiff<br>JANE LM DOE |
| Gloria Allred, Esq.<br>Nathan Goldberg, Esq.<br>ALLRED MAROKO & GOLDBERG<br>6300 Wilshire Boulevard, Suite 1500<br>Los Angeles, CA 90048<br>Telephone: (323) 653-6530<br>gallred@amglaw.com | Attorneys for Plaintiff<br>JANE PCNE DOE<br>JOHN PCNM DOE |

| | |
|---|---|
| Margaret M. Holm, Esq.<br>Melissa m. Leos, Esq.<br>Sheryl Rosenberg, Esq.<br>CLYDE & CO US LLP.<br>2020 Main Street, Suite 1100<br>Irvine, California 92614<br>Telephone: (949)852-8200<br>Facsimile: (877) 546-3920<br>margaret.holm@clydeco.us<br>sheryl.rosenberg@clydeco.us<br>melissa.leos@clydeco.us | Attorneys for Specially Appearing Defendants<br>USA GYMNASTICS, an Indiana business entity of form unknown; PAUL PARILLA; and ROBERT COLAROSSI |
| Edith R. Matthai, Esq.<br>Leigh P. Robie, Esq.<br>ROBIE & MATTHAI<br>500 South Grand Avenue, 15th Floor<br>Los Angeles, California 90071-3062<br>Telephone: (213) 706-8000<br>Facsimile: (213) 706-9913<br>ematthai@romalaw.com<br>lrobie@romalaw.com | Attorneys for Specially Appearing Defendant<br>STEVE PENNY |
| Daniel M. White, Esq.<br>Rebecca D. Lack, Esq.<br>WHITE & AMUNDSON<br>402 W. Broadway, Suite 1140<br>San Diego, California 92101<br>Telephone: (619) 239-0300<br>Facsimile: (619) 239-0344<br>dwhite@whiteamundson.com<br>rlack@whiteamundson.com | Attorneys for Defendants<br>USA GYMNASTICS, an Indiana business entity of form unknown;<br>ROBERT COLAROSSI, an individual |
| Scott Lee Shabel, Esq.<br>LAW OFFICE OF SCOTT LEE SHABEL<br>11845 W. Olympic Blvd., Suite 1000<br>Los Angeles, California 90064-10309<br>Telephone: (310) 447-3277<br>Facsimile: (310) 447-3288<br>shabel@labusinesslawyer.com | Attorneys for Defendant<br>DONALD PETERS |
| David Eisen, Esq.<br>Gregory Lee, Esq.<br>WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP<br>555 South Flower Street, Suite 2900<br>Los Angeles, California 90071<br>Telephone: (213) 443-5100<br>Facsimile: (213) 443-5101<br>david.eisen@wilsonelser.com<br>gregory.lee@wilsonelser.com | Attorneys for Defendant,<br>DONALD PETERS |

| | |
|---|---|
| Christopher Hyland, Esq.<br>LAW OFFICES OF KEVIN O'CONNELL & ASSOCIATES<br>13051 Central Avenue<br>Chino, California 91710<br>Telephone: (909) 236-7009<br>Facsimile: (909) 696-2932<br>Lalaw500@gmail.com | Attorneys for Defendant SCATS |
| Justin C. Pfeiffer, Esq.<br>David H. Berg, Esq.<br>Victoria R. Mery, Esq.<br>BERG & ANDROPHY<br>3704 Travis Street<br>Houston, TX 77002-9550<br>Telephone: (713) 529-5622<br>Facsimile: (713) 529-3785<br>jpfeiffer@bafirm.com<br>vmery@bafirm.com<br>dberg@bafirm.com | Attorneys for Defendants BELA KAROLYI, MARTHA KAROLYI AND KAROLYI CAMPS, LLC |
| Jason Booth, Esq.<br>Paul Rasmussen, Esq.<br>BOOTH LLP<br>1849 Sawtelle Boulevard, Suite 500<br>Los Angeles, CA 90025<br>Telephone: (310) 641-1800<br>Facsimile: (310) 641-1818<br>jbooth@boothllp.com<br>prasmussen@boothllp.com | Attorneys for Defendants BELA KAROLYI, MARTHA KAROLYI AND KAROLYI CAMPS, LLC |
| Alan K. Brubaker, Esq.<br>Corey C. Garrard, Esq.<br>WINGERT, GREBING, BRUBAKER & JUSKIE LLP<br>One America Plaza, Suite 1200<br>600 West Broadway<br>San Diego, CA 92101<br>Telephone: (619) 232-8151<br>Facsimile: (619) 232-4665<br>abrubaker@wingertlaw.com | Attorneys for Specially Appearing Defendant, KATHY SCANLAN |

| | |
|---|---|
| Mitchell A. Kamin, Esq.<br>Carolyn Kubota, Esq.<br>Mark T. Chen, Esq.<br>Paulina Slagter, Esq.<br>COVINGTON & BURLING, LLP<br>1999 Avenue of the Stars, Suite 3500<br>Los Angeles, CA 90067-4643<br>Telephone: (424) 332-4800<br>Facsimile: (424) 332-4749<br>mkamin@cov.com<br>ckubota@cov.com<br>mychen@cov.com<br>pslagter@cov.com | Attorneys for Defendant<br>UNITED STATES OLYMPIC COMMITTEE |
| Udit Sood, Esq.<br>David Jolley, Esq.<br>COVINGTON & BURLING, LLP<br>One Front Street, 35th Floor<br>San Francisco, CA 94111-5356<br>Telephone: (415) 591-6000<br>Facsimile (415) 591-6091<br>usood@cov.com<br>djolley@cov.com | Attorneys for Defendant<br>UNITED STATES OLYMPIC COMMITTEE |
| Marc R. Jacobs, Esq.<br>Amanda K. Pawlyk, Esq.<br>Jesse S. Krompier, Esq.<br>MICHELMAN & ROBINSON, LLP<br>10880 Wilshire Boulevard, 19th Floor<br>Los Angeles, CA 90024<br>Telephone: (310) 564-2670<br>Facsimile: (310) 564-2671<br>mjacobs@mrllp.com<br>apawlyk@mrllp.com<br>jkrompier@mrllp.com | Attorneys for Defendants<br>AOGC ALL OLYMPIA GYMNASTIC CENTER, INC., GALINA MARINOVA AND ARTUR AKOPYAN |
| Doe 7<br>1734 Velto Way<br>Upland, CA, 91784 | Defendant |
| Doe 8<br>1734 Velto Way<br>Upland, CA, 91784 | Defendant |
| Lawrence Gerard Nassar, Register No. 21504-040<br>USP Coleman II<br>U.S. Penitentiary<br>P.O. Box 1034<br>Coleman, FL 33521 | Defendant |