JOHN C. MANLY, Esq. (State Bar No. 149080)
VINCE W. FINALDI, Esq. (State Bar No. 238279)
ALEX E. CUNNY (State Bar No. 291567)
JANE E. REILLEY (State Bar No. 314766)
**MANLY, STEWART & FINALDI**
19100 Von Karman Ave., Suite 800
Irvine, CA 92612
Telephone: (949) 252-9990
Fax: (949) 252-9991

Attorneys for Plaintiff, MCKAYLA MARONEY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MCKAYLA MARONEY, an individual.<br><br>Plaintiff,<br><br>v.<br><br>MICHIGAN STATE UNIVERSITY, a Michigan Entity of Form Unknown; and UNITED STATES OLYMPIC COMMITTEE, a Business Entity of form unknown; USA GYMNASTICS, an Indiana Business Entity of Form Unknown; LARRY NASSAR, an individual and DOES 1 through 500.<br><br>Defendants. | Civil Case No. 2:18:cv-03461-JLS-KESx<br><br>[The Honorable Josephine L Staton]<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING AND BRIEFING SCHEDULE ON DEFENDANT USOC'S 12(b) MOTION**<br><br>Complaint filed: December 20, 2017<br>Judge: Honorable Karen E. Scott<br>Courtroom: 6D |

///
///
///
///
///
///
///

**1**
**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING AND BRIEFING SCHEDULE ON DEFENDANT USOC'S *FRCP* 12(b) MOTION**

# STIPULATION

Plaintiff MCKAYLA MARONEY ("Plaintiff") and Defendant United States Olympic Committee ("USOC"), by and through their respective counsel, hereby stipulate as follows:

**WHEREAS**, on July 20, 2018, USOC filed a Motion to Dismiss under Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6) which is currently noticed for hearing on November 30, 2018, with opposition by the Plaintiff due to be filed on October 12, 2018;

**WHEREAS**, currently discovery is proceeding in these matters with written discovery still outstanding, and the parties continuing to work through discovery disputes and arrange depositions of several individuals that are set to occur across the United States. The Parties believe that there may be issues necessary for court intervention, which makes the current due dates for Opposition and Reply Briefs infeasible;

**WHEREAS**, the Plaintiff and Defendant stipulate and agree that further time for resolving discovery disputes (and completing discovery) is necessary.

**NOW THEREFORE, THE PARTIES BY COUNSEL HEREBY STIPULATE** as follows:

1. Plaintiff's Opposition to Defendant USOC's Motion to Dismiss (Pursuant to *FRCP* 12(b)) will be filed no later than November 21, 2018;
2. Defendant USOC's Reply Brief in support of their Motion to Dismiss (Pursuant to *FRCP* 12(b)) will be filed no later than January 18, 2019;

///
///
///
///
///

MANLY, STEWART & FINALDI
ATTORNEYS AT LAW
19100 Von Karman Ave., Suite 800
Irvine, California 92612
Telephone: (949) 252-9990

3. The hearing on Defendants' Motion to Dismiss (Pursuant to *FRCP* 12(b)) shall be continued to February 1, 2019, or on the soonest available hearing date thereafter;

**IT IS SO STIPULATED.**

Dated: September 26, 2018                    **MANLY, STEWART & FINALDI**

By: _____/s/ Alex E. Cunny
ALEX E. CUNNY, Esq.
Attorneys for Plaintiff MCKAYLA MARONEY

Dated: September 26, 2018                    **COVINGTON & BURLING LLP**

By: _____/s/ Mark Y. Chen___
MARK Y. CHEN, Esq.
Attorneys for Defendant UNITED STATES OLYMPIC COMMITTEE

**FILER'S ATTESTATION**

I, Alexander E. Cunny, hereby attest, pursuant to L.R. 5-4.3.4(a)(2)(i), that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated:  September 26, 2018                   MANLY, STEWART & FINALDI

By: */s/ Alex E. Cunny*
Alex Cunny
Attorneys for Plaintiff

MANLY, STEWART & FINALDI
ATTORNEYS AT LAW
19100 Von Karman Ave., Suite 800
Irvine, California 92612
Telephone: (949) 252-9990

## [PROPOSED] ORDER

The Parties having stipulated, and good cause appearing, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Opposition to Defendant USOC's Motion to Dismiss (Pursuant to *FRCP* 12(b)) will be filed no later than November 21, 2018;

2. Defendant USOC's Reply Brief in support of their Motion to Dismiss (Pursuant to *FRCP* 12(b)) will be filed no later than January 18, 2019;

3. The hearing on Defendant USOC's Motion to Dismiss (Pursuant to *FRCP* 12(b)) shall be continued to: _____.

**IT IS SO ORDERED.**

Date: _____       _____
                                                                     Hon. Josephine L. Staton
                                                                     United States District Judge

**MANLY, STEWART & FINALDI**
ATTORNEYS AT LAW
19100 Von Karman Ave., Suite 800
Irvine, California 92612
Telephone: (949) 252-9990

4
**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING AND BRIEFING SCHEDULE ON DEFENDANT USOC'S *FRCP* 12(b) MOTION**

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Manly, Stewart & Finaldi, 19100 Von Karman Ave., Suite 800, Irvine, CA 92612.

On September 27, 2018, I served the within documents:

1) **STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING AND BRIEFING SCHEDULE ON DEFENDANT USOC'S 12(b) MOTION**

ELECTRONIC - As addressed to all parties appearing on the Court's ECF service list in this action via the Central District of California's Court's CM/ECF system, and shall be available for viewing and downloading from the ECF system.

FEDERAL - I certify under penalty of perjury under the law of the United States of America that the foregoing is true and correct.

Executed on September 27, 2018, at Irvine, California.

    /s/ KathyFrederiksen
Kathy Frederiksen

<u>SERVICE LIST</u>
<u>McKayla Maroney v. Michigan State University, et al.</u>
<u>USDC, Case No. 2:18-cv-03461-CAS-AFM</u>

Kevin James Minnick
Skadden Arps Slate Meagher and Flom LLP
300 South Grand Avenue Suite 3400
Los Angeles, CA 90071
213-687-5000
Fax: 213-687-5600
Email: kevin.minnick@skadden.com
Attorneys for Defendant MICHIGAN STATE UNIVERSITY

Mitchell A. Kamin
mkamin@cov.com
Carolyn Kubota
ckubota@cov.com
Mark Y. Chen
mchen@cov.com
Paulina Slagter
pslagter@cov.com
COVINGTON & BURLING LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067-4643
Telephone: + 1 424-332-4800
Facsimile: + 1 424-332-4749
Attorneys for Defendant United States Olympic Committee

Udit Sood
Covington and Burling LLP
One Front Street 35th Floor
San Francisco, CA 94111-5356
415-591-6000
Fax: 415-591-6091
Email: usood@cov.com
Attorneys for Defendant United States Olympic Committee

| | |
|---|---|
| 1 | Margaret M. Holm |
| 2 | Sheryl M Rosenberg |
| | Melissa McKenna Leos |
| 3 | Clyde & Co US LLP |
| | 2020 Main Street |
| 4 | Suite 1100 |
| | Irvine, CA 92614-8234 |
| 5 | (949) 567-7838 (Direct) |
| 6 | (714) 322-5578 (Cell) |
| | margaret.holm@clydeco.us |
| 7 | sheryl.rosenberg@clydeco.us |
| | melissa.leos@clydeco.us |
| 8 | Attorneys for Defendants USA GYMNASTICS, an Indiana business entity of form unknown |

**MANLY, STEWART & FINALDI**
ATTORNEYS AT LAW
19100 Von Karman Ave., Suite 800
Irvine, California 92612
Telephone: (949) 252-9990

**7**
**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING AND BRIEFING SCHEDULE ON DEFENDANT USOC'S *FRCP* 12(b) MOTION**