JOHN C. MANLY, Esq. (State Bar No. 149080)
VINCE W. FINALDI, Esq. (State Bar No. 238279)
ALEX CUNNY (State Bar No. 291567)
**MANLY, STEWART & FINALDI**
19100 Von Karman Ave., Suite 800
Irvine, CA 92612
Telephone: (949) 252-9990
Fax: (949) 252-9991

Attorneys of Record for Plaintiff, MCKAYLA MARONEY, an individual

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MCKAYLA MARONEY, an individual. <br><br> Plaintiff, <br><br> v. <br><br> MICHIGAN STATE UNIVERSITY, a Michigan Entity of Form Unknown; and UNITED STATES OLYMPIC COMMITTEE, a Business Entity of form unknown; USA GYMNASTICS, an Indiana Business Entity of Form Unknown; LARRY NASSAR, an individual and DOES 1 through 500. <br><br> Defendants. | Civil Case No. 2:18:cv-03461-JLS-KESx <br><br> [The Honorable Josephine L Staton] <br><br> **NOTICE OF PLAINTIFF MCKAYLA MARONEY'S STATEMENT OF NON-OPPOSITION TO DEFENDANT MICHIGAN STATE'S MOTION FOR GOOD-FAITH SETTLEMENT DETERMINATION** <br><br> Date: November 2, 2018 <br> Time: 2:30 p.m. <br> Courtroom: 10A |

**TO THE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff MCKAYLA MARONEY (the "Plaintiff") hereby files the instant Statement of Non-Opposition to Defendant Michigan State University's ("MSU") Motion for Good-Faith Settlement Determination. The Plaintiff has no opposition to the Court granting Defendant

-1-
**NOTICE OF NON-OPPOSITION TO MSU'S MOTION FOR GOOD FAITH SETTLEMENT DETERMINATION**

1   MSU's Motion.

2   Dated: October 1, 2018                    **MANLY, STEWART & FINALDI**

By: ___/s/ Vince W. Finaldi_____
    VINCE W. FINALDI, Esq.
    Attorneys for Plaintiff MCKAYLA MARONEY

MANLY, STEWART & FINALDI
19100 Von Karman Ave., Suite 800
Irvine, California 92612
Telephone: (949) 252-9990

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Manly, Stewart & Finaldi, 19100 Von Karman Ave., Suite 800, Irvine, CA 92612.

On October 1, 2018, I served the within documents:

1) **NOTICE OF PLAINTIFF JANE LM DOE'S STATEMENT OF NON-OPPOSITION TO DEFENDANT MICHIGAN STATE'S MOTION FOR GOOD-FAITH SETTLEMENT DETERMINATION**

ELECTRONIC - As addressed to all parties appearing on the Court's ECF service list in this action via the Central District of California's Court's CM/ECF system, and shall be available for viewing and downloading from the ECF system.

FEDERAL - I certify under penalty of perjury under the law of the United States of America that the foregoing is true and correct.

Executed on October 1, 2018, at Irvine, California.

                                          /s/ Kathy Frederiksen
                                          Kathy Frederiksen

MANLY, STEWART & FINALDI
19100 Von Karman Ave., Suite 800
Irvine, California 92612
Telephone: (949) 252-9990

# SERVICE LIST
## McKayla Maroney v. Michigan State University, et al.
## USDC, Case No. 2:18-cv-03461-CAS-AFM

Kevin James Minnick
Skadden Arps Slate Meagher and Flom LLP
300 South Grand Avenue Suite 3400
Los Angeles, CA 90071
213-687-5000
Fax: 213-687-5600
Email: kevin.minnick@skadden.com
Attorneys for Defendant MICHIGAN STATE UNIVERSITY

Mitchell A. Kamin
mkamin@cov.com
Carolyn Kubota
ckubota@cov.com
Mark Y. Chen
mchen@cov.com
Paulina Slagter
pslagter@cov.com
COVINGTON & BURLING LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067-4643
Telephone: + 1 424-332-4800
Facsimile: + 1 424-332-4749
Attorneys for Defendant United States Olympic Committee

Udit Sood
Covington and Burling LLP
One Front Street 35th Floor
San Francisco, CA 94111-5356
415-591-6000
Fax: 415-591-6091
Email: usood@cov.com
Attorneys for Defendant United States Olympic Committee

| | |
|---|---|
| 1 | Margaret M. Holm |
| | Sheryl M Rosenberg |
| 2 | Melissa McKenna Leos |
| 3 | Clyde & Co US LLP |
| | 2020 Main Street |
| 4 | Suite 1100 |
| 5 | Irvine, CA 92614-8234 |
| | (949) 567-7838 (Direct) |
| 6 | (714) 322-5578 (Cell) |
| 7 | margaret.holm@clydeco.us |
| | sheryl.rosenberg@clydeco.us |
| 8 | melissa.leos@clydeco.us |
| 9 | Attorneys for Defendants USA GYMNASTICS, an Indiana business entity of form unknown |

MANLY, STEWART & FINALDI
19100 Von Karman Ave., Suite 800
Irvine, California 92612
Telephone: (949) 252-9990

-3-