JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| McKayla Maroney,<br><br>    Plaintiff,<br><br>    v.<br><br>Michigan State University, et al.<br><br>    Defendant. | 2:18-cv-03461-JLS-KES<br><br>ORDER REMOVING CASE FROM ACTIVE CASELOAD BY VIRTUE OF BANKRUPTCY FILING |

In light of the Bankruptcy Court's Order staying this action in its entirety, it is hereby Ordered that this case is removed from this Court's active caseload until further application by the parties or Order of this Court. All pending dates are ordered vacated.

DATED: May 23, 2019

                                         JOSEPHINE L. STATON
                                         JOSEPHINE L. STATON
                                         United States District Judge